UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08
```

------------------------------------------------------------X

JACKSONVILLE POLICE AND FIRE PENSION FUND,

           Plaintiff,

v.

AMERICAN INTERNATIONAL GROUP, INC., MARTIN SULLIVAN, STEVEN BENSINGER, JOSEPH CASSANO and ROBERT LEWIS,

           Defendants.

------------------------------------------------------------X

08 CV 4772 (LAP)

**MEMORANDUM**

LORETTA A. PRESKA, United States District Judge:

The parties are informed that the law firm in which my husband is a partner, Cahill Gordon & Reindel LLP, from time to time represents American International Group, Inc. and/or its affiliates, and he works on some of those matters.

SO ORDERED:

Dated: New York, New York
       May 30, 2008

                                          *Loretta A. Preska*
                                          LORETTA A. PRESKA, U.S.D.J.

CGRAIG