UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08

Jacksonville Police and Fire Pension Fund,

Plaintiff,

-v-

American International Group, Inc., et al
Defendants.

Case No. 08-CV-04772(RJS)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

The above-entitled action has been assigned to my docket.

It is hereby ORDERED, that counsel appear for a status conference on June 26 at 2:30pm in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21C.

Counsel for Plaintiffs shall notify all parties of this conference in this and in any related actions.

SO ORDERED.
DATED:
New York, New York June 20, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE