UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACKSONVILLE POLICE AND FIRE PENSION FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC., MARTIN SULLIVAN, STEVEN BENSINGER, JOSEPH CASSANO and ROBERT LEWIS,<br><br>Defendants. | Civil Action No. 08-cv-4772<br><br>Hon. Richard J. Sullivan |
| JAMES CONNOLLY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN INTERNATIONAL GROUP, INC., MARTIN J. SULLIVAN, STEVEN J. BENSINGER, JOSEPH J. CASSANO, ROBERT E. LEWIS and DAVID L. HERZOG,<br><br>Defendants. | Civil Action No. 08-cv-5072<br><br>Hon. Richard J. Sullivan |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jeffrey C. Zwerling of Zwerling, Schachter & Zwerling, LLP hereby enters his appearance as counsel for Oakland County Michigan, an interested party

and member of the putative class in the above-captioned actions.[1]  I certify that I am admitted to practice in this Court.

Dated:  June 25, 2008

                              Respectfully submitted,

                            By:  _____/s/ Jeffrey C. Zwerling_____
                                  Jeffrey C. Zwerling
                                  ZWERLING, SCHACHTER & ZWERLING, LLP
                                  41 Madison Avenue
                                  New York, NY 10010
                                  Tel.:   (212) 223-3900
                                  Fax:   (212) 371-5969
                                  E-Mail:  jzwerling@zsz.com

---

[1] A third related action entitled *Maine Public Employees Retirement System v. AIG, Inc.*, No. 08-cv-05464, was filed on June 17, 2008, but has not yet been assigned to this Court.

**CERTIFICATE OF SERVICE**

    I, Jeffrey C. Zwerling, hereby certify that on June 25, 2008, I caused a true and correct copy of the foregoing Notice of Appearance to be served by electronic case filing upon all counsel of record registered to receive electronic notice.

                                                    /s/ Jeffrey C. Zwerling