Sullivan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JACKSONVILLE POLICE AND FIRE
PENSION FUND, on behalf of itself and
all others similarly situated,

                  Plaintiff,

                  v.

AMERICAN INTERNATIONAL
GROUP, INC., MARTIN SULLIVAN,
STEVEN BENSINGER, JOSEPH
CASSANO and ROBERT LEWIS,

                  Defendants.
-----------------------------------------------------------x

08-CV-4772 (RJS)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 7/2/08

## STIPULATION AND [PROPOSED] ORDER

       IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, by and among the undersigned counsel to the parties in the above-captioned action, as follows:

       Defendants' time to answer, move, or otherwise respond to the complaint filed in the above-captioned action is extended until after the Court appoints lead plaintiff and lead counsel for the putative Class, and lead plaintiff serves a consolidated amended complaint or designates a pending complaint as the operative complaint.

       After the Court has appointed lead plaintiff and lead counsel for the putative Class, counsel for Defendants will confer with lead counsel to establish a schedule with respect to filing a consolidated amended complaint and any responsive pleadings.

NYI:\1566099\02\XK#R02!.DOC\14430.0044

Dated: New York, New York
       June 30, 2008

| | |
|---|---|
| BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP<br><br>By: _____<br>Gerald H. Silk (GS-4565)<br>Salvatore J. Graziano (SG-6854)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>T: (212) 554-1400<br>F: (212) 554-1444<br><br>*Attorneys for Plaintiff Jacksonville Police and Fire Pension Fund* | WEIL, GOTSHAL & MANGES LLP<br><br>By: _____<br>Joseph S. Allerhand (JA-3201)<br>Robert F. Carangelo (RC-3162)<br>767 Fifth Avenue<br>New York, New York 10153<br>T: (212) 310-8000<br>F: (212) 310-8007<br><br>*Attorneys for Defendants American International Group, Inc., Martin J. Sullivan, Steven J. Bensinger, Joseph J. Cassano, and Robert E. Lewis* |

So Ordered:

_____
Hon. Richard J. Sullivan, U.S.D.J.

7/1/08