UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JACKSONVILLE POLICE AND FIRE
PENSION FUND,

           Plaintiff,

-v-

AMERICAN INTERNATIONAL GROUP, INC.,
et al.,

           Defendants.

No. 08 Civ. 4772 (RJS)
ORDER

---

ONTARIO TEACHERS' PENSION PLAN
BOARD,

           Plaintiffs,

-v-

AMERICAN INTERNATIONAL GROUP, INC.,
et al.,

           Defendants.

No. 08 Civ. 5560 (RJS)
ORDER

---

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that plaintiffs and potential class members in these related putative class actions need not comply with the pre-motion conference requirement set forth in Rule 2.A of my Individual Practices. Any putative class member seeking to be appointed lead plaintiff in these related actions must file such a motion by July 21, 2008.

SO ORDERED.

DATED:    New York, New York
               July 17, 2008

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE