UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACKSONVILLE POLICE AND FIRE PENSION FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC., MARTIN SULLIVAN, STEVEN BENSINGER, JOSEPH CASSANO, and ROBERT LEWIS,<br><br>Defendants. | CIV. NO. 08-CV-4772<br><br>Hon. Richard J. Sullivan |

## CERTIFICATE OF SERVICE

I, LISA POLLARD, hereby certify that a true and correct copy of:

1. THE CITY OF SAGINAW POLICE AND FIRE PENSION BOARD'S MOTION FOR CONSOLIDATION OF ALL RELATED ACTIONS, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL;

2. MEMORANDUM IN SUPPORT OF THE CITY OF SAGINAW POLICE AND FIRE PENSION BOARD'S MOTION FOR CONSOLIDATION OF ALL RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL; and

3. AFFIDAVIT OF LISA M. POLLARD IN SUPPORT OF THE CITY OF SAGINAW POLICE AND FIRE PENSION BOARD'S MOTION FOR CONSOLIDATION OF ALL RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL

383518-1

was served upon all involved parties by sending a copy of the same to all counsel listed below by electronic notification or first-class mail, postage pre-paid.

| | |
|---|---|
| David Robertson Hassel | DavidH@blbglaw.com |
| Jeffrey Charles Zwerling | jzwerling@zsz.com |
| Salvatore Jo Graziano | SGraziano@blbglaw.com |

**VIA UNITED STATES MAIL:**
Gerald H. Silk
Bernstein Litowitz Berger & Grossman LLP
1285 Avenue of the Americas
New York, NY  10019


Executed this 21st day of July, 2008.

    /s Lisa M. Pollard
Lisa M. Pollard (#LP-6327)