UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACKSONVILLE POLICE AND FIRE PENSION FUND, on behalf of itself and all others similarly situated, | 08 Civ. 4772 (RJS) |
| Plaintiff, | |
| v. | CLASS ACTION |
| AMERICAN INTERNATIONAL GROUP, INC., MARTIN SULLIVAN, STEVEN BENSINGER, JOSEPH CASSANO and ROBERT LEWIS, | |
| Defendants. | |
| JAMES CONNOLLY, | 08 Civ. 5072 (RJS) |
| Plaintiff, | |
| v. | |
| AMERICAN INTERNATIONAL GROUP, INC., MARTIN SULLIVAN, STEVEN BENSINGER, JOSEPH CASSANO, ROBERT LEWIS, and DAVID L. HERZOG, | |
| Defendants. | |

**NOTICE OF MOTION OF STATE TREASURER OF THE STATE OF MICHIGAN, AS CUSTODIAN OF THE MICHIGAN PUBLIC SCHOOL EMPLOYEES RETIREMENT SYSTEM, THE STATE EMPLOYEES' RETIREMENT SYSTEM, THE MICHIGAN STATE POLICE RETIREMENT SYSTEM, AND THE MICHIGAN JUDGES RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS CHOICE OF LEAD COUNSEL**

17690v1

| | |
|---|---|
| MAINE PUBLIC EMPLOYEES RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, : : : : Plaintiff, : : v. : : AMERICAN INTERNATIONAL GROUP, INC., MARTIN SULLIVAN, STEVEN BENSINGER, JOSEPH CASSANO and ROBERT LEWIS, : : : : : Defendants. : : | 08 Civ. 5464 (RJS)  <br><br><br>CLASS ACTION |
| ONTARIO TEACHERS' PENSION PLAN BOARD, on behalf of itself and others similarly situated, : : : : Plaintiff, : : v. : : AMERICAN INTERNATIONAL GROUP, INC., MARTIN SULLIVAN, STEVEN BENSINGER, JOSEPH CASSANO and ROBERT LEWIS, : : : : : Defendants. : : | 08 Civ. 5560 (RJS)  <br><br><br>CLASS ACTION |

**PLEASE TAKE NOTICE** that class member The State Treasurer of the State of Michigan, as custodian of the Michigan Public School Employees Retirement System, the State Employees' Retirement System, the Michigan State Police Retirement System, and the Michigan Judges Retirement System ("State of Michigan Retirement Systems" or "SMRS") hereby moves this Court pursuant to Fed. R. Civ. P. 42(c) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, at the United States District Court for the Southern District of New York, before the Honorable Richard J. Sullivan, located at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order: (a) consolidating all of the above actions into one action for all purposes; (b) appointing SMRS to serve as lead plaintiff; and (c) approving SMRS' selection of co-lead counsel for the class.

In support of its motion, SMRS submits: (a) the Declaration of Joseph R. Seidman, Jr., dated July 21, 2008, and annexed exhibits; (b) a Memorandum of Law, dated July 21, 2008; and (c) a Proposed Order granting SMRS' motion for consolidation, appointment as lead plaintiff, and approval of its selection of co-lead lead counsel for the class.

Dated: July 21, 2008

          Respectfully submitted,

          **BERNSTEIN LIEBHARD & LIFSHITZ, LLP**

          /s/
          _____
          Sandy A. Liebhard (liebhard@bernlieb.com)
          Francis P. Karam (karam@bernlieb.com)
          Joseph R. Seidman, Jr. (seidman@bernlieb.com)
          10 East 40th Street, 22nd Floor
          New York, NY 10016
          Telephone: (212) 779-1414
          Facsimile: (212) 779-3218

**BARRACK, RODOS & BACINE**
Regina M. Calcaterra (rcalcaterra@barrack.com)
1350 Broadway, Suite 1001
New York, NY 10018
Phone: (212) 688-0782
Fax: (212) 688-0783

- and -

Leonard Barrack
Jeffrey W. Golan
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Phone: (215) 963-0600
Fax: (215) 963-0838

**Attorneys for the State Treasurer of Michigan, Custodian of the Michigan Public School Employees Retirement System, State Employees' Retirement System, Michigan State Police Retirement System, and Michigan Judges Retirement System and [Proposed] Co-Lead Counsel for Plaintiffs and the Class**

E. Powell Miller
Marc L. Newman
The Miller Law Firm P.C.
Miller Building
950 West University Drive, Suite 300
Rochester, MI  48307
Phone: 248-841-2200
Fax:  248-652-2852

**Liaison Counsel for the State Treasurer of Michigan, Custodian of the Michigan Public School Employees Retirement System, State Employees' Retirement System, Michigan State Police Retirement System, and Michigan Judges Retirement Systems**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the attached was served upon the following counsel of record in the actions filed in this Court, First Class Mail prepaid, this 21st day of July 2008:

*Attorneys for Plaintiffs:*

Noam Noah Mandel
**Bernstein Litowitz Berger & Grossmann LLP**

1285 Avenue of the Americas
New York, NY  10019

Jeffrey Charles Zwerling
**Zwerling, Schachter & Zwerling**
41 Madison Avenue
New York, NY  10010

Sean M. Handler
**Schiffrin Barroway Topaz & Kessler, LLP**

280 King of Prussia Road
Radnor, PA  19087

Jonathan Scott Shapiro
Robert Jason Shapiro
**The Shapiro Law Firm, LLP**
500 Fifth Avenue, 14th Floor
New York, NY  10110

*Attorneys for Defendants:*

Joseph S. Allerhand
Robert F. Carangelo
**Weill, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153

/s/
_____
JOSEPH R. SEIDMAN, JR.

17708v1