**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                            )
JACKSONVILLE POLICE AND FIRE               )
PENSION FUND, on behalf of itself and      )
all others similarly situated,             )
                                            )   08-CV-4772 (RJS)
                  Plaintiff,   )        ECF Case
                                            )
        v.                            )
                                            )
AMERICAN INTERNATIONAL GROUP,              )   **ELECTRONICALLY FILED**
INC., MARTIN SULLIVAN, STEVEN              )
BENSINGER, JOSEPH CASSANO and              )
ROBERT LEWIS,                              )
                                            )
                  Defendants.  )
_____)
(captions continued on following pages)


**CERTIFICATE OF SERVICE**

| | |
|---|---|
| JAMES CONNOLLY, individually and on behalf of all others similarly situated, | |
| Plaintiff, | 08-CV-5072 (RJS) ECF Case |
| v. | |
| AMERICAN INTERNATIONAL GROUP, INC., MARTIN J. SULLIVAN, STEVEN J. BENSINGER, JOSEPH J. CASSANO, ROBERT E. LEWIS and DAVID L. HERZOG, | |
| Defendants. | |
| MAINE PUBLIC EMPLOYEES RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | |
| Plaintiff, | 08-CV-5464 (RJS) ECF Case |
| v. | |
| AMERICAN INTERNATIONAL GROUP, INC., MARTIN SULLIVAN, STEVEN BENSINGER, JOSEPH CASSANO and ROBERT LEWIS, | |
| Defendants. | |

```
_____
                                          )
ONTARIO TEACHERS' PENSION PLAN            )
BOARD, on behalf of itself and all others )
similarly situated,                       )
                                          )   08-CV-5560 (RJS)
                   Plaintiff,             )   ECF Case
                                          )
        v.                                )
                                          )
AMERICAN INTERNATIONAL GROUP,             )
INC., MARTIN SULLIVAN, STEVEN             )
BENSINGER, JOSEPH CASSANO and             )
ROBERT LEWIS,                             )
                   Defendants.            )
_____)
```

CERTIFICATE OF SERVICE

      I hereby certify that on July 21, 2008, I electronically filed the foregoing ***The AIG Institutional Investor Group's Motion For Consolidation, Appointment as Lead Plaintiff, and Approval of Its Selection of Counsel, Memorandum of Law In Support, and Declaration of William H. Narwold with accompanying exhibits*** with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.  I further certify that service will be made by first class United States mail, postage prepaid, on:

    Gerald H. Silk, Esq.
    Bernstein Litowitz Berger & Grossman LLP
    1285 Avenue of the Americas
    New York, NY 10019


Date:  July 21, 2008                /s/ William H. Narwold
                                        William H. Narwold (WN-1713)
                                        MOTLEY RICE LLC
                                        One Corporate Center
                                        20 Church Street, 17th Floor
                                        Hartford, CT  06103
                                        Tel: (860) 882-1676
                                        Fax: (860) 882-1682

MOTLEY RICE LLC
Joseph F. Rice
James M. Hughes
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Tel: (843) 216-9000
Fax: (843) 216-9450


KIRBY McINERNEY LLP
Ira M. Press (IP-5315)
Peter S. Linden (PL-8945)
825 Third Avenue
New York, NY  10022
Tel: (212) 371-6600
Fax: (212) 751-2540

[Proposed] Lead Counsel

STURMAN LLC
Deborah Sturman, Esq.
112 Madison Avenue
New York, New York 10016-7416
Tel: 646-932-2040
Fax: 917-546-2544

Counsel for KBC and Union


**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices:

**David Robertson Hassel** - DavidH@blbglaw.com

**Salvatore Jo Graziano** - SGraziano@blbglaw.com

**Jeffrey Charles Zwerling -** jzwerling@zsz.com

**Lisa Merideth Pollard –** lmpollard@locklaw.com