UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACKSONVILLE POLICE AND FIRE PENSION FUND, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC., MARTIN SULLIVAN, STEVEN BENSINGER, JOSEPH CASSANO, and ROBERT LEWIS,<br><br>Defendants. | **CIVIL ACTION NO. 08-CV-4772-RJS**<br><br>**ECF Filed** |
| JAMES CONNOLLY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL GROUP, MARTIN J. SULLIVAN, STEVEN J. BENSINGER, JOSEPH J. CASSANO, ROBERT E. LEWIS, and DAVID L. HERZOG,<br><br>Defendants. | **CIVIL ACTION NO. 08-CV-5072-RJS** |

(Captions continued on subsequent page)

**CERTIFICATE OF SERVICE**

| | | |
|---|---|---|
| MAINE PUBLIC EMPLOYEES RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | ) ) ) ) ) | **CIVIL ACTION NO. 08-CV-5464-RJS** |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| AMERICAN INTERNATIONAL GROUP, INC., MARTIN SULLIVAN, STEVEN BENSINGER, JOSEPH CASSANO, and ROBERT LEWIS, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| ONTARIO TEACHERS' PENSION PLAN BOARD, on behalf of itself and all others similarly situated, | ) ) ) ) | **CIVIL ACTION NO. 08-CV-5560-RJS** |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| AMERICAN INTERNATIONAL GROUP, INC., MARTIN SULLIVAN, STEVEN BENSINGER, JOSEPH CASSANO, and ROBERT LEWIS, | ) ) ) ) ) | |
| Defendants. | ) ) | |

I, Maureen Duncan, hereby certify that on August 18, 2008, I caused

1-  **ONTARIO TEACHERS' PENSION PLAN BOARD AND PGGM'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND IN OPPOSITION TO ALL OTHER MOTIONS, and**

2-  **REPLY DECLARATION OF GERALD H. SILK IN FURTHER SUPPORT OF THE MOTION OF ONTARIO TEACHERS' PENSION PLAN BOARD AND PGGM FOR APPOINTMENT AS LEAD PLAINTIF**

to be filed electronically with the Clerk of Court and served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service.

_____
Maureen Duncan