AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

**APPEARANCE**

Case Number:  08 Civ. 4772 (LAP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

American International Group, Inc.

I certify that I am admitted to practice in this court.

| 9/3/2008 | *[signature]* |
|---|---|
| Date | Signature |
| | Joseph S. Allerhand |
| | Print Name                              Bar Number |
| | Weil Gotshal & Manges LLP, 767 5th Avenue |
| | Address |

| New York | NY | 11372 |
|---|---|---|
| City | State | Zip Code |

| (212) 310-8725 | (212) 310-8007 |
|---|---|
| Phone Number | Fax Number |