AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern      DISTRICT OF      New York

**APPEARANCE**

Case Number: 08 Civ. 4772 (LAP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

American International Group, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/3/2008 | _[signature]_ |
| Date | Signature |
| | Robert F. Carangelo |
| | Print Name     Bar Number |
| | Weil Gotshal & Manges LLP, 767 5th Avenue |
| | Address |
| | New York    NY    10153 |
| | City    State    Zip Code |
| | (212) 310-8499    (212) 310-8007 |
| | Phone Number    Fax Number |