UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

IN RE AMERICAN
INTERNATIONAL GROUP, INC.
SECURITIES LITIGATION

MASTER FILE
No. 08 Civ. 4772 (LTS)(KNF)

This Document Relates To:
All Actions

-------------------------------------------------------x

## ORDER

The recent submission of a proposed page limitation allocation stipulation (the "Stipulation") in connection with dispositive motion practice in the above action brought to the Court's attention the apparent retention of Debevoise & Plimpton LLP by defendant Thomas Athan. The undersigned was formerly Counsel to that law firm and recuses from matters involving the firm. In light of the assignment of the related derivative and ERISA cases to the undersigned, as well as the extensive arrangements for coordination of motion practice, the Court proposes to sever the claims as against defendant Athan in the above action for reassignment to another Judge of the District. It is expected that, notwithstanding the reassignment of the severed portion of the action, the proceedings in all of the cases will continue to be coordinated in an appropriate fashion.

Any objection to this severance proposal, or any request for a conference concerning the same, shall be made in writing and shall be filed with the Court and served on all signatories to

Copies mailed/faxed to  All parties
Chambers of Judge Swain
7-2-09

7.02.09.WPD            VERSION 7/2/09                                                    1

the Stipulation, no later than **July 13, 2009.**

      SO ORDERED.

Dated: New York, New York
      July 2, 2009

                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge