UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2008 SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | Master File No.:<br>08-CV-4772-LTS<br><br>**ELECTRONICALLY FILED** |

**NOTICE OF MOTION OF LEAD PLAINTIFF TO STRIKE EXHIBITS SUBMITTED BY DEFENDANTS IN CONNECTION WITH THEIR MOTIONS TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE THAT, based on the Consolidated Class Action Complaint filed May 19, 2009 (the "Complaint") and the Memorandum of Law in Support of Lead Plaintiff's Motion to Strike Exhibits Submitted by Defendants in Connection with Their Motions to Dismiss the Consolidated Class Action Complaint, being filed October 2, 2009, the Court-appointed Lead Plaintiff, the State Treasurer of Michigan, as custodian of the Michigan Public School Employees' Retirement System, the State Employees' Retirement System, the Michigan State Police Retirement System, and the Michigan Judges Retirement System, on behalf of itself and the additional named plaintiffs in this case (collectively, "Plaintiffs"), will move this Court, before the Honorable Laura T. Swain, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, on a date and at time designated by the Court, for entry of an order: (a) striking certain documents contained as exhibits to declarations in support of the motions to dismiss filed by defendants American International Group, Inc. ("AIG"), PricewaterhouseCoopers LLC ("PwC"), and Robert E. Lewis ("Lewis"), as listed hereafter; (b) excluding from consideration arguments advanced by AIG, PwC, Lewis and other

defendants based on the challenged documents; and (c) for such other and further relief as this Court may deem just and proper.

    Specifically, Plaintiffs seek to strike the following documents:

a. Allerhand Decl. Ex. 1: excerpts from statements by The Board of Governors of the Federal Reserve System, Donald Kuhn, Jaime Caruana, Eric Stein, Alan Greenspan, Chris Cox, and David Ruder:

b. Allerhand Decl. Ex. 5: Monetary Policy Report of the Board of Governors of the Federal Reserve System, dated July 18, 2007;

c. Allerhand Decl. Ex. 6: July 24, 2007 Market News Service retransmitted story, titled "US's Paulson: Subprime at, Near Bottom; need Vigilance";

d. Allerhand Decl. Ex. 7: March 4, 2008 Capitol Hill hearing report, reporting testimony by Federal Deposit Insurance Corporation Chairman John M. Bair, Comptroller of the Currency John C. Dugan, Office of Thrift Supervision Director John M. Reich, National Credit Union Association Chairperson Joann Johnson, Board of Governors Vice Chairman Donald Kohn, and Iowa Banking Superintendent Thomas B. Gronstal;

e. Allerhand Decl. Ex. 8: April 8, 2008 Bloomberg news report, titled "IMF Says Financial Losses May Swell to $945 Billion";

f. Allerhand Decl. Ex. 9: April 11, 2008 New York Times article titled, "It's a Crisis, And Ideas Are Scarce";

g. Allerhand Decl. Exs. 10-12: Congressional statements by Center for Responsible Lending Senior Vice President Eric Stein, former Federal Reserve Chairman Alan Greenspan, SEC Chairman Christopher Cox, former Secretary of Treasury John Snow, former SEC Chairman David Ruder;

h. Allerhand Decl. Ex. 13: Congressional testimony of Henry M. Paulson, dated Nov. 18, 2008;

i. Allerhand Decl. Ex. 15: April 22, 2009 remarks prepared for delivery to the Economic Club of Washington by Timothy F. Geithner;

j. Allerhand Decl. Exs. 50-58: excerpts from various filings with the Securities and Exchange Commission by Morgan Stanley, Citigroup, JP Morgan Chase & Co., UBS, Bank of America, Lehman Brothers, and Wells Fargo;

k. Allerhand Decl. Exs. 66, 67, 69, 72, 73 and 74: various articles and other press about the ABX index;

l. Allerhand Decl. Ex. 76: Securities and Exchange Commission, Office of the Chief Accountant, Report and Recommendation, Study on Mark-to-Market Accounting, dated December 30, 2008;

m. Young Aff. Ex. 1: Congressional statements by Pennsylvania Insurance Commissioner Joel Ario, and General Accounting Office Director Orice Willians;

n. Young Decl. Exs. 2, 4, 5 and 6: various articles generally about the economic crisis;

o. Young Aff. Ex. 3: excerpt from an April 2007 publication of the International Monetary Fund, titled Global Financial Stability Report: Market Developments and Issues; and

p. Ryan Decl. Ex. V: "Forthcoming … discussion paper," dated May 6, 2009 titled Securities Litigation and the Housing Market Downturn.

Dated: October 2, 2009                                Respectfully submitted,

**BARRACK, RODOS & BACINE**                           **THE MILLER LAW FIRM, P.C.**


  /s/ Jeffrey W. Golan                                  /s/ E. Powell Miller
Leonard Barrack                                       E. Powell Miller (*pro hac vice*)
Jeffrey W. Golan (*pro hac vice*)                     Marc L. Newman (*pro hac vice*)
M. Richard Komins                                     David H. Fink
Robert A. Hoffman                                     Jayson E. Blake
Lisa M. Lamb                                          Brian E. Etzel
Julie B. Palley                                       Miller Building
3300 Two Commerce Square                              950 West University Drive, Suite 300
2001 Market Street                                    Rochester, MI 48307
Philadelphia, PA  19103                               Tel: (248) 841-2200
Tel.: (215) 963-0600                                  Fax: (248) 652-2852
Fax: (215) 963-0838

       and

A. Arnold Gershon (AG – 3809)
Regina M. Calcaterra (RC- 3858)
1350 Broadway
Suite 1001
New York, New York 10018
Tel.: (212) 688-0782
Fax: (212) 688-0783

*Attorneys for Lead Plaintiff, State of Michigan Retirement Systems,*
*and Lead Counsel for the Putative Class*