```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 14 2009
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE AMERICAN INTERNATIONAL GROUP,   :   No. 08 CV 4772 (LTS)
INC. 2008 SECURITIES LITIGATION       :

------------------------------------------------------------x

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, by and among the undersigned counsel to the parties in the above-captioned action, as follows:

1. Defendants shall file any opposition to Lead Plaintiff's Motion to Strike Exhibits Submitted by Defendants in Connection with their Motions to Dismiss the Consolidated Class Action Complaint by December 3, 2009.

2. Plaintiffs shall file any reply papers in further support of its motion by January 8, 2010.

SO ORDERED:

DATED: New York, New York
       Oct 14, 2009

_____
The Honorable Laura Taylor Swain
United States District Judge

WEIL, GOTSHAL & MANGES LLP
JOSEPH S. ALLERHAND
ROBERT F. CARANGELO
STACY NETTLETON

By: /s/ Joseph S. Allerhand
      Joseph S. Allerhand

767 Fifth Avenue
New York, NY  10153
Telephone:  (212) 310-8000
Fax:  (212) 310-8007
joseph.allerhand@weil.com
robert.carangelo@weil.com
stacy.nettleton@weil.com

*Attorneys for Defendants American International Group, Inc.*

CRAVATH, SWAINE & MOORE LLP
THOMAS G. RAFFERTY
ANTONY L. RYAN
SAMIRA SHAH

By: _____
Samira Shah

825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
trafferty@cravath.com
aryan@cravath.com
sshah@cravath.com

*Attorneys for PricewaterhouseCoopers LLP*

WILLKIE FARR & GALLAGHER LLP
MICHAEL R. YOUNG

By: /s/ Michael R. Young

787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Fax: (212) 728-8111
myoung@willkie.com

*Attorney for Defendant Robert Lewis*

BARRACK, RODOS & BACINE
LEONARD BARRACK
JEFFREY W. GOLAN
A. ARNOLD GERSHON

By: /s/ Jeffrey W. Golan
    Jeffrey W. Golan

Two Commerce Square
2001 Market Street
Suite 3300
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
lbarrack@barrack.com
jgolan@barrack.com
agershon@barrack.com

-and-

THE MILLER LAW FIRM, P.C.
E. POWELL MILLER
MARC L. NEWMAN
950 W. University Drive,
Suite 300
Rochester, MI 48307
Telephone: (248)-841-2200
Facsimile: (248)-652-2852
epm@millerlawpc.com
mln@millerlawpc.com

*Co-Lead Counsel for Securities Class Action Lead Plaintiff*