UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x
                                                  :
IN RE AMERICAN INTERNATIONAL                      :  MASTER FILE NO.:
GROUP, INC. 2008 SECURITIES LITIGATION            :  No.  08 Civ. 4772 (LTS)
                                                  :
------------------------------------------------- x


## NOTICE OF APPEARANCE


The undersigned respectfully enters her appearance as counsel for Defendant Joseph Cassano.  The undersigned is a member of this Court in good standing.


Dated: New York, New York
       September 29, 2010

                                        GIBSON, DUNN & CRUTCHER LLP

                                        By: /s/ Kimberly Lindsay
                                            Kimberly Lindsay (KL-5776)
                                        200 Park Avenue
                                        48th Floor
                                        New York, New York 10166-0193
                                        Telephone: (212) 351-5396
                                        Facsimile: (212) 351-6296
                                        KLindsay@gibsondunn.com

                                        *Attorneys for Defendant*
                                        *Joseph Cassano*