UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2008 SECURITIES LITIGATION ) ) ) ) ) ) ) ) ) ) This Document Relates To: All Actions ) ) ) | Master File No.: 08-CV-4772 (LTS) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Robert H. Pees, a member of this Court in good standing, respectfully enters his appearance as counsel for the Defendant Martin J. Sullivan in this action and requests that all pleadings, notices, filings, correspondence and other papers relating to this litigation be served on the undersigned.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance is made without waiver of or prejudice to any defenses that Defendant Sullivan may have in this action.

Dated: October 7, 2010
    New York, New York

Respectfully submitted,

By: /s/ Robert H. Pees____
    Robert H. Pees
    Akin Gump Strauss Hauer & Feld LLP
    One Bryant Park
    New York, NY 10036
    (212) 872-1000
    rpees@akingump.com

## **CERTIFICATE OF SERVICE**

      I, Robert H. Pees, hereby certify that on October 7, 2010, I served a true and correct copy of the foregoing Notice of Appearance by electronic case filing upon all counsel of record registered to receive electronic notice.

                                       By:  /s/ Robert H. Pees
                                                  Robert H. Pees
                                                  Akin Gump Strauss Hauer & Feld LLP
                                                  One Bryant Park
                                                  New York, NY 10036
                                                  (212) 872-1000
                                                  rpees@akingump.com

Dated: October 7, 2010