

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE AMERICAN INTERNATIONAL : Master File No. 08-CV-4772 (LTS)
GROUP, INC. 2008 SECURITIES :
LITIGATION :

---

### STIPULATION AND PROPOSED ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties, that:

1. Defendants, other than the Underwriter Defendants and PricewaterhouseCoopers LLP, will file their respective answers to the Consolidated Class Action Complaint on or before November 24, 2010.

2. The Underwriter Defendants and PricewaterhouseCoopers LLP will file their respective answers to the Consolidated Class Action Complaint on or before December 10, 2010.

WEIL, GOTSHAL & MANGES LLP

By: _____
Joseph S. Allerhand
Robert F. Carangelo
Stacy Nettleton

767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Fax: (212) 310-8007
joseph.allerhand@weil.com
robert.carangelo@weil.com
stacy.nettleton@weil.com

*Attorneys for Defendants American International Group, Inc., David Herzog and Edmund S.W. Tse*

SIMPSON THACHER & BARTLETT LLP

By: _____
James Gamble
Michael J. Garvey
Craig S. Waldman

425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Fax: (212) 455-2502
jgamble@stblaw.com
mgarvey@stblaw.com
cwaldman@stblaw.com

*Attorneys for Defendants Stephen F. Bollenbach, Pei-yuan Chia, Marshall A. Cohen, Martin S. Feldstein, Ellen V. Futter, Stephen L. Hammerman, Richard C. Holbrooke, Fred H. Langhammer, George L. Miles, Morris W. Offit, James F. Orr III, Virginia M. Rometty, Michael H. Sutton, Robert B. Willumstad and Frank G. Zarb*

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: _____
    Richard A. Rosen

1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212)- 373-3000
Facsimile: (212)- 757-3990
rrosen@paulweiss.com

*Attorney for the Underwriter Defendants*

CRAVATH, SWAINE & MOORE LLP

By: _____
Thomas G. Rafferty
Antony L. Ryan
Samira Shah

825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
trafferty@cravath.com
aryan@cravath.com
sshah@cravath.ccom

*Attorneys for PricewaterhouseCoopers LLP*

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Lee G. Dunst
F. Joseph Warin
Lee G. Dunst
Georgia Winston

200 Park Avenue, 47th Floor
New York, NY 10166
Telephone: (212) 351-4000
Fax: (212) 351-4035
fwarin@gibsondunn.com
ldunst@gibsondunn.com
gwinston@gibsondunn.com

*Attorneys for Defendant Joseph Cassano*

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
Robert H. Hotz, Jr.
Jamison A. Diehl

One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Fax: (212) 872-1002
rhotz@akingump.com
jdiehl@akingump.com

-and-

WACHTELL, LIPTON, ROSEN & KATZ
David M. Murphy
Meredith L. Turner

51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Fax: (212) 403-2000
dmmurphy@wlrk.com
mlturner@wlrk.com

*Attorneys for Defendant Martin J. Sullivan*

MAYER BROWN LLP

By: /s/ Joseph De Simone
Richard A. Spehr
Joseph De Simone

1675 Broadway
New York, NY 10019-5820
Telephone: (212) 506 2500
Fax: (212) 262-1910
rspehr@mayerbrown.com
jdesimone@mayerbrown.com

*Attorneys for Defendant Steven Bensinger*

LATHAM & WATKINS LLP

By: _____
Paul A. Serritella
David M. Brodsky
Richard D. Owens

885 Third Avenue, Suite 1000
New York, NY 10022-4834
Telephone: (212) 906-1200
Fax: (212) 751-4864
paul.serritella@lw.com
david.brodsky@lw.com
richard.owens@lw.com

*Attorneys for Defendant Andrew Forster*


MILBANK, TWEED, HADLEY & MCCLOY LLP

By: _____
    Andrew Tomback
    Dorothy Heyl

1 Chase Manhattan Plaza
New York, NY 10005-1413
Telephone: (212) 530-5000
Fax: (212) 530-5219
atomback@milbank.com
dheyl@milbank.com

*Attorneys for Defendant Alan Frost*

WILLKIE FARR & GALLAGHER LLP

By: _____
　　Michael R. Young
　　Antonio Yanez, Jr.
　　Mei Lin Kwan-Gett

787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Fax: (212) 728-8111
myoung@willkie.com
ayanez@willkie.com
mkwangett@willkie.com

*Attorneys for Defendant Robert Lewis*

BARRACK, RODOS & BACINE

By: /s/ Jeffrey Golan (by SN)
Leonard Barrack
Jeffrey W. Golan
A. Arnold Gershon

Two Commerce Square
2001 Market Street
Suite 3300
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
lbarrack@barrack.com
jgolan@barrack.com
agershon@barrack.com

-and-

THE MILLER LAW FIRM, P.C.
E. Powell Miller
Marc L. Newman
950 W. University Drive,
Suite 300
Rochester, MI 48307
Telephone: (248)-841-2200
Facsimile: (248)-652-2852
epm@millerlawpc.com
mln@millerlawpc.com

*Co-Lead Counsel for Securities Class Action Lead Plaintiffs*

SO ORDERED.

Dated: New York, NY

October 8, 2010

/s/ Laura Taylor Swain
The Honorable Laura Taylor Swain
United States District Judge