UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2008 SECURITIES LITIGATION | MASTER FILE<br>08 Civ. 4772 (LTS)(KNF)<br><br>**ORAL ARGUMENT REQUESTED** |

# NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, upon the pleadings, the accompanying memorandum of law, and all other papers and proceedings in this matter, the Underwriter Defendants,[1] Defendants American International Group, Inc., PricewaterhouseCoopers LLP, Edmund S.W. Tse, David L. Herzog, Andrew Forster, Steven Bensinger, Martin J. Sullivan and the Outside Director Defendants[2] will move this Court, before the Honorable Laura Taylor Swain, at a date and time to be determined by the Court, for an order pursuant to the Federal Rules of Civil Procedure, Rule 6.3 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, and the inherent plenary powers of this Court, granting defendants' motion for reconsideration of this Court's September 27, 2010 Opinion and Order.

---

[1] The "Underwriter Defendants" are the financial institutions named in paragraph 51 of plaintiffs' Consolidated Class Action Complaint who served as underwriters and agents in certain AIG debt and equity offerings during plaintiffs' proposed Class Period, with the exception of Banca IMI S.p.A. and Daiwa Securities SMBC Europe Ltd., upon which plaintiffs have not effected service and against which plaintiffs' claims were dismissed by the Court's Opinion and Order dated September 27, 2010.  *See* Slip. Op. at 3 n.2.

[2] The "Outside Director Defendants" are Stephen F. Bollenbach, Pei-yuan Chia, Marshall A. Cohen, Martin S. Feldstein, Ellen V. Futter, Stephen L. Hammerman, Richard C. Holbrooke, Fred H. Langhammer, George L. Miles, Morris W. Offit, James F. Orr III, Virginia M. Rometty, Michael H. Sutton, Robert B. Willumstad and Frank G. Zarb.

Dated:  New York, New York
October 12, 2010

Respectfully submitted,

| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | WEIL, GOTSHAL & MANGES LLP |
|---|---|
| By: _____/s/ Richard A. Rosen_____<br>Richard A. Rosen<br>Brad S. Karp<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Tel:(212) 373-3000<br>Fax:(212) 757-3990<br>rrosen@paulweiss.com<br>bkarp@paulweiss.com<br><br>Charles E. Davidow<br>2001 K Street, NW<br>Washington, DC 20006<br>Tel:(202) 223-7300<br>Fax:(202) 223-7420<br>cdavidow@paulweiss.com | By: _____/s/ Joseph S. Allerhand_____<br>Joseph S. Allerhand<br>Robert F. Carangelo<br>Stacy Nettleton<br>767 Fifth Avenue<br>New York, New York 10153<br>Tel:(212) 310-8000<br>joseph.allerhand@weil.com<br>robert.carangelo@weil.com<br>stacy.nettleton@weil.com<br><br>*Attorneys for Defendants American International Group, Inc., Edmund S.W. Tse, and David L. Herzog* |

*Attorneys for the Underwriter Defendants*

| | |
|---|---|
| CRAVATH, SWAINE & MOORE LLP<br><br>By:  /s/ Thomas G. Rafferty<br>    Thomas G. Rafferty<br>    Antony L. Ryan<br>    Samira Shah<br>    Worldwide Plaza<br>    825 Eighth Avenue<br>    New York, NY 10019<br>    Tel:(212) 474-1000<br>    trafferty@cravath.com<br>    aryan@cravath.com<br>    sshah@cravath.com<br><br>*Attorneys for Defendant*<br>*PricewaterhouseCoopers LLP* | LATHAM & WATKINS LLP<br><br>By:  /s/ Richard D. Owens<br>    Richard D. Owens<br>    David M. Brodsky<br>    Lillian E. Gutwein<br>    885 Third Avenue<br>    New York, New York 10022<br>    Tel:(212) 906.1200<br>    Fax:(212) 751.4864<br>    ryan.owens@lw.com<br>    david.brodsky@lw.com<br>    lillian.gutwein@lw.com<br><br>*Attorneys for Defendant Andrew Forster* |
| SIMPSON THACHER & BARTLETT LLP<br><br>By:  /s/ James G. Gamble<br>    James G. Gamble<br>    Michael J. Garvey<br>    Craig S. Waldman<br>    425 Lexington Avenue<br>    New York, New York 10017-3954<br>    Tel:(212) 455-2000<br>    Fax:(212) 455-2502<br>    jgamble@stblaw.com<br>    mgarvey@stblaw.com<br>    cwaldman@stblaw.com<br><br>*Attorneys for the Outside Director*<br>*Defendants* | MAYER BROWN LLP<br><br>By:  /s/ Richard A. Spehr<br>    Richard A. Spehr<br>    Joseph De Simone<br>    S. Christopher Provenzano<br>    Bradford Jealous, III<br>    1675 Broadway<br>    New York, New York 10019<br>    Tel:(212) 506-2500<br>    rspehr@mayerbrown.com<br>    jdesimone@mayerbrown.com<br>    cprovenzano@mayerbrown.com<br>    bjealous@mayerbrown.com<br><br>*Attorneys for Defendant Steven J.*<br>*Bensinger* |

AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/ Jamison A. Diehl
    Robert H. Hotz, Jr.
    Jamison A. Diehl
    Sunish Gulati
    Jacqueline G. Yecies
    One Bryant Park
    New York, NY 10036
    Tel:(212) 872-1000
    Fax:(212) 872-1002
    rhotz@akingump.com
    jdiehl@akingump.com
    sgulati@akingump.com
    jyecies@akingump.com

-and-

WACHTELL, LIPTON, ROSEN & KATZ
David M. Murphy
Meredith L. Turner
51 West 52nd Street
New York, New York 10019
Tel:(212) 403-1000
dmmurphy@wlrk.com
mlturner@wlrk.com

*Attorneys for Defendant Martin J. Sullivan*