UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2008 SECURITIES LITIGATION | Master File No.: 08-CV-4772 (LTS)(KNF)<br><br>ORAL ARGUMENT REQUESTED |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 6.3, upon the Memorandum of Law in Support of Defendants Steven J. Bensinger, Joseph Cassano, Andrew Forster, David L. Herzog, Robert E. Lewis, and Martin Sullivan's Joint Motion for Reconsideration and the papers filed in support of other defendants' motion for reconsideration dated October 12, 2010, the undersigned will move this Court, before the Honorable Laura Taylor Swain, in Courtroom 11C of the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, on a date and time designated by the Court, for reconsideration of the Court's September 27, 2010 Opinion and Order to the extent it holds that plaintiffs have stated claims against them under Section 15 of the Securities Act of 1933.

Pursuant to Rule 2.B. of this Court's Individual Practices, counsel for Defendant American International Group, Inc., on behalf of all defendants, has used best efforts to resolve informally with plaintiffs' counsel the matters raised in this motion for reconsideration but has not been successful.

DATED: October 12, 2010

WILLKIE FARR & GALLAGHER LLP

By: _____
Michael R. Young
Antonio Yanez, Jr.
Mei Lin Kwan-Gett
(Members of the Firm)

-2-

                                787 Seventh Avenue
New York, New York 10019
(212) 728-8000 (telephone)
(212) 728-8111 (facsimile)
myoung@willkie.com
ayanez@willkie.com
mkwangett@willkie.com

*Attorneys for Robert E. Lewis*

MAYER BROWN LLP

By: _Joseph De Simone /scr_
     Richard A. Spehr
     Joseph De Simone

1675 Broadway
New York, New York 10019
(212) 506-2500 (telephone)
(212) 262-1910 (facsimile)
rspehr@mayerbrown.com
jdesimone@mayerbrown.com

*Attorneys for Steven J. Bensinger*

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Lee G. Dunst

Lee G. Dunst
Jim Walden

200 Park Avenue
New York, New York 10166-0193
(212) 351-4000 (telephone)
(212) 351-4035 (facsimile)
ldunst@gibsondunn.com
jwalden@gibsondunn.com

F. Joseph Warin (admitted *pro hac vice*)
1050 Connecticut Avenue N.W.
Washington, District of Columbia 20036
(202) 955-8500 (telephone)
(202) 467-0539 (facsimile)
fwarin@gibsondunn.com

*Attorneys for Joseph Cassano*

LATHAM & WATKINS LLP

By: _____
Paul A. Serritella
Richard D. Owens

885 Third Avenue
New York, New York  10022
(212) 906-1200 (telephone)
(212) 751-4864 (facsimile)
paul.serritella@lw.com
richard.owens@lw.com

*Attorneys for Andrew Forster*

WEIL, GOTSHAL & MANGES LLP

By: _____
Joseph S. Allerhand
Robert F. Carangelo
Stacy Nettleton

767 Fifth Avenue
New York, New York 10153
(212) 310-8000 (telephone)
(212) 310-8007 (facsimile)
joseph.allerhand@weil.com
robert.carangelo@weil.com
stacy.nettleton@weil.com

*Attorneys for David L. Herzog*

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
Robert Hotz, Jr.
Jamison A. Diehl

One Bryant Park
New York, New York 10036
(212) 872-1000 (telephone)
(212) 872-1002 (facsimile)
rhotz@akingump.com
jdiehl@akingump.com

- and -

WACHTELL, LIPTON, ROSEN & KATZ
David M. Murphy
Meredith L. Turner
51 West 52nd Street
New York, New York 10019
(212) 403-1000 (telephone)
dmmurphy@wlrk.com
mlturner@wlrk.com

*Attorneys for Martin Sullivan*

TO:

Leonard Barrack
Jeffrey W. Golan
A. Arnold Gershon
Barrack Rodos & Bacine
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
*Co-Lead Counsel for Plaintiffs*

E. Powell Miller
Marc L. Newman
The Miller Law Firm, P.C.
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
*Co-Lead Counsel for Plaintiffs*

James G. Gamble
Michael J. Garvey
Craig S. Waldman
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
*Attorneys for the Outside Director Defendants*

Antony L. Ryan
Samira Shah
Thomas G. Rafferty
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
*Attorneys for Defendant PricewaterhouseCoopers*

Brad S. Karp
Richard A. Rosen
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-2384
Facsimile: (212) 373-2384
   - and -
Charles E. Davidow
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, N.W., 5th Floor
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
*Attorneys for the Underwriter Defendants*

E. Powell Miller
Marc L. Newman
The Miller Law Firm, P.C.
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
*Co-Lead Counsel for Plaintiffs*

James G. Gamble
Michael J. Garvey
Craig S. Waldman
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
*Attorneys for the Outside Director Defendants*

Antony L. Ryan
Samira Shah
Thomas G. Rafferty
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
*Attorneys for Defendant PricewaterhouseCoopers*

Brad S. Karp
Richard A. Rosen
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-2384
Facsimile: (212) 373-2384
   - and -
Charles E. Davidow
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, N.W., 5th Floor
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
*Attorneys for the Underwriter Defendants*

-9-

Andrew E. Tomback
Dororthy Heyl
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10015
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
atomback@milbank.com
dheyl@milbank.com
*Attorneys for Alan Frost*

5906610