UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2008 SECURITIES LITIGATION | Master File No.: 08-CV-4772 (LTS)(KNF) |

**ORAL ARGUMENT REQUESTED**

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS STEVEN J. BENSINGER, JOSEPH CASSANO, ANDREW FORSTER, DAVID L. HERZOG, ROBERT E. LEWIS, AND MARTIN SULLIVAN'S JOINT MOTION FOR RECONSIDERATION**

**WILLKIE FARR & GALLAGHER LLP**

787 Seventh Avenue
New York, NY 10019
(212) 728-8000

Attorneys for Defendant Robert E. Lewis

Defendants Steven J. Bensinger, Joseph Cassano, Andrew Forster, David L. Herzog, Robert E. Lewis and Martin Sullivan (collectively, the "Section 15 Defendants") respectfully submit this memorandum of law in support of their joint motion for reconsideration of this Court's September 27, 2010 Opinion and Order to the extent it holds that plaintiffs have stated claims against them under Section 15 of the Securities Act of 1933 (the "Securities Act") in connection with AIG securities offerings in which no named plaintiff purchased securities.

## ARGUMENT

In its Opinion and Order dated September 27, 2010 (the "Order"), the Court held that plaintiffs could assert claims under Sections 11 and 12(a)(2) of the Securities Act with respect to 89 securities offerings between 2006 and 2008 in which plaintiffs had not purchased securities. The Court also held that plaintiffs had stated claims against the Section 15 Defendants as control persons under Section 15 with respect to those 89 offerings.

Certain defendants have moved for reconsideration of the Court's decision on standing, based on the argument that only those who invested in a specific offering may bring Section 11 and 12(a)(2) claims with respect to that offering.[1] In addition to reconsidering that aspect of the Order, the Section 15 Defendants respectfully request that the Court concurrently reconsider the viability of the Section 15 claims against them. The law is that an inability to assert primary Securities Act violations under Sections 11 and 12(a)(2) for a particular offering results in an inability to state control person claims under Section 15 based on the same offering.

---

[1] The Section 15 Defendants hereby incorporate the arguments in Memorandum of Law In Support of the Underwriter Defendants', American International Group's, PricewaterhouseCoopers', Edmund S.W. Tse's, David L. Herzog's, Andrew Forster's, Steven J. Bensinger's, Martin J. Sullivan's and the Outside Director Defendants' Motion for Reconsideration, dated October 12, 2010.

*See, e.g., In re Morgan Stanley Info. Fund Litig.*, 592 F.3d 347, 358, 362 (2d Cir. 2010); *In re IAC/InterActiveCorp Sec. Litig.*, 695 F. Supp. 2d 109, 121 (S.D.N.Y. 2010).

Dated: October 12, 2010

Respectfully submitted,

WILLKIE FARR & GALLAGHER LLP

By: _____

Michael R. Young
Antonio Yanez, Jr.
Mei Lin Kwan-Gett

787 Seventh Avenue
New York, New York 10019-6099
(212) 728-8000 (telephone)
(212) 728-8111 (facsimile)
myoung@willkie.com
ayanez@willkie.com
mkwangett@willkie.com

*Attorneys for Robert E. Lewis*

MAYER BROWN LLP

By: _____ /scp
      Richard A. Spehr
      Joseph De Simone

1675 Broadway
New York, New York 10019
(212) 506-2500 (telephone)
(212) 262-1910 (facsimile)
rspehr@mayerbrown.com
jdesimone@mayerbrown.com

*Attorneys for Steven J. Bensinger*

3

GIBSON, DUNN & CRUTCHER LLP

By: 

Lee G. Dunst
Jim Walden

200 Park Avenue
New York, New York  10166-0193
(212) 351-4000 (telephone)
(212) 351-4035 (facsimile)
ldunst@gibsondunn.com
jwalden@gibsondunn.com

F. Joseph Warin (admitted *pro hac vice*)
1050 Connecticut Avenue N.W.
Washington, District of Columbia  20036
(202) 955-8500 (telephone)
(202) 467-0539 (facsimile)
fwarin@gibsondunn.com

*Attorneys for Joseph Cassano*

4

LATHAM & WATKINS LLP

By: _____

Paul A. Serritella
Richard D. Owens

885 Third Avenue
New York, New York  10022
(212) 906-1200 (telephone)
(212) 751-4864 (facsimile)
paul.serritella@lw.com
richard.owens@lw.com

*Attorneys for Andrew Forster*

5

WEIL, GOTSHAL & MANGES LLP

By: _____
     Joseph S. Allerhand
     Robert F. Carangelo
     Stacy Nettleton

767 Fifth Avenue
New York, New York 10153
(212) 310-8000 (telephone)
(212) 310-8007 (facsimile)
joseph.allerhand@weil.com
robert.carangelo@weil.com
stacy.nettleton@weil.com

*Attorneys for David L. Herzog*

6

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
     Robert Hotz, Jr.
     Jamison A. Diehl

One Bryant Park
New York, New York 10036
(212) 872-1000 (telephone)
(212) 872-1002 (facsimile)
rhotz@akingump.com
jdiehl@akingump.com

- and -

WACHTELL, LIPTON, ROSEN & KATZ

David M. Murphy
Meredith L. Turner
51 West 52nd Street
New York, New York 10019
(212) 403-1000 (telephone)
dmmurphy@wlrk.com
mlturner@wlrk.com

*Attorneys for Martin Sullivan*

5906507