UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2008 SECURITIES LITIGATION | Master File No.: 08-CV-4772 (LTS)(KNF)<br><br>ORAL ARGUMENT REQUESTED |

### REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEFENDANTS STEVEN J. BENSINGER, JOSEPH CASSANO, ANDREW FORSTER, DAVID L. HERZOG, ROBERT E. LEWIS, AND MARTIN SULLIVAN'S JOINT MOTION FOR RECONSIDERATION

In their opening brief, defendants Steven J. Bensinger, Joseph Cassano, Andrew Forster, David L. Herzog, Robert E. Lewis and Martin Sullivan (collectively, the "Section 15 Defendants") respectfully requested the Court reconsider its findings as to the viability of plaintiffs' allegations under Section 15 of the Securities Act of 1933 (the "Securities Act"), should the Court grant other defendants' motion for reconsideration of the Court's findings as to plaintiffs' Section 11 and 12(a)(2) allegations. In particular, the Section 15 Defendants argued that an inability to state primary Securities Act violations under Sections 11 and 12(a)(2) would necessarily mean that plaintiffs could not state control person claims under Section 15. In their opposition brief, plaintiffs have chosen not to contest this point.[1]

---

[1] The Section 15 Defendants hereby incorporate the arguments in the Reply Memorandum of Law In Further Support of the Underwriter Defendants', American International Group Inc's, PricewaterhouseCoopers LLP's, Edmund S.W. Tse's, David L. Herzog's, Andrew Forster's, Steven J. Bensinger's, Martin J. Sullivan's and the Outside Director Defendants' Motion for Reconsideration, dated October 26, 2010.

Dated: October 26, 2010                Respectfully submitted,

WILLKIE FARR & GALLAGHER LLP

By: _____
   Michael R. Young
   Antonio Yañez, Jr.
   Mei Lin Kwan-Gett

787 Seventh Avenue
New York, New York 10019-6099
(212) 728-8000 (telephone)
(212) 728-8111 (facsimile)
myoung@willkie.com
ayanez@willkie.com
mkwangett@willkie.com

*Attorneys for Robert E. Lewis*

MAYER BROWN LLP

By:    /s/ Richard A. Spehr
      Richard A. Spehr
      Joseph De Simone

1675 Broadway
New York, New York 10019
(212) 506-2500 (telephone)
(212) 262-1910 (facsimile)
rspehr@mayerbrown.com
jdesimone@mayerbrown.com

*Attorneys for Steven J. Bensinger*

GIBSON, DUNN & CRUTCHER LLP

By:    /s/ Lee G. Dunst
      Lee G. Dunst
      Jim Walden

200 Park Avenue
New York, New York 10166-0193
(212) 351-4000 (telephone)
(212) 351-4035 (facsimile)
ldunst@gibsondunn.com
jwalden@gibsondunn.com

F. Joseph Warin (admitted *pro hac vice*)
1050 Connecticut Avenue N.W.
Washington, District of Columbia 20036
(202) 955-8500 (telephone)
(202) 467-0539 (facsimile)
fwarin@gibsondunn.com

*Attorneys for Joseph Cassano*

LATHAM & WATKINS LLP

By: ___/s/ Paul Serritella___
    Richard D. Owens
    David M. Brodsky
    Paul Serritella

885 Third Avenue
New York, New York 10022
(212) 906-1200 (telephone)
(212) 751-4864 (facsimile)
richard.owens@lw.com
david.brodsky@lw.com
paul.serritella@lw.com

*Attorneys for Andrew Forster*

WEIL, GOTSHAL & MANGES LLP

By: /s/ Joseph S. Allerhand
 Joseph S. Allerhand
 Robert F. Carangelo
 Stacy Nettleton

767 Fifth Avenue
New York, New York 10153
(212) 310-8000 (telephone)
(212) 310-8007 (facsimile)
joseph.allerhand@weil.com
robert.carangelo@weil.com
stacy.nettleton@weil.com

*Attorneys for David L. Herzog*

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____/s/ Jamison A. Diehl_____
      Robert H. Pees
      Robert Hotz Jr.
      Jamison A. Diehl

One Bryant Park
New York, New York 10036
(212) 872-1000 (telephone)
(212) 872-1002 (facsimile)
rpees@akingump.com
rhotz@akingump.com
jdiehl@akingump.com

    - and -

WACHTELL, LIPTON, ROSEN & KATZ

David M. Murphy
Meredith L. Turner
51 West 52nd Street
New York, New York 10019
(212) 403-1000 (telephone)
dmmurphy@wlrk.com
mlturner@wlrk.com

*Attorneys for Martin Sullivan*

5930266