AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

## APPEARANCE

Case Number: 08-CV-04772

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Alan Frost

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/29/2010 | *[signature: S. Farrell]* |
| Date | Signature |
| | Sean Farrell — SF3171 |
| | Print Name — Bar Number |
| | One Chase Manhattan Plaza |
| | Address |
| | New York — N.Y. — 10005 |
| | City — State — Zip Code |
| | (212) 530-5617 — (212) 822-5617 |
| | Phone Number — Fax Number |