UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re: American International           Plaintiff,                    08  C  4722     (    )

-against-

                                        Defendant.
----------------------------------------------------- X

## NOTICE OF CHANGE OF ADDRESS

[X]  I have cases pending          [ ]  I have no cases pending

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: Sean Farrell

[X]   Attorney

   [X]   I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: SF3171 ; My State Bar Number is: 4601241

   [ ]   I am a Pro Hac Vice attorney

   [ ]   I am a Government Agency attorney

[ ]   Law Firm/Government Agency Association

   From: United States District Court, EDNY

   To: Milbank Tweed Hadley & McCloy LLP

   [X]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

   [ ]   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X] Address:       1 Chase Manhattan Plaza

                   New York, N.Y. 10005
[X] Telephone
    No.:           212-530-5617

[X] Fax No.:       212-822-5617

[ ] E-Mail
    Address:

Dated: 10/29/10                              _____L. Farrell_____
                                             ATTORNEY'S SIGNATURE