IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP GROUP, INC. 2008 SECURITIES LITIGATION | Master File No. 08 Civ. 4772 (LTS) <br><br> **ELECTRONICALLY FILED** |

## NOTICE OF CHANGE OF ADDRESS

PLEASE BE ADVISED that effective November 1, 2010, Barrack, Rodos & Bacine's New York office has relocated to the following address:

**425 Park Avenue, Suite 3100**
**New York, NY  10022**

The telephone and fax numbers remain the same.

Dated:  November 1, 2010                   **BARRACK, RODOS & BACINE**

By: _____
Leonard Barrack
Jeffrey W. Golan *(pro hac vice)*
M. Richard Komins
Robert A. Hoffman
Lisa M. Lamb
Julie B. Palley
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
Tel.: (215) 963-0600
Fax: (215) 963-0838

and

A. Arnold Gershon (AG-3809)
Regina M. Calcaterra (RC-3858)
425 Park Avenue, Suite 3100
New York, NY  10022
Telephone: (212) 688-0782
Fax: (212) 688-0783

*Attorneys for Lead Plaintiff, State of Michigan Retirement Systems,*
*and Co-Lead Counsel for the Putative Class*

## CERTIFICATE OF SERVICE

I, Jeffrey W. Golan, a member of the bar of this Court, hereby certify that a true and correct copy of the foregoing Notice of Change of Address has been filed electronically and served on all counsel of record on the attached service list on this 1st day of November, 2010.



/s/
Jeffrey W. Golan

IN RE AMERICAN INTERNATIONAL GROUP 2008 SECURITIES LITIGATION
Service List
November 1, 2010

Nicholas Gravante, Esq.
Boies, Schiller & Flexner LLP
NGravante@BSFLLP.com

David Boies, Esq.
Boies, Schiller & Flexner LLP
dboies@BSFLLP.com

Brian J. Robbins, Esq.
Robbins Umeda & Fink, LLP
brobbins@rulaw.com

Michael Swick, Esq.
Kahn Gauthier Swick, LLC
michael.swick@kgscounsel.com

Robert I. Harwood
Harwood Feffer LLP
rharwood@hfesq.com

Derek W. Loeser, Esq.
Keller Rohrback L.L.P.
dloeser@kellerrohrback.com

James Gamble, Esq.
Simpson Thacher & Bartlett LLP
jgamble@stblaw.com

David M. Murphy, Esq.
Wachtell, Lipton, Rosen & Katz
dmmurphy@wlrk.com

Richard A. Rosen, Esq.
Paul, Weiss, Rifkind, Wharton
   & Garrison LLP
rrosen@paulweiss.com

James Anthony Diehl, Esq.
Akin Gump Strauss Hauer
   & Feld LLP
jdiehl@akingump.com

Steven I. Froot, Esq.
Boies, Schiller & Flexner LLP
SFroot@BSFLLP.com

Thomas G. Amon, Esq.
Law Offices of Thomas G. Amon
tamon@amonlaw.com

Lewis S. Kahn, Esq.
Kahn Gauthier Swick, LLC
lewis.kahn@kgscounsel.com

Lee Squitieri, Esq.
Squitieri & Fearon, LLP
lee@sfclasslaw.com

Marian P. Rosner, Esq.
Wolf Popper LLP
mrosner@wolfpopper.com

Joseph S. Allerhand, Esq.
Weil, Gotshal & Manges LLP
joseph.allerhand@weil.com

Lee Dunst, Esq.
Gibson, Dunn & Crutcher LLP
ldunst@gibsondunn.com

Joseph Desimone, Esq.
Mayer Brown LLP
jdesimone@mayerbrown.com

David M. Brodsky, Esq.
Latham & Watkins LLP
david.brodsky@lw.com

Mei Lin Kwan-Gett, Esq.
Willkie Farr & Gallagher LLP
maosdny@willkie.com

| | |
|---|---|
| Thomas G. Rafferty, Esq.<br>Cravath, Swaine & Moore LLP<br>trafferty@cravath.com | Andrew E. Tomback, Esq.<br>Milbank, Tweed, Hadley<br>& McCloy LLP<br>atomback@milbank.com |

/s/ Jeffrey W. Golan
Jeffrey W. Golan