UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE AMERICAN
INTERNATIONAL GROUP, INC.
2008 SECURITIES LITIGATION

MASTER FILE
No.  08 Civ. 4772 (LTS)

This Document Relates To:
All Actions

------------------------------------------------------------x

## ORDER

The Clerk of the Court is respectfully requested to amend the caption in this case to include the year "2008," as shown above.

Dated:     New York, New York
           November 9, 2010

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge

AIG CAPTION AMEND.WPD         VERSION 11/9/10                                    1