## CERTIFICATE OF SERVICE

I, Jeffrey W. Golan, a member of the bar of this Court, hereby certify that a true and correct copy of the foregoing Lead Plaintiff's Reply Brief in Further Support of Motion to Compel the Production of Documents by Defendants Notwithstanding Foreign Secrecy Laws, has been filed electronically and served on all counsel of record on the attached service list on this 22nd day of November, 2010.

/s/
Jeffrey W. Golan

IN RE AMERICAN INTERNATIONAL GROUP 2008 SECURITIES LITIGATION
Service List
November 22, 2010

Nicholas Gravante, Esq.
Boies, Schiller & Flexner LLP
NGravante@BSFLLP.com

Steven I. Froot, Esq.
Boies, Schiller & Flexner LLP
SFroot@BSFLLP.com

David Boies, Esq.
Boies, Schiller & Flexner LLP
dboies@BSFLLP.com

Thomas G. Amon, Esq.
Law Offices of Thomas G. Amon
tamon@amonlaw.com

Brian J. Robbins, Esq.
Robbins Umeda & Fink, LLP
brobbins@rulaw.com

Lewis S. Kahn, Esq.
Kahn Gauthier Swick, LLC
lewis.kahn@kgscounsel.com

Michael Swick, Esq.
Kahn Gauthier Swick, LLC
michael.swick@kgscounsel.com

Lee Squitieri, Esq.
Squitieri & Fearon, LLP
lee@sfclasslaw.com

Robert I. Harwood
Harwood Feffer LLP
rharwood@hfesq.com

Marian P. Rosner, Esq.
Wolf Popper LLP
mrosner@wolfpopper.com

Derek W. Loeser, Esq.
Keller Rohrback L.L.P.
dloeser@kellerrohrback.com

Joseph S. Allerhand, Esq.
Weil, Gotshal & Manges LLP
joseph.allerhand@weil.com

James Gamble, Esq.
Simpson Thacher & Bartlett LLP
jgamble@stblaw.com

Lee Dunst, Esq.
Gibson, Dunn & Crutcher LLP
ldunst@gibsondunn.com

David M. Murphy, Esq.
Wachtell, Lipton, Rosen & Katz
dmmurphy@wlrk.com

Joseph Desimone, Esq.
Mayer Brown LLP
jdesimone@mayerbrown.com

Richard A. Rosen, Esq.
Paul, Weiss, Rifkind, Wharton
   & Garrison LLP
rrosen@paulweiss.com

David M. Brodsky, Esq.
Latham & Watkins LLP
david.brodsky@lw.com

James Anthony Diehl, Esq.
Akin Gump Strauss Hauer
   & Feld LLP
jdiehl@akingump.com

Mei Lin Kwan-Gett, Esq.
Willkie Farr & Gallagher LLP
maosdny@willkie.com

Thomas G. Rafferty, Esq.  
Cravath, Swaine & Moore LLP  
trafferty@cravath.com

Andrew E. Tomback, Esq.  
Milbank, Tweed, Hadley  
  & McCloy LLP  
atomback@milbank.com

Antonio Yanez, Esq.  
Wilkie Farr & Gallagher LLP  
ayanez@willkie.com

/s/ Jeffrey W. Golan  
Jeffrey W. Golan