UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. SECURITIES 2008 LITIGATION | Master File No: 08-CV-4772 (LTS) |
| This Document Relates To: All Actions | NOTICE OF WITHDRAWAL OF COUNSEL |

08 civ 4772 (LTS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#: _____
DATE FILED: 14 DEC 2010

TO:       THE CLERK OF THE COURT

AND TO:   ALL PARTIES OF RECORD

PLEASE WITHDRAW the appearance of Richard B. Zabel, formerly of the law firm Akin Gump Strauss Hauer & Feld LLP, as one of the counsel of record for Defendant Martin J. Sullivan in the above-captioned case.

PLEASE TAKE NOTICE that Defendant Martin J. Sullivan continues to be represented in this case by Robert H. Hotz, Jr. and Jamison A. Diehl of the law firm Akin Gump Strauss Hauer & Feld LLP.

Dated: October 2, 2009
       New York, New York

Respectfully submitted,
By: /s/ Jamison A. Diehl
Robert H. Hotz, Jr. (RH-4456)
Jamison A. Diehl (JD-5792)
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(212) 872-1000

*Attorneys for Defendant Martin J. Sullivan*

SO ORDERED.

NEW YORK, NY
Dec 13, 2010
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE