UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2008 SECURITIES LITIGATION<br><br>_____<br><br>This Document Relates to:<br><br>08 CIV. 4772 (LTS)(KNF), IN RE JACKSONVILLE POLICE AND FIRE PENSION FUND | MASTER FILE<br>08 CIV. 4772 (LTS)(KNF) |

**SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT FOR
DEFENDANT ABN AMRO BANK N.V.
(NOW KNOWN AS THE ROYAL BANK OF SCOTLAND N.V.)**

Pursuant to Federal Rule of Civil Procedure 7.1(b), the undersigned counsel of record for defendant ABN AMRO Bank N.V. (now known as The Royal Bank of Scotland N.V.) hereby states as follows:

ABN AMRO Bank N.V. (now known as The Royal Bank of Scotland N.V.) is wholly owned by RBS Holdings N.V., which is wholly owned by RFS Holdings B.V., which, as of January 2011, is 97.72% owned by The Royal Bank of Scotland Group plc. No publicly held corporation owns 10% or more of the stock of The Royal Bank of Scotland Group plc.

Dated:  New York, New York
        February 4, 2011

                                        Respectfully submitted,

                                        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:   /s/ Richard A. Rosen
Richard A. Rosen
Brad S. Karp
1285 Avenue of the Americas
New York, New York 10019-6064
Tel:  (212) 373-3000
Fax:  (212) 492-0007
E-mail:  rrosen@paulweiss.com
E-mail:  bkarp@paulweiss.com

Charles E. Davidow
2001 K Street, N.W.
Washington, DC 20006
Tel:  (202) 223-7300
Fax:  (202) 223-7420
E-mail:  cdavidow@paulweiss.com

*Attorneys for Defendant ABN AMRO Bank N.V. (now known as The Royal Bank of Scotland N.V.)*