

**Barrack, Rodos & Bacine**
*A Professional Corporation*
Attorneys At Law

March 29, 2011

Philadelphia
San Diego
New York
New Jersey

Jeffrey W Golan
jgolan@barrack.com

**Via Telecopy and Federal Express**

The Honorable Laura Taylor Swain
**U.S. District Court for the
Southern District of New York**
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *In re American International Group, Inc. Securities 2008 Litigation*,
Master File No. 08-cv-4772 (LTS) (DCF)

Dear Judge Swain:

On behalf of the Lead Plaintiff, the State of Michigan Retirement Systems, I write to request a page limit extension for Lead Plaintiff's Memorandum of Law in Support of its Motion for Class Certification from the 25 page limit specified in Rule 2.H. of Your Honor's Individual Practices Rules to no more than 50 pages. The Motion and all supporting papers will be filed on or before this coming Friday, April 1, 2011, pursuant to Case Management Order No. 1 for this Action.

As Your Honor may recall, the putative class set forth in the Consolidated Class Action Complaint covers purchasers of a variety of different types of AIG securities, including common stock, preferred shares and debt securities. We believe this extension is reasonable given the complexity of the issues to be presented to the Court in connection with Lead Plaintiff's Motion. I have conferred with counsel for AIG, PricewaterhouseCoopers and the Underwriter Defendants, none of whom oppose this request.

We appreciate Your Honor's consideration of this letter.

*The request is granted.*

Respectfully,

SO ORDERED.
NEW YORK, NY
LAURA TAYLOR SWAIN
Mar 29, 2011 UNITED STATES DISTRICT JUDGE

Jeffrey W. Golan

JWG/cab

cc: Counsel Per Attached Service List (via email)
3300 Two Commerce Square * 2001 Market Street * Philadelphia, PA 19103
Telephone 215.963.0600 * Facsimile 215.963.0838
www.barrack.com

<u>IN RE AMERICAN INTERNATIONAL GROUP 2008 SECURITIES LITIGATION</u>
Service List (listing only principal counsel at each firm)
March 29, 2011

Joseph S. Allerhand, Esq.
Weil, Gotshal & Manges LLP
joseph.allerhand@weil.com

James Gamble, Esq.
Simpson Thacher & Bartlett LLP
jgamble@stblaw.com

David M. Murphy, Esq.
Wachtell, Lipton, Rosen & Katz
dmmurphy@wlrk.com

Richard A. Rosen, Esq.
Paul, Weiss, Rifkind, Wharton
   & Garrison LLP
rrosen@paulweiss.com

James Anthony Diehl, Esq.
Akin Gump Strauss Hauer
   & Feld LLP
jdiehl@akingump.com

Thomas G. Rafferty, Esq.
Cravath, Swaine & Moore LLP
trafferty@cravath.com

Antonio Yanez, Esq.
Wilkie Farr & Gallagher LLP
ayanez@willkie.com

Marc L. Newman, Esq.
The Miller Law Firm, P.C.
mln@millerlawpc.com

Lee Dunst, Esq.
Gibson, Dunn & Crutcher LLP
ldunst@gibsondunn.com

Joseph Desimone, Esq.
Mayer Brown LLP
jdesimone@mayerbrown.com

David M. Brodsky, Esq.
Latham & Watkins LLP
david.brodsky@lw.com

Mei Lin Kwan-Gett, Esq.
Willkie Farr & Gallagher LLP
maosdny@willkie.com

Andrew E. Tomback, Esq.
Milbank, Tweed, Hadley
   & McCloy LLP
atomback@milbank.com