UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2008 SECURITIES LITIGATION | Master File No.: 08-CV-4772-LTS-DCF |
| | ELECTRONICALLY FILED |
| This Document Relates To:  All Actions | |

## DECLARATION OF JEFFREY W. GOLAN IN SUPPORT OF
## LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Jeffrey W. Golan, declare as follows:

1. I am a member of the law firm of Barrack, Rodos & Bacine, one of the co-lead counsel for the Lead Plaintiff in this Action. I submit this declaration in support of Lead Plaintiff's Motion for Class Certification, being filed April 1, 2011.

2. True and correct copies of the following documents are attached hereto:

**REDACTED – FILED UNDER SEAL**

**REDACTED – FILED UNDER SEAL**

    i.  Exhibit 9: Declaration of Steven P. Feinstein, Ph.D., C.F.A., in Support of Lead Plaintiff's Motion for Class Certification;

    j.  Exhibit 10: Firm biography of Barrack, Rodos & Bacine;

    k.  Exhibit 11: Firm biography of The Miller Law Firm, P.C.; and

    l.  Exhibit 12: Reprint of Exhibit 1 to the Consolidated Class Action Complaint, filed May 19, 2009.

I declare, under penalty of perjury, that the foregoing facts are true and correct.

Executed on April 1, 2011.

                                                          _____
                                                               Jeffrey W. Golan