# EXHIBIT 1

**Filed under seal pursuant to paragraph 14 of this Court's Confidentiality Stipulation and Order entered November 8, 2010**

# EXHIBIT 2

**Filed under seal pursuant to paragraph 14 of this Court's
Confidentiality Stipulation and Order entered November 8, 2010**

# EXHIBIT 3

**Filed under seal pursuant to paragraph 14 of this Court's Confidentiality Stipulation and Order entered November 8, 2010**

# EXHIBIT 4

**Filed under seal pursuant to paragraph 14 of this Court's Confidentiality Stipulation and Order entered November 8, 2010**

# EXHIBIT 5

**Filed under seal pursuant to paragraph 14 of this Court's Confidentiality Stipulation and Order entered November 8, 2010**

# EXHIBIT 6

**Filed under seal pursuant to paragraph 14 of this Court's Confidentiality Stipulation and Order entered November 8, 2010**

# EXHIBIT 7

**Filed under seal pursuant to paragraph 14 of this Court's Confidentiality Stipulation and Order entered November 8, 2010**

# EXHIBIT 8

**Filed under seal pursuant to paragraph 14 of this Court's Confidentiality Stipulation and Order entered November 8, 2010**