# EXHIBIT 12

# EXHIBIT 1

Transactions of State of Michigan Retirement Systems (SMRS) in AIG Securities During the Class Period (March 16, 2006 to September 16, 2008)

| Type of Security | Date | Transaction | Number of Shares | Price |
|---|---|---|---|---|
| Common Stock | 3/17/2006 | BUY | 91,000 | $68.7000 |
| Common Stock | 3/17/2006 | BUY | 68,200 | $68.8200 |
| Common Stock | 3/17/2006 | BUY | 91,000 | $68.7000 |
| Common Stock | 3/23/2006 | BUY | 22,700 | $67.1879 |
| Common Stock | 3/23/2006 | BUY | 44,000 | $67.3041 |
| Common Stock | 3/28/2006 | BUY | 33,700 | $66.7314 |
| Common Stock | 3/28/2006 | BUY | 22,400 | $66.1483 |
| Common Stock | 3/31/2006 | BUY | 85,400 | $66.1254 |
| Common Stock | 4/24/2006 | SELL | 211,800 | $63.7592 |
| Common Stock | 6/12/2006 | SELL | 25,000 | $59.6605 |
| Common Stock | 6/14/2006 | BUY | 221,600 | $58.8597 |
| Common Stock | 6/16/2006 | BUY | 8,500 | $59.7722 |
| Common Stock | 7/3/2006 | SELL | 2,003,100 | $59.3000 |
| Common Stock | 7/18/2006 | BUY | 46,000 | $58.0895 |
| Common Stock | 7/19/2006 | BUY | 90,000 | $58.9625 |
| Common Stock | 9/15/2006 | BUY | 11,000 | $65.6746 |
| Common Stock | 12/15/2006 | BUY | 14,900 | $72.1651 |
| Common Stock | 3/16/2007 | BUY | 13,600 | $66.9358 |
| Common Stock | 7/18/2007 | BUY | 86,744 | $69.1873 |
| Common Stock | 7/18/2007 | BUY | 105,626 | $69.2057 |
| Common Stock | 7/18/2007 | BUY | 7,200 | $69.5000 |
| Common Stock | 7/18/2007 | BUY | 11,500 | $69.6200 |
| Common Stock | 7/18/2007 | BUY | 34,500 | $69.6200 |
| Common Stock | 7/18/2007 | BUY | 219,279 | $69.2238 |
| Common Stock | 7/18/2007 | BUY | 344,274 | $69.1938 |
| Common Stock | 7/18/2007 | BUY | 13,900 | $69.5000 |
| Common Stock | 7/18/2007 | BUY | 8,100 | $69.5000 |
| Common Stock | 7/19/2007 | BUY | 1,700 | $69.6600 |
| Common Stock | 7/19/2007 | BUY | 2,800 | $69.7000 |
| Common Stock | 7/19/2007 | BUY | 12,605 | $69.6719 |
| Common Stock | 7/19/2007 | BUY | 3,600 | $69.6600 |
| Common Stock | 7/19/2007 | BUY | 1,900 | $69.6600 |
| Common Stock | 7/19/2007 | BUY | 9,300 | $69.7000 |
| Common Stock | 7/19/2007 | BUY | 35,923 | $69.6719 |
| Common Stock | 7/20/2007 | BUY | 53,925 | $69.4166 |
| Common Stock | 7/20/2007 | BUY | 180,338 | $69.4166 |
| Common Stock | 7/20/2007 | SELL | 56,300 | $69.0691 |
| Common Stock | 7/30/2007 | BUY | 28,300 | $65.1354 |
| Common Stock | 7/31/2007 | BUY | 49,000 | $64.9203 |
| Common Stock | 7/31/2007 | BUY | 210,000 | $64.7957 |
| Common Stock | 8/9/2007 | BUY | 120,000 | $64.1537 |
| Common Stock | 8/10/2007 | BUY | 90,000 | $64.2856 |
| Common Stock | 8/14/2007 | BUY | 50,000 | $63.5961 |
| Common Stock | 8/14/2007 | BUY | 30,000 | $63.4306 |
| Common Stock | 8/15/2007 | BUY | 225,000 | $63.4126 |

EXHIBIT 1

| Common Stock | 8/15/2007 | BUY | 75,000 | $63.6343 |
| --- | --- | --- | --- | --- |
| Common Stock | 8/16/2007 | BUY | 200,000 | $62.8126 |
| Common Stock | 8/16/2007 | BUY | 135,000 | $63.0713 |
| Common Stock | 9/21/2007 | SELL | 44,300 | $67.8300 |
| Common Stock | 10/11/2007 | BUY | 13,900 | $68.7100 |
| Common Stock | 10/12/2007 | BUY | 6,035 | $68.0487 |
| Common Stock | 10/12/2007 | BUY | 3,500 | $68.0803 |
| Common Stock | 10/16/2007 | SELL | 1,250 | $66.1200 |
| Common Stock | 10/18/2007 | SELL | 3,750 | $65.4018 |
| Common Stock | 10/23/2007 | BUY | 206,700 | $63.9440 |
| Common Stock | 10/24/2007 | BUY | 40,000 | $63.5251 |
| Common Stock | 10/25/2007 | BUY | 245,000 | $60.5220 |
| Common Stock | 10/25/2007 | SELL | 1,592 | $59.6682 |
| Common Stock | 10/31/2007 | SELL | 925 | $63.2343 |
| Common Stock | 11/1/2007 | BUY | 100 | $60.9200 |
| Common Stock | 11/12/2007 | SELL | 500 | $56.7800 |
| Common Stock | 11/19/2007 | SELL | 4,443 | $55.2945 |
| Common Stock | 11/28/2007 | BUY | 90,000 | $57.3864 |
| Common Stock | 11/29/2007 | BUY | 120,000 | $56.7496 |
| Common Stock | 11/30/2007 | BUY | 290,000 | $58.2400 |
| Common Stock | 12/3/2007 | BUY | 80,000 | $56.3849 |
| Common Stock | 12/4/2007 | BUY | 100,000 | $55.4449 |
| Common Stock | 12/6/2007 | BUY | 140,000 | $60.4087 |
| Common Stock | 12/21/2007 | SELL | 60,800 | $57.3415 |
| Common Stock | 1/2/2008 | SELL | 360,000 | $56.8300 |
| Common Stock | 1/3/2008 | SELL | 275,000 | $56.7566 |
| Common Stock | 1/4/2008 | SELL | 475,000 | $55.8552 |
| Common Stock | 1/7/2008 | SELL | 200,000 | $56.1400 |
| Common Stock | 1/7/2008 | SELL | 1,200 | $56.3000 |
| Common Stock | 1/29/2008 | SELL | 700 | $56.7300 |
| Common Stock | 1/31/2008 | SELL | 600 | $55.1600 |
| Common Stock | 2/1/2008 | SELL | 100 | $55.2433 |
| Common Stock | 2/11/2008 | BUY | 150,000 | $44.9327 |
| Common Stock | 2/11/2008 | BUY | 1,875 | $45.0600 |
| Common Stock | 2/22/2008 | BUY | 50,000 | $47.3308 |
| Common Stock | 2/25/2008 | BUY | 200 | $48.6700 |
| Common Stock | 2/29/2008 | BUY | 100,000 | $46.5276 |
| Common Stock | 3/7/2008 | BUY | 60,000 | $43.4296 |
| Common Stock | 3/19/2008 | BUY | 125,000 | $43.1004 |
| Common Stock | 3/20/2008 | BUY | 1,200 | $42.6000 |
| Common Stock | 3/24/2008 | SELL | 300,000 | $46.5140 |
| Common Stock | 3/25/2008 | SELL | 400,000 | $45.8500 |
| Common Stock | 3/25/2008 | SELL | 100 | $46.2113 |
| Common Stock | 3/26/2008 | SELL | 200,000 | $44.6463 |
| Common Stock | 4/24/2008 | SELL | 385,054 | $47.1125 |
| Common Stock | 4/25/2008 | SELL | 29,946 | $47.2862 |
| Common Stock | 4/29/2008 | SELL | 20,900 | $47.2865 |
| Common Stock | 5/1/2008 | SELL | 49,100 | $47.8325 |
| Common Stock | 5/1/2008 | SELL | 600 | $46.8062 |

EXHIBIT 1

| | | | | |
|---|---|---|---|---|
| Common Stock | 5/9/2008 | BUY | 45,000 | $40.2770 |
| Common Stock | 5/13/2008 | BUY | 64,400 | $39.1600 |
| Common Stock | 5/20/2008 | BUY | 60,000 | $38.0864 |
| Common Stock | 5/22/2008 | BUY | 600 | $37.4665 |
| Common Stock | 5/27/2008 | BUY | 130,000 | $36.6608 |
| Common Stock | 5/27/2008 | SELL | 3,600 | $36.7300 |
| Common Stock | 5/28/2008 | BUY | 130,000 | $35.3673 |
| Common Stock | 5/29/2008 | BUY | 25,000 | $35.3498 |
| Common Stock | 5/30/2008 | BUY | 75,000 | $36.2099 |
| Common Stock | 6/2/2008 | BUY | 50,000 | $35.9438 |
| Common Stock | 6/3/2008 | BUY | 1,400 | $36.2367 |
| Common Stock | 6/4/2008 | BUY | 65,000 | $35.9372 |
| Common Stock | 6/5/2008 | BUY | 15,000 | $35.7772 |
| Common Stock | 6/6/2008 | BUY | 25,000 | $34.1043 |
| Common Stock | 6/11/2008 | BUY | 1,300 | $33.1078 |
| Common Stock | 6/20/2008 | BUY | 3,200 | $32.2525 |
| Common Stock | 6/26/2008 | BUY | 3,700 | $28.8660 |
| Common Stock | 7/15/2008 | BUY | 5,300 | $21.1656 |
| Common Stock | 7/24/2008 | BUY | 1,460 | $28.8346 |
| Common Stock | 8/7/2008 | BUY | 1,400 | $23.9008 |
| Common Stock | 8/7/2008 | BUY | 1,300 | $24.4689 |
| Common Stock | 8/15/2008 | SELL | 6,600 | $22.9677 |
| Common Stock | 8/19/2008 | SELL | 1,460 | $20.3200 |
| Common Stock | 8/20/2008 | SELL | 328,500 | $20.2514 |
| Common Stock | 8/21/2008 | BUY | 600 | $19.7858 |
| Common Stock | 8/25/2008 | SELL | 3,700 | $18.8619 |
| Common Stock | 9/9/2008 | BUY | 11,000 | $21.4989 |
| Common Stock | 9/9/2008 | BUY | 1,100 | $19.3421 |
| Common Stock | 9/9/2008 | BUY | 1,100 | $22.0587 |
| Common Stock | 9/16/2008 | SELL | 196,000 | $2.7575 |
| 6.25% Series A-1 Junior Subordinated Debentures (CUSIP 026874BE6) | 3/6/2007 | BUY | 100,000 | $99.5160 |
| 6.25% Series A-1 Junior Subordinated Debentures (CUSIP 026874BE6) | 3/6/2007 | BUY | 400,000 | $99.5160 |
| 6.25% Series A-1 Junior Subordinated Debentures (CUSIP 026874BE6) | 3/12/2007 | SELL | 100,000 | $101.1950 |
| 6.25% Series A-1 Junior Subordinated Debentures (CUSIP 026874BE6) | 5/31/2007 | BUY | 500,000 | $97.1620 |
| 6.25% Series A-1 Junior Subordinated Debentures (CUSIP 026874BE6) | 7/11/2007 | BUY | 80,000 | $93.7110 |
| 6.25% Series A-1 Junior Subordinated Debentures (CUSIP 026874BE6) | 8/15/2007 | BUY | 125,000 | $90.4390 |

EXHIBIT 1

| Security | Date | Action | Quantity | Price |
|---|---|---|---|---|
| 6.25% Series A-1 Junior Subordinated Debentures (CUSIP 026874BE6) | 8/15/2007 | BUY | 120,000 | $90.4740 |
| 6.25% Series A-1 Junior Subordinated Debentures (CUSIP 026874BE6) | 8/15/2007 | BUY | 179,000 | $90.1650 |
| 6.25% Series A-1 Junior Subordinated Debentures (CUSIP 026874BE6) | 8/15/2007 | BUY | 186,000 | $90.1430 |
| 6.25% Series A-1 Junior Subordinated Debentures (CUSIP 026874BE6) | 11/1/2007 | SELL | 450,000 | $93.0250 |
| 5.60% Medium-Term Notes, Series G (CUSIP 02687QBC1) | 10/13/2006 | BUY | 500,000 | $0.9991 |
| 5.60% Medium-Term Notes, Series G (CUSIP 02687QBC1) | 5/15/2007 | SELL | 500,000 | $1.0182 |
| Floating Rate Medium-Term Notes, Series MP, Matched Investment Program (CUSIP 02687QBK3) | 3/13/2007 | BUY | 100,000,000 | $100.0000 |
| 5.450% Medium-Term Notes, Series MP, Matched Investment Program (CUSIP 02687QBW7) | 5/15/2007 | BUY | 140,000 | $99.8930 |
| 5.450% Medium-Term Notes, Series MP, Matched Investment Program (CUSIP 02687QBW7) | 5/15/2007 | BUY | 485,000 | $99.8930 |
| 5.450% Medium-Term Notes, Series MP, Matched Investment Program (CUSIP 02687QBW7) | 5/15/2007 | BUY | 580,000 | $99.8930 |
| 5.450% Medium-Term Notes, Series MP, Matched Investment Program (CUSIP 02687QBW7) | 6/4/2007 | BUY | 270,000 | $98.4160 |
| 5.450% Medium-Term Notes, Series MP, Matched Investment Program (CUSIP 02687QBW7) | 6/25/2007 | SELL | 140,000 | $96.6210 |
| 5.450% Medium-Term Notes, Series MP, Matched Investment Program (CUSIP 02687QBW7) | 3/19/2008 | SELL | 850,000 | $97.2580 |
| 5.85% Medium-Term Notes, Series G (CUSIP 02687QDG0) | 12/7/2007 | BUY | 500,000 | $99.4490 |
| 5.85% Medium-Term Notes, Series G (CUSIP 02687QDG0) | 12/7/2007 | BUY | 390,000 | $99.4490 |
| 5.85% Medium-Term Notes, Series G (CUSIP 02687QDG0) | 12/7/2007 | SELL | 80,000 | $99.7500 |
| 5.85% Medium-Term Notes, Series G (CUSIP 02687QDG0) | 12/7/2007 | SELL | 80,000 | $99.7340 |
| 5.85% Medium-Term Notes, Series G (CUSIP 02687QDG0) | 3/4/2008 | SELL | 50,000 | $98.9930 |

# EXHIBIT 1

| | | | | |
|---|---|---|---|---|
| 5.85% Medium-Term Notes, Series G (CUSIP 02687QDG0) | 3/19/2008 | BUY | 850,000 | $98.9530 |
| 5.85% Medium-Term Notes, Series G (CUSIP 02687QDG0) | 5/20/2008 | SELL | 180,000 | $98.8640 |

# EXHIBIT 1

| Transactions of Maine Public Employees Retirement System (MPERS) in AIG Securities During the Class Period (March 16, 2006 to September 16, 2008) | | | | |
|---|---|---|---|---|
| Type of Security | Date | Transaction | Number of Shares | Price |
| Common Stock | 3/30/2006 | BUY | 1,300 | $65.9329 |
| Common Stock | 3/30/2006 | BUY | 3,800 | $65.9697 |
| Common Stock | 3/30/2006 | BUY | 300 | $65.9875 |
| Common Stock | 3/30/2006 | BUY | 900 | $65.9895 |
| Common Stock | 3/30/2006 | BUY | 300 | $66.2096 |
| Common Stock | 3/30/2006 | BUY | 700 | $65.8900 |
| Common Stock | 3/30/2006 | BUY | 100 | $65.8500 |
| Common Stock | 3/31/2006 | BUY | 1,300 | $65.9500 |
| Common Stock | 3/31/2006 | BUY | 200 | $66.0466 |
| Common Stock | 3/31/2006 | BUY | 1,500 | $65.9900 |
| Common Stock | 4/4/2006 | BUY | 400 | $66.0800 |
| Common Stock | 4/4/2006 | BUY | 200 | $66.0357 |
| Common Stock | 4/4/2006 | BUY | 100 | $66.0329 |
| Common Stock | 4/4/2006 | BUY | 300 | $66.0888 |
| Common Stock | 4/4/2006 | BUY | 100 | $65.8900 |
| Common Stock | 4/4/2006 | BUY | 300 | $66.0200 |
| Common Stock | 4/5/2006 | BUY | 1,100 | $66.2167 |
| Common Stock | 4/5/2006 | BUY | 400 | $66.2731 |
| Common Stock | 4/5/2006 | BUY | 400 | $66.1666 |
| Common Stock | 4/5/2006 | BUY | 900 | $66.2530 |
| Common Stock | 4/6/2006 | BUY | 600 | $65.4999 |
| Common Stock | 4/6/2006 | BUY | 1,300 | $65.5450 |
| Common Stock | 4/6/2006 | BUY | 1,100 | $65.5238 |
| Common Stock | 4/11/2006 | BUY | 94,400 | $63.5704 |
| Common Stock | 4/11/2006 | BUY | 96,000 | $63.3700 |
| Common Stock | 4/19/2006 | BUY | 5,700 | $63.6600 |
| Common Stock | 4/21/2006 | BUY | 14,300 | $63.9843 |
| Common Stock | 5/3/2006 | BUY | 300 | $65.0099 |
| Common Stock | 5/4/2006 | BUY | 1,700 | $65.1534 |
| Common Stock | 5/5/2006 | BUY | 1,500 | $65.2122 |
| Common Stock | 5/5/2006 | BUY | 1,500 | $65.2379 |
| Common Stock | 5/5/2006 | BUY | 400 | $65.2231 |
| Common Stock | 5/8/2006 | BUY | 900 | $65.4491 |
| Common Stock | 5/9/2006 | BUY | 600 | $65.7526 |
| Common Stock | 5/10/2006 | BUY | 800 | $66.2339 |
| Common Stock | 5/10/2006 | BUY | 300 | $66.4760 |
| Common Stock | 5/11/2006 | BUY | 200 | $64.6190 |
| Common Stock | 6/9/2006 | BUY | 100 | $60.2264 |
| Common Stock | 6/9/2006 | BUY | 2,500 | $60.3149 |
| Common Stock | 6/15/2006 | BUY | 1,000 | $59.8064 |
| Common Stock | 6/15/2006 | BUY | 200 | $59.3295 |
| Common Stock | 6/15/2006 | BUY | 300 | $59.2789 |
| Common Stock | 7/10/2006 | BUY | 1,500 | $59.6000 |
| Common Stock | 7/10/2006 | BUY | 200 | $59.5472 |

EXHIBIT 1

| Common Stock | 7/10/2006 | BUY | 1,400 | $59.6090 |
|---|---|---|---|---|
| Common Stock | 7/10/2006 | BUY | 100 | $59.5700 |
| Common Stock | 7/28/2006 | BUY | 700 | $60.9954 |
| Common Stock | 7/28/2006 | BUY | 1,600 | $61.0087 |
| Common Stock | 7/28/2006 | BUY | 300 | $61.0256 |
| Common Stock | 7/28/2006 | BUY | 100 | $61.0100 |
| Common Stock | 7/28/2006 | BUY | 800 | $61.0440 |
| Common Stock | 8/3/2006 | BUY | 700 | $59.7576 |
| Common Stock | 8/3/2006 | BUY | 1,600 | $59.9084 |
| Common Stock | 8/3/2006 | BUY | 200 | $59.7500 |
| Common Stock | 8/4/2006 | BUY | 1,000 | $60.5000 |
| Common Stock | 8/4/2006 | BUY | 100 | $60.4800 |
| Common Stock | 8/4/2006 | BUY | 600 | $60.4656 |
| Common Stock | 8/4/2006 | BUY | 3,100 | $60.3121 |
| Common Stock | 8/4/2006 | BUY | 1,500 | $60.4255 |
| Common Stock | 8/7/2006 | BUY | 500 | $59.8227 |
| Common Stock | 8/7/2006 | BUY | 1,300 | $59.5800 |
| Common Stock | 8/7/2006 | BUY | 400 | $59.5500 |
| Common Stock | 8/7/2006 | BUY | 100 | $59.6200 |
| Common Stock | 8/8/2006 | BUY | 600 | $59.8785 |
| Common Stock | 8/8/2006 | BUY | 700 | $59.8635 |
| Common Stock | 8/8/2006 | BUY | 1,000 | $59.9200 |
| Common Stock | 8/9/2006 | BUY | 1,700 | $58.5962 |
| Common Stock | 8/10/2006 | BUY | 1,500 | $60.2409 |
| Common Stock | 8/11/2006 | BUY | 1,600 | $61.3556 |
| Common Stock | 8/14/2006 | SELL | 31,400 | $61.9032 |
| Common Stock | 8/14/2006 | BUY | 1,000 | $61.9948 |
| Common Stock | 8/14/2006 | BUY | 1,500 | $62.0156 |
| Common Stock | 8/15/2006 | BUY | 1,500 | $62.4306 |
| Common Stock | 8/15/2006 | BUY | 1,600 | $62.5335 |
| Common Stock | 8/16/2006 | BUY | 1,600 | $62.9677 |
| Common Stock | 8/17/2006 | BUY | 1,500 | $63.1664 |
| Common Stock | 8/18/2006 | BUY | 1,600 | $63.8113 |
| Common Stock | 8/21/2006 | BUY | 1,400 | $63.6354 |
| Common Stock | 8/21/2006 | BUY | 800 | $63.5187 |
| Common Stock | 8/22/2006 | BUY | 1,600 | $63.1392 |
| Common Stock | 8/23/2006 | BUY | 1,500 | $63.0257 |
| Common Stock | 8/24/2006 | BUY | 1,600 | $63.1108 |
| Common Stock | 8/25/2006 | BUY | 1,700 | $63.0150 |
| Common Stock | 8/28/2006 | BUY | 1,500 | $63.4936 |
| Common Stock | 8/28/2006 | BUY | 800 | $63.6720 |
| Common Stock | 8/29/2006 | BUY | 1,500 | $63.1566 |
| Common Stock | 8/20/2006 | BUY | 1,600 | $63.5290 |
| Common Stock | 8/31/2006 | BUY | 1,500 | $63.8131 |
| Common Stock | 9/1/2006 | BUY | 1,600 | $64.1219 |
| Common Stock | 9/5/2006 | BUY | 1,700 | $64.2547 |
| Common Stock | 9/6/2006 | BUY | 1,500 | $63.7610 |
| Common Stock | 9/7/2006 | BUY | 500 | $63.9827 |
| Common Stock | 9/7/2006 | BUY | 1,600 | $63.8754 |

EXHIBIT 1

| Common Stock | 9/8/2006 | BUY | 1,200 | $64.3166 |
|---|---|---|---|---|
| Common Stock | 9/8/2006 | BUY | 1,500 | $64.2027 |
| Common Stock | 9/11/2006 | BUY | 500 | $64.6576 |
| Common Stock | 9/12/2006 | BUY | 500 | $65.1570 |
| Common Stock | 9/13/2006 | BUY | 1,300 | $65.1223 |
| Common Stock | 9/13/2006 | BUY | 300 | $65.3196 |
| Common Stock | 9/14/2006 | BUY | 400 | $65.3119 |
| Common Stock | 9/15/2006 | BUY | 700 | $65.6858 |
| Common Stock | 9/18/2006 | BUY | 1,300 | $65.6037 |
| Common Stock | 9/19/2006 | BUY | 1,300 | $65.4044 |
| Common Stock | 9/20/2006 | BUY | 1,200 | $65.5352 |
| Common Stock | 9/21/2006 | BUY | 900 | $65.3456 |
| Common Stock | 9/22/2006 | BUY | 1,100 | $65.1648 |
| Common Stock | 9/25/2006 | BUY | 800 | $65.4695 |
| Common Stock | 10/2/2006 | BUY | 300 | $66.2850 |
| Common Stock | 10/2/2006 | BUY | 100 | $66.2988 |
| Common Stock | 10/2/2006 | BUY | 400 | $66.2500 |
| Common Stock | 10/30/2006 | BUY | 8,500 | $67.3189 |
| Common Stock | 11/13/2006 | SELL | 42,400 | $70.5086 |
| Common Stock | 11/20/2006 | SELL | 21,400 | $71.6919 |
| Common Stock | 1/23/2007 | BUY | 3,800 | $69.8560 |
| Common Stock | 1/24/2007 | BUY | 200 | $69.6500 |
| Common Stock | 1/24/2007 | BUY | 300 | $69.6550 |
| Common Stock | 1/24/2007 | BUY | 300 | $69.6200 |
| Common Stock | 1/24/2007 | BUY | 100 | $69.6053 |
| Common Stock | 1/24/2007 | BUY | 700 | $69.6668 |
| Common Stock | 1/25/2007 | BUY | 600 | $68.9272 |
| Common Stock | 1/25/2007 | BUY | 700 | $68.8886 |
| Common Stock | 1/25/2007 | BUY | 400 | $68.9900 |
| Common Stock | 3/14/2007 | BUY | 1,800 | $66.9899 |
| Common Stock | 3/15/2007 | BUY | 1,100 | $67.0386 |
| Common Stock | 3/20/2007 | BUY | 4,700 | $68.1873 |
| Common Stock | 4/13/2007 | BUY | 55,700 | $66.7479 |
| Common Stock | 4/13/2007 | BUY | 2,800 | $66.6000 |
| Common Stock | 5/1/2007 | BUY | 300 | $69.7068 |
| Common Stock | 5/1/2007 | BUY | 1,900 | $69.6900 |
| Common Stock | 6/5/2007 | BUY | 16,400 | $72.3874 |
| Common Stock | 6/5/2007 | BUY | 1,700 | $72.3113 |
| Common Stock | 6/6/2007 | BUY | 27,600 | $72.1748 |
| Common Stock | 6/6/2007 | BUY | 900 | $72.1950 |
| Common Stock | 6/7/2007 | BUY | 13,400 | $71.9243 |
| Common Stock | 6/25/2007 | BUY | 18,600 | $71.1205 |
| Common Stock | 6/25/2007 | BUY | 4,400 | $71.0050 |
| Common Stock | 7/19/2007 | BUY | 16,690 | $69.6860 |
| Common Stock | 7/26/2007 | BUY | 2,600 | $67.4081 |
| Common Stock | 8/6/2007 | SELL | 49,100 | $63.6811 |
| Common Stock | 9/13/2007 | BUY | 3,900 | $64.9316 |
| Common Stock | 9/20/2007 | BUY | 19,200 | $67.2565 |
| Common Stock | 9/20/2007 | BUY | 2,300 | $67.2510 |

# EXHIBIT 1

| | | | | |
|---|---|---|---|---|
| Common Stock | 9/24/2007 | BUY | 11,400 | $66.9910 |
| Common Stock | 9/24/2007 | BUY | 7,500 | $66.9474 |
| Common Stock | 9/25/2007 | BUY | 9,100 | $66.9420 |
| Common Stock | 10/23/2007 | BUY | 4,300 | $63.8499 |
| Common Stock | 10/23/2007 | BUY | 2,100 | $63.7000 |
| Common Stock | 10/23/2007 | BUY | 500 | $63.7288 |
| Common Stock | 10/25/2007 | BUY | 3,600 | $59.8280 |
| Common Stock | 11/16/2007 | BUY | 3,800 | $56.6770 |
| Common Stock | 11/19/2007 | BUY | 2,100 | $55.4254 |
| Common Stock | 11/20/2007 | BUY | 1,600 | $54.7747 |
| Common Stock | 11/20/2007 | BUY | 2,200 | $54.9464 |
| Common Stock | 11/21/2007 | BUY | 3,700 | $51.1200 |
| Common Stock | 11/21/2007 | BUY | 100 | $51.3000 |
| Common Stock | 11/29/2007 | BUY | 1,700 | $57.1614 |
| Common Stock | 11/29/2007 | BUY | 1,000 | $57.2000 |
| Common Stock | 11/29/2007 | BUY | 700 | $57.2113 |
| Common Stock | 11/29/2007 | BUY | 1,100 | $57.1805 |
| Common Stock | 11/29/2007 | BUY | 800 | $57.0784 |
| Common Stock | 11/29/2007 | BUY | 700 | $57.0885 |
| Common Stock | 12/3/2007 | BUY | 1,400 | $56.7994 |
| Common Stock | 12/3/2007 | BUY | 100 | $56.7710 |
| Common Stock | 12/3/2007 | BUY | 100 | $56.6750 |
| Common Stock | 12/3/2007 | BUY | 1,100 | $56.8533 |
| Common Stock | 12/3/2007 | BUY | 1,500 | $56.6971 |
| Common Stock | 12/5/2007 | BUY | 500 | $57.7500 |
| Common Stock | 12/5/2007 | BUY | 700 | $57.8686 |
| Common Stock | 12/5/2007 | BUY | 600 | $57.8540 |
| Common Stock | 12/5/2007 | BUY | 1,300 | $58.5667 |
| Common Stock | 12/5/2007 | BUY | 1,000 | $57.9724 |
| Common Stock | 12/5/2007 | BUY | 200 | $58.1725 |
| Common Stock | 12/6/2007 | SELL | 1,600 | $59.9984 |
| Common Stock | 12/6/2007 | SELL | 12,100 | $59.7977 |
| Common Stock | 12/6/2007 | SELL | 15,300 | $61.2882 |
| Common Stock | 12/6/2007 | SELL | 3,200 | $60.2334 |
| Common Stock | 12/11/2007 | SELL | 95,100 | $61.1211 |
| Common Stock | 12/12/2007 | SELL | 4,400 | $59.2159 |
| Common Stock | 12/27/2007 | BUY | 400 | $58.6875 |
| Common Stock | 12/27/2007 | BUY | 900 | $58.7458 |
| Common Stock | 12/27/2007 | BUY | 600 | $58.7071 |
| Common Stock | 12/27/2007 | BUY | 700 | $58.7131 |
| Common Stock | 1/10/2008 | BUY | 200 | $56.4024 |
| Common Stock | 1/10/2008 | BUY | 900 | $56.3951 |
| Common Stock | 1/10/2008 | BUY | 500 | $56.4227 |
| Common Stock | 1/10/2008 | BUY | 500 | $56.3983 |
| Common Stock | 1/10/2008 | BUY | 100 | $56.4501 |
| Common Stock | 1/10/2008 | BUY | 700 | $56.3974 |
| Common Stock | 1/25/2008 | BUY | 2,600 | $53.4240 |
| Common Stock | 1/31/2008 | BUY | 800 | $54.1537 |
| Common Stock | 1/31/2008 | BUY | 700 | $54.1320 |

# EXHIBIT 1

| | | | | |
|---|---|---|---|---|
| Common Stock | 1/31/2008 | BUY | 600 | $54.0064 |
| Common Stock | 1/31/2008 | BUY | 1,100 | $54.2579 |
| Common Stock | 2/8/2008 | BUY | 300 | $50.2845 |
| Common Stock | 2/8/2008 | BUY | 300 | $50.2758 |
| Common Stock | 2/8/2008 | BUY | 1,000 | $50.2424 |
| Common Stock | 2/8/2008 | BUY | 100 | $50.3097 |
| Common Stock | 2/11/2008 | BUY | 100 | $44.8842 |
| Common Stock | 2/11/2008 | BUY | 100 | $44.8367 |
| Common Stock | 2/11/2008 | BUY | 800 | $44.9122 |
| Common Stock | 2/11/2008 | BUY | 100 | $44.8626 |
| Common Stock | 2/11/2008 | BUY | 1,600 | $45.0312 |
| Common Stock | 2/11/2008 | BUY | 3,600 | $45.0673 |
| Common Stock | 2/22/2008 | SELL | 24,000 | $47.5167 |
| Common Stock | 2/26/2008 | BUY | 700 | $51.3008 |
| Common Stock | 2/27/2008 | BUY | 3,200 | $51.6330 |
| Common Stock | 3/14/2008 | BUY | 600 | $41.0222 |
| Common Stock | 3/14/2008 | BUY | 1,100 | $41.0718 |
| Common Stock | 3/14/2008 | BUY | 1,400 | $41.0355 |
| Common Stock | 3/14/2008 | BUY | 800 | $41.0403 |
| Common Stock | 3/17/2008 | SELL | 82,000 | $39.5419 |
| Common Stock | 3/18/2008 | SELL | 23,800 | $42.2774 |
| Common Stock | 3/20/2008 | BUY | 400 | $43.7393 |
| Common Stock | 3/20/2008 | BUY | 200 | $43.7031 |
| Common Stock | 3/20/2008 | BUY | 1,500 | $43.3473 |
| Common Stock | 3/20/2008 | BUY | 800 | $43.5388 |
| Common Stock | 3/20/2008 | BUY | 400 | $43.7034 |
| Common Stock | 4/2/2008 | BUY | 2,500 | $47.5375 |
| Common Stock | 4/2/2008 | BUY | 1,200 | $47.8893 |
| Common Stock | 4/15/2008 | BUY | 19,470 | $43.7438 |
| Common Stock | 4/25/2008 | BUY | 2,800 | $46.7199 |
| Common Stock | 5/12/2008 | BUY | 8,200 | $38.0000 |
| Common Stock | 5/12/2008 | BUY | 16,300 | $38.0000 |
| Common Stock | 5/20/2008 | BUY | 600 | $38.0000 |
| Common Stock | 5/27/2008 | BUY | 2,500 | $36.8210 |
| Common Stock | 5/27/2008 | BUY | 3,200 | $36.7683 |
| Common Stock | 6/27/2008 | BUY | 9,800 | $27.5250 |
| Common Stock | 6/30/2008 | BUY | 1,400 | $26.5640 |
| Common Stock | 6/30/2008 | BUY | 100 | $26.5413 |
| Common Stock | 6/30/2008 | BUY | 4,100 | $26.5602 |
| Common Stock | 7/3/2008 | BUY | 200 | $26.2331 |
| Common Stock | 7/3/2008 | BUY | 4,200 | $26.2884 |
| Common Stock | 7/3/2008 | BUY | 400 | $26.2303 |
| Common Stock | 7/3/2008 | BUY | 100 | $26.2305 |
| Common Stock | 7/3/2008 | BUY | 1,500 | $26.2951 |
| Common Stock | 7/7/2008 | SELL* | 9,900 | $26.0097 |
| Common Stock | 7/17/2008 | BUY | 4,700 | $23.8000 |
| Common Stock | 7/17/2008 | BUY | 3,400 | $23.7557 |
| Common Stock | 7/31/2008 | BUY | 2,585 | $26.2783 |
| Common Stock | 7/31/2008 | BUY | 500 | $26.3658 |

EXHIBIT 1

| Common Stock | 7/31/2008 | BUY | 715 | $26.3889 |
|---|---|---|---|---|
| Common Stock | 7/31/2008 | BUY | 500 | $26.3604 |
| Common Stock | 7/31/2008 | SELL* | 11,700 | $26.4390 |
| Common Stock | 8/6/2008 | BUY | 3,600 | $28.8996 |
| Common Stock | 8/6/2008 | BUY | 300 | $28.8510 |
| Common Stock | 8/6/2008 | BUY | 2,900 | $28.8500 |
| Common Stock | 8/6/2008 | BUY | 1,000 | $28.8815 |
| Common Stock | 8/6/2008 | BUY | 300 | $28.8656 |
| Common Stock | 8/6/2008 | BUY | 1,200 | $28.8788 |
| Common Stock | 8/6/2008 | BUY | 300 | $28.8888 |
| Common Stock | 8/6/2008 | BUY | 600 | $28.8780 |
| Common Stock | 8/7/2008 | BUY | 600 | $23.7498 |
| Common Stock | 8/7/2008 | BUY | 7,100 | $23.7339 |
| Common Stock | 8/13/2008 | BUY | 200 | $22.2804 |
| Common Stock | 8/13/2008 | BUY | 1,000 | $21.8121 |
| Common Stock | 8/13/2008 | BUY | 1,400 | $21.7495 |
| Common Stock | 8/13/2008 | BUY | 1,100 | $21.8044 |
| Common Stock | 8/13/2008 | BUY | 400 | $22.3875 |
| Common Stock | 8/13/2008 | BUY | 300 | $22.0607 |
| Common Stock | 8/13/2008 | BUY | 900 | $22.3947 |
| Common Stock | 8/13/2008 | BUY | 200 | $22.1950 |
| Common Stock | 8/13/2008 | BUY | 1,100 | $21.7822 |
| Common Stock | 8/13/2008 | BUY | 800 | $22.1856 |
| Common Stock | 8/13/2008 | BUY | 500 | $22.3737 |
| Common Stock | 8/13/2008 | BUY | 600 | $21.8057 |
| Common Stock | 8/15/2008 | BUY | 300 | $22.8145 |
| Common Stock | 8/15/2008 | BUY | 100 | $22.8482 |
| Common Stock | 8/15/2008 | BUY | 100 | $22.8462 |
| Common Stock | 8/15/2008 | BUY | 600 | $22.8418 |
| Common Stock | 8/15/2008 | BUY | 4,200 | $22.8295 |
| Common Stock | 8/18/2008 | SELL* | 2,500 | $22.1460 |
| Common Stock | 8/18/2008 | BUY | 300 | $22.7237 |
| Common Stock | 8/19/2008 | SELL* | 35,500 | $20.3890 |
| Common Stock | 8/20/2008 | SELL* | 6,200 | $20.4492 |
| Common Stock | 8/21/2008 | BUY | 1,200 | $19.5774 |
| Common Stock | 8/21/2008 | BUY | 900 | $19.5951 |
| Common Stock | 8/21/2008 | BUY | 1,100 | $19.5925 |
| Common Stock | 8/21/2008 | BUY | 1,200 | $19.6950 |
| Common Stock | 8/21/2008 | BUY | 1,300 | $19.6696 |
| Common Stock | 8/21/2008 | SELL | 2,000 | $19.9243 |
| Common Stock | 8/22/2008 | BUY | 500 | $19.9822 |
| Common Stock | 8/22/2008 | BUY | 800 | $19.9660 |
| Common Stock | 8/22/2008 | BUY | 400 | $19.9758 |
| Common Stock | 8/22/2008 | BUY | 900 | $19.9849 |
| Common Stock | 8/22/2008 | SELL | 34,600 | $19.9487 |
| Common Stock | 8/25/2008 | SELL* | 4,800 | $18.8702 |
| Common Stock | 9/2/2008 | BUY | 500 | $21.8332 |
| Common Stock | 9/2/2008 | BUY | 500 | $21.8090 |
| Common Stock | 9/2/2008 | BUY | 600 | $21.8975 |

EXHIBIT 1

| Common Stock | 9/2/2008 | BUY | 100 | $21.7959 |
|---|---|---|---|---|
| Common Stock | 9/2/2008 | BUY | 600 | $21.7980 |
| Common Stock | 9/2/2008 | BUY | 600 | $21.8229 |
| Common Stock | 9/2/2008 | BUY | 100 | $21.9600 |
| Common Stock | 9/2/2008 | BUY | 500 | $21.7786 |
| Common Stock | 9/3/2008 | BUY | 2,300 | $21.9790 |
| Common Stock | 9/3/2008 | BUY | 300 | $21.5337 |
| Common Stock | 9/3/2008 | BUY | 2,300 | $22.0330 |
| Common Stock | 9/3/2008 | BUY | 800 | $22.1746 |
| Common Stock | 9/3/2008 | BUY | 400 | $21.8991 |
| Common Stock | 9/4/2008 | BUY | 700 | $21.4364 |
| Common Stock | 9/4/2008 | BUY | 2,200 | $21.2969 |
| Common Stock | 9/4/2008 | BUY | 900 | $21.4543 |
| Common Stock | 9/4/2008 | BUY | 900 | $21.3454 |
| Common Stock | 9/4/2008 | BUY | 600 | $21.4398 |
| Common Stock | 9/5/2008 | BUY | 2,800 | $22.0627 |
| Common Stock | 9/16/2008 | SELL | 21,500 | $2.4000 |
| Common Stock | 9/16/2008 | SELL | 42,900 | $2.8790 |
| Common Stock | 9/16/2008 | SELL | 48,900 | $3.0650 |
| Common Stock | 9/16/2008 | SELL | 44,900 | $2.7594 |
| Common Stock | 9/16/2008 | SELL | 37,000 | $2.9441 |
| Common Stock | 9/16/2008 | SELL | 100 | $2.7209 |
| Common Stock | 9/16/2008 | SELL | 2,300 | $2.7887 |
| Common Stock | 9/16/2008 | SELL | 21,000 | $2.7871 |
| Common Stock | 9/16/2008 | SELL | 59,200 | $2.6636 |
| Common Stock | 9/16/2008 | SELL | 19,500 | $2.6849 |
| Common Stock | 9/16/2008 | SELL | 25,200 | $2.9462 |

*Refers to short sales, which were covered by purchases of AIG stock from 9/18 to 9/25/2008.

# EXHIBIT 1

| Transactions of the Port Authority of Allegheny County Retirement and Disability Allowance Plan for Employees Represented By Local 85 of the Amalgamated Transit Union (ATU 85) in AIG Securities During the Class Period (March 16, 2006 to September 16, 2008) | | | | |
|---|---|---|---|---|
| Type of Security | Date | Transaction | Number of Shares | Price |
| Common Stock | 5/1/2006 | BUY | 10,400 | $64.9535 |
| Common Stock | 5/17/2006 | BUY | 300 | $63.0870 |
| Common Stock | 6/27/2006 | SELL | 3,800 | $58.7880 |
| Common Stock | 6/28/2006 | BUY | 3,100 | $59.0585 |
| Common Stock | 7/6/2006 | SELL | 3,000 | $59.4130 |
| Common Stock | 7/10/2006 | BUY | 2,100 | $59.2346 |
| Common Stock | 7/12/2006 | SELL | 4,100 | $59.0134 |
| Common Stock | 7/18/2006 | BUY | 200 | $58.1299 |
| Common Stock | 8/22/2006 | BUY | 1,600 | $63.1200 |
| Common Stock | 8/29/2006 | BUY | 2,700 | $63.4417 |
| Common Stock | 8/30/2006 | BUY | 2,100 | $63.5795 |
| Common Stock | 9/5/2006 | BUY | 4,400 | $64.3484 |
| Common Stock | 9/6/2006 | SELL | 1,300 | $63.7691 |
| Common Stock | 9/18/2006 | SELL | 1,400 | $65.4979 |
| Common Stock | 10/17/2006 | BUY | 200 | $67.3600 |
| Common Stock | 11/2/2006 | SELL | 4,100 | $66.5686 |
| Common Stock | 11/6/2006 | SELL | 4,300 | $67.3217 |
| Common Stock | 11/24/2006 | SELL | 10,100 | $71.0472 |
| Common Stock | 12/21/2006 | SELL | 12,300 | $71.9000 |
| Common Stock | 12/22/2006 | SELL | 4,000 | $71.7491 |
| Common Stock | 1/31/2007 | BUY | 4,000 | $68.0020 |
| Common Stock | 2/6/2007 | BUY | 3,100 | $69.4659 |
| Common Stock | 2/6/2007 | BUY | 2,400 | $69.6500 |
| Common Stock | 2/6/2007 | BUY | 2,000 | $69.7200 |
| Common Stock | 2/9/2007 | BUY | 1,000 | $69.4600 |
| Common Stock | 2/27/2007 | SELL | 6,500 | $68.2016 |
| Common Stock | 6/12/2007 | BUY | 19,200 | $72.1668 |
| Common Stock | 6/13/2007 | BUY | 1,100 | $71.8800 |
| Common Stock | 7/2/2007 | BUY | 43,463 | $70.2172 |
| Common Stock | 9/11/2007 | SELL | 13,200 | $64.9436 |
| Common Stock | 9/17/2007 | BUY | 3,100 | $64.4000 |
| Common Stock | 9/18/2007 | BUY | 7,000 | $65.9643 |
| Common Stock | 9/19/2007 | BUY | 6,100 | $67.5943 |
| Common Stock | 10/1/2007 | BUY | 1,300 | $67.3976 |
| Common Stock | 10/4/2007 | BUY | 400 | $68.8600 |
| Common Stock | 10/19/2007 | BUY | 5,202 | $64.3924 |
| Common Stock | 11/12/2007 | SELL | 10,712 | $57.6412 |
| Common Stock | 11/14/2007 | SELL | 2,211 | $59.3071 |
| Common Stock | 11/15/2007 | SELL | 8,877 | $58.4134 |
| Common Stock | 11/16/2007 | SELL | 7,063 | $56.5248 |
| Common Stock | 11/23/2007 | SELL | 1,597 | $52.4770 |
| Common Stock | 11/28/2007 | SELL | 7,954 | $57.5191 |
| Common Stock | 11/29/2007 | SELL | 5,533 | $57.0831 |

# EXHIBIT 1

| | | | | |
|---|---|---|---|---|
| Common Stock | 12/5/2007 | SELL | 6,018 | $57.9964 |
| Common Stock | 1/9/2008 | SELL | 6,200 | $55.9466 |
| Common Stock | 1/10/2008 | SELL | 6,100 | $57.0014 |
| Common Stock | 3/10/2008 | SELL | 7,100 | $42.4522 |
| Common Stock | 3/17/2008 | BUY | 125 | $39.1499 |
| Common Stock | 3/26/2008 | SELL | 3,100 | $44.6423 |
| Common Stock | 5/21/2008 | SELL | 3,800 | $37.1061 |
| Common Stock | 6/5/2008 | SELL | 4,300 | $36.3399 |
| Common Stock | 6/12/2008 | BUY | 100 | $33.5700 |
| Common Stock | 7/28/2008 | BUY | 200 | $27.0300 |
| Common Stock | 8/4/2008 | BUY | 2,500 | $26.6500 |
| Common Stock | 8/14/2008 | SELL | 6,725 | $22.7456 |
| Common Stock | 9/11/2008 | SELL | 9,000 | $15.6194 |
| Equity Units for Series B-1 Junior Subordinated Debentures due 2/15/2041, Series B-2 Junior Subordinated Debentures due 5/01/2041 and Series B-3 Junior Subordinated Debentures due 8/1/2041 (CUSIP: 026874115) | 5/12/2008 | BUY | 6,000 | $75.0000 |
| Equity Units for Series B-1 Junior Subordinated Debentures due 2/15/2041, Series B-2 Junior Subordinated Debentures due 5/01/2041 and Series B-3 Junior Subordinated Debentures due 8/1/2041 (CUSIP: 026874115) | 5/13/2008 | BUY | 2,200 | $77.3828 |
| Equity Units for Series B-1 Junior Subordinated Debentures due 2/15/2041, Series B-2 Junior Subordinated Debentures due 5/01/2041 and Series B-3 Junior Subordinated Debentures due 8/1/2041 (CUSIP: 026874115) | 5/13/2008 | BUY | 1,800 | $77.1042 |
| Equity Units for Series B-1 Junior Subordinated Debentures due 2/15/2041, Series B-2 Junior Subordinated Debentures due 5/01/2041 and Series B-3 Junior Subordinated Debentures due 8/1/2041 (CUSIP: 026874115) | 5/13/2008 | BUY | 1,200 | $77.1000 |

# EXHIBIT 1

| Transactions of Epstein Real Estate Advisory in AIG Securities During the Class Period (March 16, 2006 to September 16, 2008) | | | | |
|---|---|---|---|---|
| Type of Security | Date | Transaction | Number of Shares | Price |
| Common Stock | 4/26/2007 | BUY | 100 | $70.0000 |
| Common Stock | 5/2/2007 | SELL | 100 | $70.3350 |
| 10.00% Medium Term Notes Due 5/31/2022 (AIG-FP-14) (CUSIP: 02687QBV9) | 5/16/2007 | BUY | 200,000 | $100.0000 |
| 10.00% Medium Term Notes Due 5/31/2022 (AIG-FP-14) (CUSIP: 02687QBV9) | 5/17/2007 | BUY | 200,000 | $100.0000 |
| 10.00% Medium Term Notes Due 5/31/2022 (AIG-FP-14) (CUSIP: 02687QBV9) | 5/18/2007 | BUY | 86,000 | $100.0000 |
| 8.00 % Medium Term Notes Due 6/1/2027 (AIG-FP-16) (CUSIP: 02687QBY3) | 5/24/2007 | BUY | 100,000 | $100.0000 |
| 9.00 % Medium Term Notes Due 7/20/2027 (AIG-FP-22) (CUSIP: 02687QCD8) | 7/11/2007 | BUY | 10,000 | $100.0000 |

# EXHIBIT 1

| Transactions of LYNETTE J. YEE, MICHAEL CONTE and ROGER WILSON in AIG Securities During the Class Period (March 16, 2006 to September 16, 2008) | | | | |
|---|---|---|---|---|
| Type of Security | Date | Transaction | Number of Shares | Price |
| 7.70% Series A-5 Junior Subordinated Debentures Due 12/18/62 (CUSIP: 026874859) | 12/12/2007 | BUY | 2,160 | $25.0000 |
| 7.70% Series A-5 Junior Subordinated Debentures Due 12/18/62 (CUSIP: 026874859) | 12/18/2007 | BUY | 5,000 | $25.0000 |
| 7.70% Series A-5 Junior Subordinated Debentures Due 12/18/62 (CUSIP: 026874859) | 12/18/2007 | BUY | 3,200 | $25.0000 |
| 7.70% Series A-5 Junior Subordinated Debentures Due 12/18/62 (CUSIP: 026874859) | 9/15/2008 | SELL | 5,000 | $6.2500 |

# EXHIBIT 1

| Transactions of RANDY L. DECKER & DEBORAH B. DECKER in AIG Securities During the Class Period (March 16, 2006 to September 16, 2008) | | | | |
|---|---|---|---|---|
| Type of Security | Date | Transaction | Number of Shares | Price |
| 6.45% Series A-4 Junior Subordinated Debentures Due 6/15/2077 (CUSIP: 026874800) | 5/31/2007 | BUY | 1,000 | $25.0000 |
| 6.45% Series A-4 Junior Subordinated Debentures Due 6/15/2077 (CUSIP: 026874800) | 9/25/2007 | BUY | 20 | $22.9000 |
| 6.45% Series A-4 Junior Subordinated Debentures Due 6/15/2077 (CUSIP: 026874800) | 12/17/2007 | BUY | 19.478 | $21.1100 |
| 6.45% Series A-4 Junior Subordinated Debentures Due 6/15/2077 (CUSIP: 026874800) | 3/18/2008 | BUY | 19.047 | $22.0000 |
| 6.45% Series A-4 Junior Subordinated Debentures Due 6/15/2077 (CUSIP: 026874800) | 6/17/2008 | BUY | 20.918 | $20.4000 |
| 6.45% Series A-4 Junior Subordinated Debentures Due 6/15/2077 (CUSIP: 026874800) | 9/15/2008 | BUY | 81.034 | $5.3700 |

# EXHIBIT 1

| Transactions of RANDY L. DECKER IRA Account in AIG Securities During the Class Period (March 16, 2006 to September 16, 2008) | | | | |
|---|---|---|---|---|
| Type of Security | Date | Transaction | Number of Shares | Price |
| 6.45% Series A-4 Junior Subordinated Debentures Due 6/15/2077 (CUSIP: 026874800) | 5/31/2007 | BUY | 1,400 | $25.0000 |
| 6.45% Series A-4 Junior Subordinated Debentures Due 6/15/2077 (CUSIP: 026874800) | 9/25/2007 | BUY | 27 | $22.9000 |
| 6.45% Series A-4 Junior Subordinated Debentures Due 6/15/2077 (CUSIP: 026874800) | 12/17/2007 | BUY | 27.251 | $21.1100 |
| 6.45% Series A-4 Junior Subordinated Debentures Due 6/15/2077 (CUSIP: 026874800) | 3/18/2008 | BUY | 26.647 | $22.0000 |
| 6.45% Series A-4 Junior Subordinated Debentures Due 6/15/2077 (CUSIP: 026874800) | 6/17/2008 | BUY | 29.264 | $20.4000 |
| 6.45% Series A-4 Junior Subordinated Debentures Due 6/15/2077 (CUSIP: 026874800) | 9/15/2008 | BUY | 113.367 | $5.3700 |