UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2008 SECURITIES LITIGATION | Master File No.: 08-CV-4772-LTS-DCF |
| | ELECTRONICALLY FILED |
| This Document Relates To:  All Actions | |

# CERTIFICATE OF SERVICE FOR LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Jeffrey W. Golan, hereby certify that true and correct copies of the following filings made with the Court were served this day, April 1, 2011, electronically, upon the following principal counsel and other attorneys at each of the below law firms listed below.

1. Notice of Lead Plaintiff's Motion for Class Certification;

2. Memorandum of Law in Support of Lead Plaintiff's Motion for Class Certification;

3. Declaration of Jeffrey W. Golan in Support of Lead Plaintiff's Motion for Class Certification (with complete Exhibits); and

4. [Proposed] Order Granting Lead Plaintiff's Motion for Class Certification.

Joseph S. Allerhand, Esq.
Weil, Gotshal & Manges LLP
joseph.allerhand@weil.com

James Gamble, Esq.
Simpson Thacher & Bartlett LLP
jgamble@stblaw.com

David M. Murphy, Esq.
Wachtell, Lipton, Rosen & Katz
dmmurphy@wlrk.com

Marc L. Newman, Esq.
The Miller Law Firm, P.C.
mln@millerlawpc.com

Lee Dunst, Esq.
Gibson, Dunn & Crutcher LLP
ldunst@gibsondunn.com

Joseph Desimone, Esq.
Mayer Brown LLP
jdesimone@mayerbrown.com

| | |
|---|---|
| Richard A. Rosen, Esq.<br>Paul, Weiss, Rifkind, Wharton<br>   & Garrison LLP<br>rrosen@paulweiss.com | David M. Brodsky, Esq.<br>Latham & Watkins LLP<br>david.brodsky@lw.com |
| James Anthony Diehl, Esq.<br>Akin Gump Strauss Hauer<br>   & Feld LLP<br>jdiehl@akingump.com | Mei Lin Kwan-Gett, Esq.<br>Willkie Farr & Gallagher LLP<br>maosdny@willkie.com |
| Thomas G. Rafferty, Esq.<br>Cravath, Swaine & Moore LLP<br>trafferty@cravath.com | Andrew E. Tomback, Esq.<br>Milbank, Tweed, Hadley<br>   & McCloy LLP<br>atomback@milbank.com |
| Antonio Yanez, Esq.<br>Wilkie Farr & Gallagher LLP<br>ayanez@willkie.com | |

/s/ Jeffrey W. Golan
Jeffrey W. Golan (*pro hac vice*)
**BARRACK, RODOS & BACINE**
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
Tel.:  (215) 963-0600

*Co-Lead Counsel for Lead Plaintiff and for the Putative Class*