UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2008 SECURITIES LITIGATION | Master File No.: 08-CV-4772-LTS-DCF |
| This Document Relates To: All Actions | ELECTRONICALLY FILED |

## SECOND DECLARATION OF JEFFREY W. GOLAN IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Jeffrey W. Golan, declare as follows:

1. I am a member of the law firm of Barrack, Rodos & Bacine, one of the co-lead counsel for the Lead Plaintiff in this Action.

2. On April 1, 2011, Lead Plaintiff submitted the Declaration of Steven P. Feinstein, Ph.D., C.F.A., in Support of Lead Plaintiff's Motion for Class Certification ("Feinstein Decl."), which was attached as Exhibit 9 to the declaration that I submitted in support of the motion.

3. Attached hereto are true and correct copies of revised Exhibits 16 – 22 to the Feinstein Decl. These reflect certain data and labeling changes in the Exhibits, which include underlying data for the bond regression analyses provided in the Feinstein Decl.

4. According to Professor Feinstein, the revisions in the attached Exhibits do not impact any of the calculations or conclusions stated in the Feinstein Decl.

5. On April 6, 2011, I advised counsel for American International Group, Inc., that Lead Plaintiff would be providing certain revised Exhibits for the Feinstein Decl.

I declare, under penalty of perjury, that the foregoing facts are true and correct.

Executed on April 8, 2011.

_____
Jeffrey W. Golan