UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:  AMERICAN INTERNATIONAL GROUP, INC., 2008 SECURITIES LITIGATION<br><br>This Document Relates To:  All Actions | Case No.: 1:08-CV-4772-LTS |

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that David Pastor has entered his appearance on behalf of plaintiff Epstein Real Estate Advisory.

Dated: May 19, 2011

Respectfully submitted,

GILMAN AND PASTOR, LLP

/s/ David Pastor_____
David Pastor (dpastor@gilmanpastor.com)
63 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Tel.  617.742.9700
Fax  617.742.9701

Ralph M. Stone (rstone@lawssb.com)
STONE BONNER & ROCCO LLP
260 Madison Ave., 17th Floor
New York, NY  10016
Tel.  212.239.4340
Fax  212.239.4310

*Attorneys for Plaintiff Epstein Real Estate Advisory*

{00025270.DOCX ; 1}

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 19, 2011.

/s/ Ralph M. Stone_____
Ralph M. Stone

{00025270.DOCX ; 1}