


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE AMERICAN
INTERNATIONAL GROUP, INC.
ERISA LITIGATION II

MASTER FILE
08 Civ. ~~5722~~ (LTS)(DCF)
08 civ 4772

This Document Relates To:
All Actions

### STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs and Defendants in the above-captioned action that Defendants' time to answer Plaintiffs' Consolidated Amended Complaint is extended from June 6, 2011 for a period of sixty (60) days through and including Friday, August 5, 2011. Defendants requested one previous extension of time to answer the Consolidated Amended Complaint, which was granted.

Dated: May 20, 2011

WEIL, GOTSHAL & MANGES LLP

By: _____
Nicholas J. Pappas
Joseph S. Allerhand

767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Fax: (212) 310-8007
joseph.allerhand@weil.com
nicholas.pappas@weil.com

*Attorneys for Defendants AIG Inc.,
Retirement Board, Investment Committee,
and Director Edmund S.W. Tse*

SO ORDERED:   DATE: 6/7/11
              nunc pro tunc
              to 6/6/11

_____
**DEBRA FREEMAN**
**UNITED STATES MAGISTRATE JUDGE**

SIMPSON THACHER & BARTLETT LLP

By: _____ /CSW
Michael J. Garvey
Craig S. Waldman

425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Fax: (212) 455-2502
mgarvey@stblaw.com
cwaldman@stblaw.com

*Attorneys for Defendant Robert B. Willumstad*

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
Jamison A. Diehl
Richard J. Rabin

One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Fax: (212) 872-1002
jdiehl@akingump.com
rrabin@akingump.com

*Attorneys for Defendant Martin J. Sullivan*

HARWOOD FEFFER LLP

By: *[signature]*
Robert I. Harwood

488 Madison Avenue – 8th Floor
New York, NY 10022
Telephone: (212) 935-7400
Facsimile: (212) 753-3630
rharwood@hfesq.com

-and-

SQUITIERI & FEARSON, LLP
Lee Squitieri
32 East 57th Street
12th Floor
New York, NY 10022
Telephone: (212) 421-6492
Facsimile: (212) 421-6553
lee@sfclasslaw.com

-and-

WOLF POPPER LLP
Marian P. Rosner
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093
mrosner@wolfpopper.com

-and-

KELLER ROHRBACK LLP
Lynn L. Sarko
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
lsarko@kellerrohrback.com

*Co-Interim-Lead Counsel for Plaintiffs*