# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON    (1946-1991)
RANDOLPH E. PAUL     (1946-1956)
SIMON H. RIFKIND     (1950-1995)
LOUIS S. WEISS       (1927-1950)
JOHN F. WHARTON      (1927-1977)

WRITER'S DIRECT DIAL NUMBER

212-373-3305

WRITER'S DIRECT FACSIMILE

212-373-2359

WRITER'S DIRECT E-MAIL ADDRESS

rrosen@paulweiss.com

UNIT 3601, FORTUNE PLAZA OFFICE TOWER A
NO. 7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410



MATTHEW W. ABBOTT
ALLAN J. ARFFA
ROBERT A. ATKINS
JOHN F. BAUGHMAN
LYNN B. BAYARD
DANIEL J. BELLER
CRAIG A. BENSON*
MITCHELL L. BERG
MARK S. BERGMAN
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
ANGELO BONVINO
HENK BRANDS
JAMES L. BROCHIN
RICHARD J. BRONSTEIN
DAVID W. BROWN
SUSANNA M. BUERGEL
PATRICK S. CAMPBELL*
JEANETTE K. CHAN
YVONNE Y. F. CHAN
LEWIS R. CLAYTON
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
CHARLES E. DAVIDOW
DOUGLAS R. DAVIS
THOMAS V. DE LA BASTIDE III
ARIEL J. DECKELBAUM
JAMES M. DUBIN
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
LESLIE GORDON FAGEN
MARC FALCONE
ANDREW C. FINCH
BRAD J. FINKELSTEIN
ROBERTO FINZI
PETER E. FISCH
ROBERT C. FLEDER
MARTIN FLUMENBAUM
ANDREW J. FOLEY
HARRIS B. FREIDUS
MANUEL S. FREY
KENNETH A. GALLO
MICHAEL E. GERTZMAN
PAUL D. GINSBERG
ADAM M. GIVERTZ
ROBERT D. GOLDBAUM
NEIL GOLDMAN
ERIC S. GOLDSTEIN
ERIC GOODISON
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRUCE A. GUTENPLAN
GAINES GWATHMEY, III
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
GERARD E. HARPER
BRIAN S. HERMANN
ROBERT M. HIRSH
MICHELE HIRSHMAN
JOYCE S. HUANG
DAVID S. HUNTINGTON
MEREDITH J. KANE
ROBERTA A. KAPLAN
BRAD S. KARP
JOHN C. KENNEDY
ALAN W. KORNBERG

DANIEL J. KRAMER
DAVID K. LAKHDHIR
STEPHEN P. LAMB*
JOHN E. LANGE
DANIEL J. LEFFELL
XIAOYU GREG LIU
JEFFREY D. MARELL
MARCO V. MASOTTI
EDWIN S. MAYNARD
DAVID W. MAYO
ELIZABETH R. McCOLM
MARK F. MENDELSOHN
TOBY S. MYERSON
JOHN E. NATHAN
CATHERINE NYARADY
JOHN J. O'NEIL
ALEX YOUNG K. OH
BRAD R. OKUN
KELLEY D. PARKER
ROBERT P PARKER*
MARC E. PERLMUTTER
MARK F. POMERANTZ
VALERIE E. RADWANER
CARL L. REISNER
WALTER G. RICCIARDI'
WALTER RIEMAN
RICHARD A. ROSEN
ANDREW N. ROSENBERG
PETER J. ROTHENBERG
JACQUELINE P. RUBIN
RAPHAEL M. RUSSO
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
DALE M. SARRO
TERRY E. SCHIMEK
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JAMES H. SCHWAB
JOHN M. SCOTT
STEPHEN J. SHIMSHAK
DAVID R. SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J. SIMONS
MARILYN SOBEL
AUDRA J. SOLOWAY
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
ROBYN F. TARNOFSKY
MONICA K. THURMOND
DANIEL J. TOAL
MARK A. UNDERBERG
LIZA M. VELAZQUEZ
MARIA T. VULLO
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
BETH A. WILKINSON
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
MARK B. WLAZLO
JULIA T.M. WOOD
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

[RECEIVED JUN 01 2011 CHAMBERS OF DEBRA FREEMAN U.S.M.J.]

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 6/1/2011]

May 31, 2011

**MEMO ENDORSED**

<u>By Hand</u>

The Honorable Debra Freeman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

<em>In re American International Group, Inc., 2008 Securities Litigation</em>,<br>
Master File No. 08-CV-4772 (LTS)(DCF)

Dear Judge Freeman:

   On behalf of the Underwriter Defendants in the above-captioned matter, I write to request an extension of the deadline for substantial completion of document production, currently scheduled for June 1, 2011 to July 15, 2011. The Underwriter Defendants previously reserved our right to seek an extension of time and respectfully submit our second request for an extension of the production deadline. The Court's most recent scheduling order, Case Management Order No. 2, contemplates that the parties will focus on class certification-related discovery until September 2011, and we do not believe this additional time will interfere with the overall schedule and the other dates set forth in Case Management Order No. 1 and Amended Pretrial Scheduling Order No. 1. Pursuant to Rule 2(B) of Your Honor's Individual Practices, we have consulted with all parties, and none oppose our request.

*As the within request for an extension is apparently unopposed, the request is granted. Counsel are directed to continue to confer and to work together in good faith to move discovery forward.*

SO ORDERED:  DATE: 6/7/11
*nunc pro tunc to 6/1/11*

_____
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Debra Freeman                                                                                           2

       Since the Underwriter Defendants' first application for an extension, we have diligently continued to gather, review and produce documents responsive to Lead Plaintiff's requests for documents. More than 100,000 pages have been produced to date. We have also continued to meet and confer with counsel for Lead Plaintiff on a weekly basis to discuss the status of document collection and production and to focus our collection efforts on those documents Lead Plaintiff views as most time-sensitive. Accordingly, in our latest productions, we have endeavored to include those categories of documents specifically identified by Lead Plaintiff.

       Despite our best efforts, we believe than an extension of time until July 15, 2011 is necessary to allow us to meet our production obligations. As previously indicated, the Underwriter Defendants have had to locate and collect documents from more than thirty clients, each of which has its own corporate structure and unique document retention and retrieval systems and protocols. Although we are now nearing completion of our collection efforts, there is a massive volume of data in queue for processing and review. Counsel for the Underwriter Defendants have substantially increased the size of its staff in order to facilitate this process but will require more time to do so.

       For these reasons, we respectfully request that the deadline for substantial completion of document production for the Underwriter Defendants be extended from June 1, 2011 to July 15, 2011. We will continue to make rolling productions and hold weekly meet-and-confers with Lead Plaintiff about the status of production. We will also make every good-faith effort to meet our production obligations by July 15, 2011, but in view of the large volume of data we are reviewing as well as the complications associated therewith, we must respectfully reserve the right to request an additional extension of time as the proposed deadline approaches. Of course, we will remain in communication on an ongoing basis with Lead Plaintiff's counsel and will confer with them before making any further application to the Court.

       Yours truly,

       Richard Rosen

cc:    All counsel (via email)