767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Weil, Gotshal & Manges LLP**

Joseph S. Allerhand
1 212 310 8725
joseph.allerhand@weil.com

July 29, 2011



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01 AUG 2011

BY FACSIMILE

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

Re: *In re American International Group, Inc. 2008 Securities Litigation,*
   Master File No. 08-CV-4772 (LTS) (DCF)

Dear Judge Swain:

We represent Defendant AIG and are writing with respect to the page limits for Defendants' memoranda in opposition to Lead Plaintiff's class certification motion due on August 17, 2011.

Defendants have consulted and coordinated in order to avoid duplicative submissions. AIG intends to submit one brief on behalf of AIG, the individual defendants, and all of the underwriter defendants. PricewaterhouseCoopers (PwC) will submit a separate brief in opposition.

We respectfully request that the page limit for AIG's Memorandum in Opposition on behalf of all defendants (except PwC) be extended from the 25 page limit specified in Rule 2.H. of Your Honor's Individual Practice Rules to no more than 55 pages. We also request on behalf of PwC an extension of the page limit for PwC's Memorandum in Opposition to no more than 35 pages. These extensions are requested for a number of reasons and Plaintiffs do not oppose the request.

First, the moving papers submitted by Lead Plaintiff consisted of a 48-page brief and a 302-page supporting expert report with exhibits.

Second, Lead Plaintiff's motion, the length of the alleged class period (two and a half years), the number of separate securities at issue (approximately 70), and recent Supreme Court decisions (*Halliburton and Wal-Mart*) raise complex issues.

Third, Lead Plaintiff brings claims under both the Securities Exchange Act of 1934 and the Securities Act of 1933. We have coordinated the briefing with PwC, such that AIG's Memorandum in Opposition will make all of the arguments directed to the claims under the 1934 Act, as well as common arguments

The Honorable Laura Taylor Swain                                      **Weil, Gotshal & Manges LLP**
July 29, 2011
Page 2

directed to both sets of claims, and PwC's brief will make separate arguments directed to the 1933 Act claims. Two opposition briefs, one from AIG and one from PwC, of the lengths we request, will present the arguments for the defense in a coordinated and least repetitive manner.

We appreciate Your Honor's consideration of this request.

Respectfully submitted,

Joseph S. Allerhand

cc: All counsel

The requests are granted.

SO ORDERED.

NEW YORK, NY
August 1, 2011
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE