UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2008 SECURITIES LITIGATION | Master File No.: 08 Civ. 4772 (LTS)(DCF) ECF Case |
| This Document Relates to: ALL ACTIONS | MOTION FOR ADMISSION PRO HAC VICE |



Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Donna M. Ioffredo, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for AG Edwards & Sons, Inc.; ABN AMRO Bank N.V.; ANZ Securities; Banc of America Securities LLC; Barclays Bank PLC and its investment banking division, Barclays Capital; Bear Stearns & Co. Inc.; BMO Capital Markets; BNP Paribas Bank; Calyon, the corporate and investment banking arm of the Crédit Agricole group; Citigroup Global Markets Inc. and Citigroup Global Markets Limited; Credit Suisse Securities (USA) LLC and Credit Suisse Securities (Europe) Limited, a wholly owned subsidiary of Credit Suisse Investment Holdings (UK) and an indirect wholly owned subsidiary of Credit Suisse Group; Daiwa Securities America Inc.; Deutsche Bank Securities Inc. and its parent, Deutsche Bank AG; Dowling & Partners Securities, LLC; Fox-Pitt Kelton Cochran Caronia Waller (USA) LLC; Goldman Sachs & Co.; Greenwich Capital Markets, Inc. (n/k/a RBS Securities Inc.); HSBC Securities (USA) LLC and HSBC Bank plc, companies within the HSBC Group; Incapital LLC; JP Morgan Securities Inc. and JP Morgan Securities Ltd.; Keefe, Bruyette & Woods, Inc.; KeyBanc Capital Markets Inc.;

Merrill Lynch, Pierce, Fenner & Smith Incorporated; Mitsubishi UFJ Securities International plc; Mizuho Securities USA Inc; Morgan Stanley & Co. Incorporated and Morgan Stanley Inc.; National Australia Capital Markets, LLC (n/k/a nabCapital Securities LLC); Nomura Securities International, Inc.; The Royal Bank of Canada Europe Limited, RBC Dain Rauscher and RBC Capital Markets, all part of the Royal Bank of Canada; The Royal Bank of Scotland;. Scotia Capital (USA) Inc.; SG Americas Securities LLC, a division of Société Générale, and Société Générale; UBS Securities LLC; Wachovia Capital Markets LLC; and Wells Fargo Securities, LLC (collectively, the "Underwriter Defendants") in the above-captioned action.

I am in good standing of the Bar of the State of Texas and the Bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: August ⎯, 2011
       Washington, DC

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
    Donna M. Ioffredo

2001 K Street NW
Washington, DC 20006-1047
Tel:   (202) 223-7376
Fax:   (202) 204-7376
Email: dioffredo@paulweiss.com

*Attorneys for Underwriter Defendants.*

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

July 28, 2011


RE:   **Ms. Donna Michelle Ioffredo**
      State Bar Number - **24050807**

To Whom it May Concern:

This is to certify that Ms. Donna Michelle Ioffredo was licensed to practice law in Texas on November 04, 2005 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.


Linda A. Acevedo
Chief Disciplinary Counsel

LA/dh

District of Columbia Court of Appeals
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202/879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

DONNA M. IOFFREDO

was on the 11TH day of MAY, 2007 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 28, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: [signature]
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2008 SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master File No.:<br>08 Civ. 4772 (LTS)(DCF)<br><br>ECF Case<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

       The motion of Donna M. Ioffredo, for admission to practice Pro Hac Vice in the above-captioned action is granted.

       Applicant has declared that she is a member in good standing of the Bar of the State of Texas and the Bar of the District of Columbia; and that her contact information is as follows:

       Donna M. Ioffredo
       Paul, Weiss, Rifkind, Wharton & Garrison LLP
       2001 K Street, NW
       Washington, DC 20006-1047
       Tel:   (202) 223-7376
       Fax:   (202) 204-7376
       Email:  dioffredo@paulweiss.com

       Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for AG Edwards & Sons, Inc.; ABN AMRO Bank N.V.; ANZ Securities; Banc of America Securities LLC; Barclays Bank PLC and its investment banking division, Barclays Capital; Bear Stearns & Co. Inc.; BMO Capital Markets; BNP Paribas Bank; Calyon, the corporate and investment banking arm of the Crédit Agricole group; Citigroup Global Markets Inc. and Citigroup Global Markets Limited; Credit

Suisse Securities (USA) LLC and Credit Suisse Securities (Europe) Limited, a wholly owned subsidiary of Credit Suisse Investment Holdings (UK) and an indirect wholly owned subsidiary of Credit Suisse Group; Daiwa Securities America Inc.; Deutsche Bank Securities Inc. and its parent, Deutsche Bank AG; Dowling & Partners Securities, LLC; Fox-Pitt Kelton Cochran Caronia Waller (USA) LLC; Goldman Sachs & Co.; Greenwich Capital Markets, Inc. (n/k/a RBS Securities Inc.); HSBC Securities (USA) LLC and HSBC Bank plc, companies within the HSBC Group; Incapital LLC; JP Morgan Securities Inc. and JP Morgan Securities Ltd.; Keefe, Bruyette & Woods, Inc.; KeyBanc Capital Markets Inc.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Mitsubishi UFJ Securities International plc; Mizuho Securities USA Inc; Morgan Stanley & Co. Incorporated and Morgan Stanley Inc.; National Australia Capital Markets, LLC (n/k/a nabCapital Securities LLC); Nomura Securities International, Inc.; The Royal Bank of Canada Europe Limited, RBC Dain Rauscher and RBC Capital Markets, all part of the Royal Bank of Canada; The Royal Bank of Scotland;. Scotia Capital (USA) Inc.; SG Americas Securities LLC, a division of Société Générale, and Société Générale; UBS Securities LLC; Wachovia Capital Markets LLC; and Wells Fargo Securities, LLC in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: August __, 2011

                                            _____
                                            LAURA TAYLOR SWAIN
                                            United States District Judge

AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

ALEX C. SOUZA, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On August 2, 2011, I served true copies of the MOTION FOR ADMISSION PRO HAC VICE and [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE on the following:

SEE ATTACHED SERVICE LIST.

3. I made such service by personally enclosing true copies of the aforementioned documents in properly addressed, prepaid wrappers and depositing them into an official depository under the exclusive custody and care of the United States Postal Service within the State of New York.

_____
ALEX C. SOUZA

Sworn to before me this
2 day of August, 2011.

_____
Notary Public

TAMARA KOGAN
Notary Public, State of New York
No. 01KO6093611
Qualified in Kings County
Certificate Filed in New York County
Commission Expires June 2, 2015

Gerald H. Silk
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
38th Floor
New York, NY 10019


Salvatore Jo Graziano
Milberg LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119


Marc L. Newman
E. Powell Miller
The Miller Law Firm, P.C.
950 West University Drive
Suite 300
Rochester, MI 48307


Jeffrey Warren Golan
Barrack, Rodos & Bacine
Two Commerce Square
2001 Market Street
Suite 3300
Philadelphia, PA 19103


Robert Francis Carangelo
Joseph S. Allerhand
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153


Meredith Lewis Turner
David Michael Murphy
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

James Anthony Diehl
Robert Henry Hotz , Jr
Robert Hardy Pees
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036


Richard A. Spehr
Mayer Brown LLP
1675 Broadway
New York, NY 10019


Kimberly Michelle Lindsay
Georgia K. Winston
Lee Gordon Dunst
Gibson, Dunn & Crutcher, L.L.P.
200 Park Avenue
New York, NY 10166-0193

Antonio Yanez , Jr
Mei Lin Kwan-Gett
Michael Richard Young
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Sean M. Farrell
Dorothy Heyl
Andrew E. Tomback
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005


James Gaal Gamble
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017


Thomas G. Rafferty
Samira Shah
Antony L. Ryan
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

Paul Anthony Serritella
Lillian Eleanora Gutwein
Richard David Owens
David M. Brodsky
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022


Jeffrey Charles Zwerling
Zwerling, Schachter & Zwerling
41 Madison Avenue
New York, NY 10010


Joseph R. Seidman
Bernstein Liebhard, LLP
10 East 40th Street
22nd Floor
New York, NY 10016