USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 0 3 AUG 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2008 SECURITIES LITIGATION | Master File No.: 08 Civ. 4772 (LTS)(DCF) |
| This Document Relates to: ALL ACTIONS | ECF Case **ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Donna M. Ioffredo, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the Bar of the State of Texas and the Bar of the District of Columbia; and that her contact information is as follows:

> Donna M. Ioffredo
> Paul, Weiss, Rifkind, Wharton & Garrison LLP
> 2001 K Street, NW
> Washington, DC 20006-1047
> Tel:   (202) 223-7376
> Fax:   (202) 204-7376
> Email: dioffredo@paulweiss.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for AG Edwards & Sons, Inc.; ABN AMRO Bank N.V.; ANZ Securities; Banc of America Securities LLC; Barclays Bank PLC and its investment banking division, Barclays Capital; Bear Stearns & Co. Inc.; BMO Capital Markets; BNP Paribas Bank; Calyon, the corporate and investment banking arm of the Crédit Agricole group; Citigroup Global Markets Inc. and Citigroup Global Markets Limited; Credit

Suisse Securities (USA) LLC and Credit Suisse Securities (Europe) Limited, a wholly owned subsidiary of Credit Suisse Investment Holdings (UK) and an indirect wholly owned subsidiary of Credit Suisse Group; Daiwa Securities America Inc.; Deutsche Bank Securities Inc. and its parent, Deutsche Bank AG; Dowling & Partners Securities, LLC; Fox-Pitt Kelton Cochran Caronia Waller (USA) LLC; Goldman Sachs & Co.; Greenwich Capital Markets, Inc. (n/k/a RBS Securities Inc.); HSBC Securities (USA) LLC and HSBC Bank plc, companies within the HSBC Group; Incapital LLC; JP Morgan Securities Inc. and JP Morgan Securities Ltd.; Keefe, Bruyette & Woods, Inc.; KeyBanc Capital Markets Inc.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Mitsubishi UFJ Securities International plc; Mizuho Securities USA Inc; Morgan Stanley & Co. Incorporated and Morgan Stanley Inc.; National Australia Capital Markets, LLC (n/k/a nabCapital Securities LLC); Nomura Securities International, Inc.; The Royal Bank of Canada Europe Limited, RBC Dain Rauscher and RBC Capital Markets, all part of the Royal Bank of Canada; The Royal Bank of Scotland;. Scotia Capital (USA) Inc.; SG Americas Securities LLC, a division of Société Générale, and Société Générale; UBS Securities LLC; Wachovia Capital Markets LLC; and Wells Fargo Securities, LLC in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: August 3, 2011

_____
LAURA TAYLOR SWAIN
United States District Judge