**APPENDIX A**
**AIG SECURITIES OFFERINGS**

**OCTOBER 2006 TO JULY 2007**

Senior Bonds

| Series Name | Feinstein Name | Description | CUSIP | Issuance Date | Maturity Date |
|---|---|---|---|---|---|
| Series G-1 | October 2016 MTN | 5.60% Medium-Term Notes | 02687QBC1 | 10/18/06 | 10/18/16 |
| Series MP-1* | October 2011 MTN | 5.375% Medium-Term Notes | 02687QBE7 | 10/18/06 | 10/18/11 |
| Series MP-2* | N/A | Floating Rate Medium-Term Notes | 02687QBD9 | 10/18/06 | 10/18/11 |
| Series MP-3* | March 2012 MTN | 4.95% Medium-Term Notes | 02687QBL1 | 03/20/07 | 03/20/12 |
| Series MP-4 | N/A | Floating Rate Medium-Term Notes | 02687QBK3 | 03/20/07 | 03/20/12 |
| Series MP-5 | May 2017 MTN | 5.450% Medium-Term Notes | 02687QBW7 | 05/18/07 | 05/18/17 |
| Series MP-6* | May 2017 MTN | Supplement to Series MP-5 | 02687QBW7 | 05/31/07 | 05/18/17 |

Junior Subordinated Debentures

| Series Name | Feinstein Name | Description | CUSIP | Issuance Date | Maturity Date |
|---|---|---|---|---|---|
| Series A-1 | March 2037 Debentures | 6.25% Junior Subordinated Debentures | 026874BE6 | 03/13/07 | 03/15/37 |
| Series A-2* | N/A | British Pound Denominated 5.75% Junior Subordinated Debentures | ISIN XS0291641420 | 03/15/07 | 03/15/37 |
| Series A-3* | N/A | Euro Denominated 4.875% Junior Subordinated Debentures | ISIN XS0291642154 | 03/15/07 | 03/15/37 |
| Series A-4 | Series A-4 Preferred Stock | 6.45% Junior Subordinated Debentures | 026874800 | 06/07/07 | 06/15/47 |

Structured Notes

| Series Name | Feinstein Name | Description | CUSIP | Issuance Date | Maturity Date |
|---|---|---|---|---|---|
| AIG-FP-1* | N/A | Floating Rate LIBOR Notes | 02687QBF4 | 11/21/06 | 11/27/46 |
| AIG-FP-2* | N/A | Floating Rate LIBOR Notes | 02687QBG2 | 12/05/06 | 12/05/46 |
| AIG-FP-3* | N/A | Supplement to AIG-FP-2 | 02687QBG2 | 12/21/06 | 12/05/46 |
| AIG-FP-4* | N/A | US Dollar Zero Coupon Callable Notes | 02687QBH0 | 01/18/07 | 01/18/47 |
| AIG-FP-5* | N/A | CMS Curve Accrual Notes | 02687QBJ6 | 03/23/07 | 03/23/22 |

2

| Series Name | Feinstein Name | Description | CUSIP | Issuance Date | Maturity Date |
|---|---|---|---|---|---|
| AIG-FP-5A* | N/A | Supplement to AIG-FP-5 | 02687QBJ6 | 03/23/07 | 03/23/22 |
| AIG-FP-6* | N/A | CMS Curve Accrual Notes | 02687QBM9 | 04/18/07 | 04/18/22 |
| AIG-FP-7* | N/A | CMS Curve Accrual Notes | 02687QBN7 | 05/04/07 | 05/04/22 |
| AIG-FP-7A* | N/A | Supplement to AIG-FP-7 | 02687QBN7 | 05/04/07 | 05/04/22 |
| AIG-FP-7B* | N/A | Supplement to AIG-FP-7 | 02687QBN7 | 05/04/07 | 05/04/22 |
| AIG-FP-7C* | N/A | Supplement to AIG-FP-7 | 02687QBN7 | 05/04/07 | 05/04/22 |
| AIG-FP-8* | N/A | CMS Spread Range Notes | 02687QBP2 | 04/27/07 | 04/27/22 |
| AIG-FP-8A* | N/A | Supplement to AIG-FP-5 | 02687QBP2 | 04/27/07 | 04/27/22 |
| AIG-FP-9* | N/A | CMS Spread Range Notes | 02687QBQ0 | 04/27/07 | 04/27/22 |
| AIG-FP-10* | N/A | Floating Rate CMT Notes | 02687QBR8 | 05/08/07 | 05/08/08 |
| AIG-FP-11* | N/A | 6.5% Callable Increasing Principal Notes | 02687QBS6 | 05/16/07 | 05/16/52 |
| AIG-FP-12* | N/A | LIBOR Range Notes | 02687QBT4 | 05/23/07 | 05/23/22 |
| AIG-FP-13* | N/A | CMS Curve Accrual Notes | 02687QBU1 | 05/18/07 | 05/18/22 |
| AIG-FP-14 | N/A | CMS Curve Notes | 02687QBV9 | 05/31/07 | 05/31/22 |
| AIG-FP-14A* | N/A | Supplement to AIG-FP-14 | 02687QBV9 | 05/31/07 | 05/31/22 |
| AIG-FP-15* | N/A | Floating Rate LIBOR Notes | 02687QBX5 | 06/01/07 | 06/01/47 |

3

| Series Name | Feinstein Name | Description | CUSIP | Issuance Date | Maturity Date |
|---|---|---|---|---|---|
| AIG-FP-15A* | N/A | Supplement to AIG-FP-15 | 02687QBX5 | 06/01/07 | 06/01/47 |
| AIG-FP-16 | N/A | CMS Curve Notes | 02687QBY3 | 06/01/07 | 06/01/27 |
| AIG-FP-16A* | N/A | Supplement to AIG-FP-16 | 02687QBY3 | 06/01/07 | 06/01/27 |
| AIG-FP-17* | N/A | CMS Curve Accrual Notes | 02687QBZ0 | 06/20/07 | 06/20/17 |
| AIG-FP-18* | N/A | Nikkei 225 Index Market Index Target-Term Securities | 026874883 | 07/05/07 | 01/05/11 |
| AIG-FP-19* | N/A | CMS Inverse Floater Notes | 02687QCA4 | 06/14/07 | 06/14/12 |
| AIG-FP-20* | N/A | CMS Curve Notes | 02687QCB2 | 06/29/07 | 06/29/17 |
| AIG-FP-21* | N/A | CMS Curve Notes | 02687QCC0 | 06/27/07 | 06/27/22 |
| AIG-FP-21A* | N/A | Supplement to AIG-FP-21 | 02687QCC0 | 06/27/07 | 06/27/22 |
| AIG-FP-21B* | N/A | Supplement to AIG-FP-21 | 02687QCC0 | 06/27/07 | 06/27/22 |
| AIG-FP-22 | N/A | CMS Curve Notes | 02687QCD8 | 07/20/07 | 07/20/27 |
| AIG-FP-22A* | N/A | Supplement to AIG-FP-22 | 02687QCD8 | 07/20/07 | 07/20/27 |
| AIG-FP-22B* | N/A | Supplement to AIG-FP-22 | 02687QCD8 | 07/20/07 | 07/20/27 |
| AIG-FP-22C* | N/A | Supplement to AIG-FP-22 | 02687QCD8 | 07/20/07 | 07/20/27 |
| AIG-FP-22D* | N/A | Supplement to AIG-FP-22 | 02687QCD8 | 07/20/07 | 07/20/27 |
| AIG-FP-22E* | N/A | Supplement to AIG-FP-22 | 02687QCD8 | 07/20/07 | 07/20/27 |
| AIG-FP-22F* | N/A | Supplement to AIG-FP-22 | 02687QCD8 | 07/20/07 | 07/20/27 |

| Series Name | Feinstein Name | Description | CUSIP | Issuance Date | Maturity Date |
|---|---|---|---|---|---|
| AIG-FP-22G* | N/A | Supplement to AIG-FP-22 | 02687QCD8 | 07/20/07 | 07/20/27 |
| AIG-FP-22H* | N/A | Supplement to AIG-FP-22 | 02687QCD8 | 07/20/07 | 07/20/27 |
| AIG-FP-22I* | N/A | Supplement to AIG-FP-22 | 02687QCD8 | 07/20/07 | 07/20/27 |
| AIG-FP-23* | N/A | LIBOR Range Notes | 02687QCE6 | 07/27/07 | 07/27/17 |
| AIG-FP-23A* | N/A | Supplement to AIG-FP-23 | 02687QCE6 | 07/27/07 | 07/27/17 |
| AIG-FP-25* | N/A | US Dollar Zero Coupon Accreting Notes | 02687QCG1 | 07/24/07 | 07/02/19 |
| AIG-FP-26* | N/A | US Dollar Zero Coupon Accreting Notes | 02687QCH9 | 07/24/07 | 06/01/18 |

**AUGUST 2007 TO FEBRUARY 2008**

Senior Bonds

| Series Name | Feinstein Name | Description | CUSIP | Issuance Date | Maturity Date |
|---|---|---|---|---|---|
| Series G-2 | January 2018 MTN | 5.85% Medium-Term Notes | 02687QDG0 | 12/12/07 | 01/16/18 |
| Series MP-7* | May 2017 MTN | Supplement to Series MP-5 | 02687QBW7 | 10/10/07 | 05/18/17 |

Junior Subordinated Debentures

| Series Name | Feinstein Name | Description | CUSIP | Issuance Date | Maturity Date |
|---|---|---|---|---|---|
| Series A-5 | Series A-5 Preferred Stock | 7.70% Junior Subordinated Debentures | 026874859 | 12/18/07 | 12/18/47 |

Structured Notes

| Series Name | Feinstein Name | Description | CUSIP | Issuance Date | Maturity Date |
|---|---|---|---|---|---|
| AIG-FP-24* | N/A | LIBOR Range Notes | 02687QCF3 | 08/01/07 | 08/01/22 |
| AIG-FP-27* | N/A | CMS Curve Notes | 02687QCJ5 | 08/20/07 | 08/20/27 |
| AIG-FP-27A* | N/A | Supplement to AIG-FP-27 | 02687QCJ5 | 08/20/07 | 08/20/27 |
| AIG-FP-27B* | N/A | Supplement to AIG-FP-27 | 02687QCJ5 | 08/20/07 | 08/20/27 |
| AIG-FP-27D* | N/A | Supplement to AIG-FP-27 | 02687QCJ5 | 08/20/07 | 08/20/27 |
| AIG-FP-28* | N/A | Floating Rate CMT Notes | 02687QCK2 | 08/07/07 | 08/07/08 |
| AIG-FP-29* | N/A | LIBOR Range Notes | 02687QCL0 | 09/28/07 | 09/28/22 |

| Series Name | Feinstein Name | Description | CUSIP | Issuance Date | Maturity Date |
|---|---|---|---|---|---|
| AIG-FP-30* | N/A | LIBOR Range Notes | 02687QCM8 | 09/28/07 | 09/28/22 |
| AIG-FP-31* | N/A | Principal Protected Notes Linked to the Performance of a Basket of Latin American Currencies | 026874875 | 11/07/07 | 05/07/09 |
| AIG-FP-32* | N/A | CMS Curve Notes | 02687QCN6 | 10/10/07 | 10/10/17 |
| AIG-FP-33* | N/A | CMS Range Notes | 02687QCQ9 | 10/26/07 | 10/26/17 |
| AIG-FP-34* | N/A | US Dollar Zero Coupon Accreting Notes | 02687QCR7 | 10/15/07 | 10/15/37 |
| AIG-FP-35* | N/A | Callable CMT Inverse Floating Rate Notes | 02687QCS5 | 10/31/07 | 10/31/12 |
| AIG-FP-36* | N/A | CMS Curve Notes | 02687QCT3 | 10/15/07 | 10/15/22 |
| AIG-FP-36A* | N/A | Supplement to AIG-FP-36 | 02687QCT3 | 10/15/07 | 10/15/22 |
| AIG-FP-37* | N/A | CMS Curve Notes | 02687QCU0 | 11/06/07 | 11/06/17 |
| AIG-FP-38* | N/A | LIBOR Range Notes | 02687QCV8 | 10/24/07 | 10/24/22 |
| AIG-FP-39* | N/A | US Dollar Zero Coupon Notes | 02687QCW6 | 10/11/07 | 10/11/11 |
| AIG-FP-40* | N/A | Municipal Index Linked Range Accrual Notes | 02687QCX4 | 11/01/07 | 11/01/22 |
| AIG-FP-41* | N/A | LIBOR Range Notes | 02687QCY2 | 10/24/07 | 10/24/22 |
| AIG-FP-42* | N/A | Step-Up Callable Notes | 02687QCZ9 | 11/16/07 | 11/16/22 |

| Series Name | Feinstein Name | Description | CUSIP | Issuance Date | Maturity Date |
|---|---|---|---|---|---|
| AIG-FP-43* | N/A | Principal Protected Currency Linked Notes | 026874867 | 12/06/07 | 03/08/10 |
| AIG-FP-44* | N/A | Municipal Index Linked Range Accrual Notes | 02687QDB1 | 11/20/07 | 11/20/17 |
| AIG-FP-45* | N/A | Callable CMS Curve Notes | 02687QCP1 | 12/14/07 | 12/14/22 |
| AIG-FP-46* | N/A | Floating Rate LIBOR Notes | 02687QDC9 | 11/27/07 | 11/27/47 |
| AIG-FP-46A* | N/A | Supplement to AIG-FP-46 | 02687QDC9 | 12/12/07 | 11/27/47 |
| AIG-FP-47* | N/A | Principal Protected WTI Crude Oil Linked Notes | 02687QDD7 | 01/08/08 | 01/08/13 |
| AIG-FP-48* | N/A | Principal Protected Notes Linked to the USD/EUR Exchange Rate | 02687QDE5 | 01/08/08 | 07/08/09 |
| AIG-FP-49* | N/A | Municipal Index Linked Range Accrual Notes | 02687QDF2 | 01/08/08 | 01/08/09 |
| AIG-FP-50* | N/A | Principal Protected Notes Linked to the Performance of a Basket of Asian Currencies | 026874842 | 01/23/08 | 02/04/09 |
| AIG-FP-51* | N/A | Callable CMS Curve Notes | 02687QDH8 | 12/31/07 | 12/31/27 |
| AIG-FP-52* | N/A | CMS Spread Range Notes | 02687QDJ4 | 02/08/08 | 02/08/23 |

| Series Name | Feinstein Name | Description | CUSIP | Issuance Date | Maturity Date |
|---|---|---|---|---|---|
| AIG-FP-52A* | N/A | Supplement to AIG-FP-52 | 02687QDJ4 | 02/08/08 | 02/08/23 |
| AIG-FP-53* | N/A | LIBOR Range Notes | 02687QDK1 | 01/09/08 | 01/09/23 |
| AIG-FP-54* | N/A | Principal Protected Notes Linked to the Performance of a Basket of Currencies | 02687QDL9 | 02/04/08 | 02/04/10 |
| AIG-FP-55* | N/A | CMS Callable Leveraged CMS Spread Notes | 02687QDM7 | 02/22/08 | 02/22/23 |
| AIG-FP-56* | N/A | Principal Protected Notes Linked to the Performance of a Basket of Asian Currencies | 026874834 | 02/08/08 | 06/08/09 |
| AIG-FP-57* | N/A | CMS Curve Notes | 02687QDN5 | 02/28/08 | 02/28/28 |

**MARCH 2008 TO SEPTEMBER 2008**

Structured Notes

| Series Name | Feinstein Name | Description | CUSIP | Issuance Date | Maturity Date |
|---|---|---|---|---|---|
| AIG-FP-55A* | N/A | Supplement to AIG-FP-55 | 02687QDM7 | 03/03/08 | 02/22/23 |
| AIG-FP-57A* | N/A | Supplement to AIG-FP-57 | 02687QDN5 | 03/03/08 | 02/28/28 |

Common Stock

| Series Name | Feinstein Name | Description | CUSIP | Issuance Date | Maturity Date |
|---|---|---|---|---|---|
| Common Stock | Common Stock | 196.7 million shares of Common Stock | 026874107 | 05/12/08 | N/A |

Equity Units

| Series Name | Feinstein Name | Description | CUSIP | Issuance Date | Maturity Date |
|---|---|---|---|---|---|
| Equity Units | Corporate Units | 78.4 million Equity units, consisting of forward contract to purchase common stock and junior subordinated debentures (Series B-1, B-2 and B-3) | 026874115 | 05/12/08 | Junior subordinated debentures are replaced with common stock ownership upon exercise of forward purchase contracts on various dates in 2011 |

---

* Denotes offering for which no purchase by a proposed lead or named plaintiff is alleged in the Complaint.