UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re AMERICAN INTERNATIONAL GROUP, INC. 2008 SECURITIES LITIGATION

Master File No. 08-CV-4772 (LTS)

ECF Case

### DECLARATION OF RICHARD A. SESNY JR.



Executed on August 17, 2011.

Richard A. Sesny Jr.