UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

IN RE AMERICAN INTERNATIONAL GROUP, : No. 08 CV 4772 (LTS) (DCF)
INC. 2008 SECURITIES LITIGATION
:

-------------------------------------------------------------------x

## DEFENDANTS DAVID L. HERZOG'S AND EDMUND S.W. TSE'S JOINDER IN OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

    Defendants David L. Herzog and Edmund S.W. Tse join and incorporate by reference (1) American International Group, Inc.'s ("AIG") Memorandum of Law in Opposition to Lead Plaintiff's Motion for Class Certification, the Declaration of Joseph S. Allerhand in support of AIG's Memorandum of Law, and the accompanying exhibits; and (2) PricewaterhouseCoopers's ("PwC") Memorandum of Law in Opposition to Lead Plaintiff's Motion for Class Certification, the Declaration of Antony L. Ryan in support of PwC's Memorandum of Law, and the accompanying exhibits. These papers were filed with the Court earlier today.

    For all of the reasons stated in AIG's and PwC's opposition papers, Defendants Herzog and Tse respectfully submit that the Lead Plaintiff's Motion for Class Certification be denied under Rule 23(a) and Rule 23(b). Fed. R. Civ. P. 23.

Dated: New York, New York
August 17, 2011

        WEIL, GOTSHAL & MANGES LLP

        _____

        Joseph S. Allerhand
        Robert F. Carangelo
        Stacy Nettleton
        Kathleen E. Murphy
        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        (212) 310-8000

        *Attorneys for Defendant*
        *David L. Herzog and*
        *Edmund S.W. Tse*