UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2008 SECURITIES LITIGATION | X : : : : : X  Master File No.: 08-CV-4772 (LTS)(KNF)  ECF Case  **EVIDENTIARY HEARING REQUESTED** |

# ROBERT E. LEWIS'S JOINDER IN AMERICAN INTERNATIONAL GROUP, INC.'S, PRICEWATERHOUSECOOPERS LLP'S, AND THE UNDERWRITER DEFENDANTS' OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Defendant Robert E. Lewis joins in the memoranda of law and accompanying documents submitted by American International Group, Inc. ("AIG"), PricewaterhouseCoopers LLP ("PwC") and the Underwriter Defendants in opposition to Lead Plaintiff's Motion for Class Certification.

For all the reasons stated in AIG's, PwC's and the Underwriter Defendants' opposition papers, Defendant Lewis respectfully submits that Lead Plaintiff's Motion for Class Certification be denied under Rule 23(a) and Rule 23(b).  Fed. R. Civ. P. 23.

Dated:  August 17, 2011　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　WILLKIE FARR & GALLAGHER LLP


　　　　　　　　　　　　　　　　　　　　By:　　  /s/ Michael R. Young
　　　　　　　　　　　　　　　　　　　　　　　　Michael R. Young
　　　　　　　　　　　　　　　　　　　　　　　　Antonio Yanez, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　Mei Lin Kwan-Gett
　　　　　　　　　　　　　　　　　　　　　　　　Brian R. Faerstein

　　　　　　　　　　　　　　　　　　　　787 Seventh Avenue
　　　　　　　　　　　　　　　　　　　　New York, New York 10019-6099
　　　　　　　　　　　　　　　　　　　　(212) 728-8000 (telephone)
　　　　　　　　　　　　　　　　　　　　(212) 728-8111 (facsimile)
　　　　　　　　　　　　　　　　　　　　myoung@willkie.com
　　　　　　　　　　　　　　　　　　　　ayanez@willkie.com
　　　　　　　　　　　　　　　　　　　　mkwangett@willkie.com
　　　　　　　　　　　　　　　　　　　　bfaerstein@willkie.com

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Robert E. Lewis