UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re AMERICAN INTERNATIONAL GROUP, INC. 2008 SECURITIES LITIGATION | Master File No. 08-CV-4772 (LTS) |

**DEFENDANT STEVEN J. BENSINGER'S JOINDER IN OPPOSITION TO
LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Defendant Steven J. Bensinger ("Mr. Bensinger") hereby joins and incorporates by reference herein: (i) Defendant AIG's Memorandum of Law in Opposition to Lead Plaintiff's Motion for Class Certification; (ii) Defendant PricewaterhouseCoopers LLP's Memorandum of Law in Opposition to Lead Plaintiff's Motion for Class Certification; and (iii) the Memorandum of Law in Support of the Underwriter Defendants' Opposition to Lead Plaintiff's Motion for Class Certification (collectively, the "Opposition Briefs"). Mr. Bensinger incorporates by reference all of the the arguments contained in the Opposition Briefs, together with any supporting materials thereto, which have been filed and served contemporaneously herewith.

WHEREFORE, for the reasons set forth in the Opposition Briefs, Mr. Bensinger respectfully requests that that this Court deny Plaintiff's motion for class certification.

DATED: New York, New York
         August 17, 2011

                                          MAYER BROWN LLP

                                    By: /s/ Joseph De Simone
                                         Joseph De Simone
                                           Richard A. Spehr
                                           S. Christopher Provenzano
                                           Bradford Jealous, III

                                           1675 Broadway
                                           New York, NY 10019
                                           (212) 506-2500

                                           *Attorneys for Steven J. Bensinger*