UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re AMERICAN INTERNATIONAL GROUP, INC. 2008 SECURITIES LITIGATION | Master File No. 08-CV-4772 (LTS)(DCF) |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Thomas H. Santoro of Milbank, Tweed, Hadley & McCloy LLP hereby appears as counsel on behalf of defendant Alan Frost in the above-captioned case.  I certify that I am admitted to practice in this court.

DATED:  New York, New York
            August 18, 2011

MILBANK, TWEED, HADLEY & McCLOY LLP

By:  /s/ Thomas H. Santoro
Thomas H. Santoro (TS9702)
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 822-5181
tsantoro@milbank.com

*Attorneys for Defendant Alan Frost*

#4839-6838-5290
38339.01000-