UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re AMERICAN INTERNATIONAL GROUP, INC. 2008 SECURITIES LITIGATION | Master File No. 08-CV-4772(LTS)(DCF) |

### DEFENDANT ALAN FROST'S JOINDER IN OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Defendant Alan Frost ("Mr. Frost") joins with American International Group ("AIG"), PricewaterhouseCoopers LLP ("PwC") and the Underwriter Defendants in opposing Lead Plaintiff's Motion for Class Certification, and hereby incorporates by reference the memoranda of law, supporting declarations and documentation submitted by these defendants in support of their opposition on August 17, 2011.

Mr. Frost respectfully urges this Court to deny Lead Plaintiff's Motion for Class Certification for the reasons explained by AIG, PwC and the Underwriters Defendants.

DATED:  New York, New York
             August 18, 2011

MILBANK, TWEED, HADLEY & McCLOY LLP

By: /s/ Dorothy Heyl_____
Dorothy Heyl
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000
dheyl@milbank.com

*Attorney for Alan Frost*

Case 1:08-cv-04772-LTS -DCF   Document 303   Filed 08/18/11   Page 2 of 2