UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE AMERICAN INTERNATIONAL
GROUP, INC. 2008 SECURITIES LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:
:
:
:
:
:
:

Master File No.:
08-CV-4772 (LTS)(KNF)

ECF Case

**DEFENDANT JOSEPH CASSANO'S JOINDER IN OPPOSITION TO
LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

  Defendant Joseph Cassano ("Mr. Cassano") hereby joins in and incorporates by reference herein: (i) Defendant AIG's Memorandum of Law in Opposition to Lead Plaintiff's Motion for Class Certification; (ii) Defendant PricewaterhouseCoopers LLP's Memorandum of Law in Opposition to Lead Plaintiff's Motion for Class Certification; and (iii) the Memorandum of Law in Support of the Underwriter Defendants' Opposition to Lead Plaintiff's Motion for Class Certification (collectively, the "Opposition Briefs"). Mr. Cassano incorporates by reference all of the arguments contained in the Opposition Briefs, together with any supporting materials thereto, which have been filed and served contemporaneously therewith.

  WHEREFORE, for all the reasons stated in the Opposition Briefs, Mr. Cassano respectfully requests that Lead Plaintiff's Motion for Class Certification be denied.

Dated: New York, New York
       August 18, 2011

                    GIBSON, DUNN & CRUTCHER LLP

                    By:  /s/ Lee G. Dunst_____
                         Lee G. Dunst
                         Jim Walden
                         Georgia Winston
                         Kimberly M. Lindsay

                         200 Park Avenue
                         New York, New York 10166
                         Tel: (212) 351-4000
                         Fax: (212) 351-4035
                         ldunst@gibsondunn.com
                         gwinston@gibsondunn.com
                         klindsay@gibsondunn.com

                         F. Joseph Warin (admitted *pro hac vice*)
                         1050 Connecticut Avenue N.W.
                         Washington, D.C. 20036
                         Tel: (202) 955-8500
                         Fax: (202) 467-0539
                         fwarin@gibsondunn.com

                         *Attorneys for Defendant Joseph Cassano*