UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2008 SECURITIES LITIGATION | No. 08 CV 4772 (LTS) (DCF)<br><br>**EVIDENTIARY HEARING REQUESTED** |

## DEFENDANT ANDREW FORSTER'S JOINDER IN OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Defendant Andrew Forster joins and hereby incorporates by reference (1) American International Group, Inc.'s ("AIG") Memorandum of Law in Opposition to Lead Plaintiff's Motion for Class Certification, the Declaration of Joseph S. Allerhand in support of AIG's Memorandum of Law, and accompanying exhibits; (2) PricewaterhouseCoopers LLP's ("PwC") Memorandum of Law in Opposition to Lead Plaintiff's Motion for Class Certification, the Declarations of Antony L. Ryan, Prof. Bradford Cornell, and Richard A. Sesny Jr. in support of PwC's Memorandum of Law, and accompanying exhibits; and (3) the Underwriter Defendants' Memorandum of Law in Opposition to Lead Plaintiff's Motion for Class Certification, the Declaration of Charles E. Davidow in support of the Underwriter Defendants' Memorandum of Law, and accompanying exhibits, all submitted on August 17, 2011.

Mr. Forster respectfully urges this Court to deny Lead Plaintiff's Motion for Class Certification for the reasons set out by AIG, PwC, and the Underwriter Defendants.

Dated: August 18, 2011  
       New York, New York

LATHAM & WATKINS LLP

By: _/s/ Paul A. Serritella_

David M. Brodsky  
Richard D. Owens  
Paul A. Serritella

885 Third Avenue  
New York, New York 10022  
Tel: 212.906.1200  
Fax: 212.751.4864

*Attorneys for Defendant*  
*Andrew Forster*