UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re AMERICAN INTERNATIONAL GROUP, ) Master File No. 08-CV-4772 (LTS)(DCF)
INC. 2008 SECURITIES LITIGATION )
LITIGATION )

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

X I have cases pending          ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

<u>Andrew E. Tomback</u>
FILL IN ATTORNEY NAME

My SDNY Bar Number is: <u>AT-9644</u>          My State Bar Number is <u>2090074</u>

I am,
    X     An attorney
    ☐     A Government Agency attorney
    ☐     A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: <u>MILBANK, TWEED, HADLEY & McCLOY LLP</u>
              FIRM ADDRESS: <u>1 Chase Manhattan Plaza, New York, NY 10005</u>
              FIRM TELEPHONE NUMBER: <u>(212) 530-5000</u>
              FIRM FAX NUMBER: <u>(212) 530-5219</u>

NEW FIRM:    FIRM NAM E: <u>ZUCKERMAN SPAEDER LLP</u>
              FIRM ADDRESS: <u>1540 Broadway, Suite 1604, New York, NY 10036</u>
              FIRM TELEPHONE NUMBER: <u>(212) 704-9600</u>
              FIRM FAX NUMBER: <u>(212) 704-4256</u>

      X      I will continue to be counsel of record on the above-entitled case at my new firm/agency.

      ☐      I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: October 11, 2011

_____
ATTORNEY'S SIGNATURE

3435966.1