UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE AMERICAN INTERNATIONAL
GROUP, INC. 2008 SECURITIES LITIGATION

This Document Relates To: All Actions

Master File No. 08-CV-4772 (LTS)

ECF CASE

**ORAL ARGUMENT REQUESTED**

**NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and the Declaration of Antony L. Ryan, dated October 12, 2011, and the exhibits thereto, Defendants PricewaterhouseCoopers LLP, the Director Defendants and the Underwriter Defendants (collectively, the "Securities Act Defendants") will move this Court, before the Hon. Laura Taylor Swain, at the United States Courthouse, Courtroom 11C, 500 Pearl Street, New York, NY, for an order pursuant to  Fed. R. Civ. P. 12(c) for a judgment on the pleadings and granting such other and further relief as the Court deems just and proper.  Pursuant to Rule 2.B of the Individual Practice Rules of Judge Swain, counsel for the Securities Act Defendants certify that they have used their best efforts to resolve informally with counsel for Lead Plaintiff the matters raised in the present Motion.  However, the attempts have been unsuccessful.

October 12, 2011

CRAVATH, SWAINE & MOORE LLP

by

_____
Thomas G. Rafferty
Antony L. Ryan
Samira Shah

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000

trafferty@cravath.com
aryan@cravath.com
sshah@cravath.com

*Attorneys for Defendant*
*PricewaterhouseCoopers LLP*

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON

by

_____
Richard A. Rosen
Brad S. Karp

1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

rrosen@paulweiss.com
bkarp@paulweiss.com

Charles E. Davidow

2001 K Street, NW
Washington, DC 20006
(202) 223-7300

cdavidow@paulweiss.com

*Attorneys for the Underwriter Defendants*

SIMPSON THACHER & BARTLETT LLP

by _Paul C. Curnin / with consent ALR_

Paul C. Curnin
Michael J. Garvey
Craig S. Waldman

425 Lexington Avenue
New York, NY 10017-3954
(212) 455-2000

pcurnin@stblaw.com
mgarvey@stblaw.com
cwaldman@stblaw.com

*Attorneys for the Outside Director Defendants*

WEIL, GOTSHAL & MANGES LLP

by _Joseph S. Allerhand / with consent ALR_

Joseph S. Allerhand
Robert F. Carangelo
Stacy Nettleton
Kathleen E. Murphy

767 Fifth Avenue
New York, NY 10153
(212) 310-8000

joseph.allerhand@weil.com
robert.carangelo@weil.com
stacy.nettleton@weil.com
kathleen.murphy@weil.com

*Attorneys for Defendant Edmund S.W. Tse*

To:

Leonard Barrack, Esq.
Jeffrey W. Golan, Esq.
M. Richard Komins, Esq.
Robert A. Hoffman, Esq.
Lisa M. Lamb, Esq.
Julie B. Palley, Esq.
  Barrack, Rodos & Bacine
    3300 Two Commerce Square
      2001 Market Street
        Philadelphia, PA 19103

A. Arnold Gershon, Esq.
Regina M. Calcaterra, Esq.
  Barrack, Rodos & Bacine
    1350 Broadway
      Suite 1001
        New York, NY 10018

E. Powell Miller, Esq.
Marc L. Newman, Esq.
David H. Fink, Esq.
Jayson E. Blake, Esq.
Brian E. Etzel, Esq.
  The Miller Law Firm, P.C.
    Miller Building
      950 West University Drive
        Suite 300
          Rochester, MI 48307

*Attorneys for Lead Plaintiff, State
of Michigan Retirement Systems,
and Lead Counsel for the
Putative Class*