

*Barrack, Rodos & Bacine*
*A Professional Corporation*
Attorneys At Law

*Philadelphia*
*San Diego*
*New York*
*New Jersey*

Jeffrey W. Golan
golan@barrack.com

October 27, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02 NOV 2011

MEMO ENDORSED

**Via Federal Express**

The Honorable Laura Taylor Swain
**U.S. District Court for the**
**Southern District of New York**
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *In re American International Group, Inc. 2008 Securities Litigation*
    **Master File No. 08-cv-4772 (LTS) (DCF)**

Dear Judge Swain:

As counsel for Lead Plaintiff, the State of Michigan Retirement Systems, I am writing to inform the Court that the parties have reached an agreement, subject to Your Honor's consideration and approval, on a proposed schedule for the briefing on the Motion for Judgment on the Pleadings filed by certain Defendants (the "Securities Act Defendants") on October 12, 2011, in the above-captioned matter.

Counsel have agreed that Lead Plaintiff's time for responding to the Motion shall be set for December 2, 2011, and the Securities Act Defendants' time for filing a reply brief shall be set for December 16, 2011.

Of course, the parties stand ready to confer with the Court, if requested, concerning this proposed briefing schedule or any other matters.

*The proposed schedule is approved.*

SO ORDERED.
NEW YORK
*[signature]*
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
OCT 31, 2011

Respectfully,

*[signature]*
Jeffrey W. Golan

JWG:rpb

cc: Counsel Per Attached Service List (via email)

3300 Two Commerce Square   *   2001 Market Street   *   Philadelphia, PA 19103
Telephone 215.963.0600   *   Facsimile 215.963.0838
www.barrack.com