UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2008 SECURITIES LITIGATION,<br><br>This Document Relates to:<br><br>08 CIV. 4772 (LTS)(KNF), IN RE AMERICAN INTERNATIONAL GROUP, INC. 2008 SECURITIES LITIGATION | MASTER FILE<br>08 Civ. 4772 (LTS)(KNF)<br><br>**NOTICE OF APPEARANCE** |

       PLEASE TAKE NOTICE that the undersigned appears as counsel on behalf of Defendant Andrew Forster in the above-captioned action.

Dated: November 8, 2011
       New York, New York       LATHAM & WATKINS LLP

                         By:   /s/ Nathanael Yale
                              Nathanael Yale
                              885 Third Avenue
                              New York, New York 10022
                              Telephone: (212) 906-1200
                              Facsimile: (212) 751-4864
                              Email: Nathanael.Yale@lw.com

                              *Attorneys for Defendant*
                              *Andrew Forster*