## CERTIFICATE OF SERVICE

I, Jeffrey W. Golan, a (*pro hac vice*) member of the bar of this Court, hereby certify that a true and correct copy of the foregoing Plaintiff's Memorandum in Opposition to Defendants' Motion for Judgment on the Pleadings and Declaration of Jeffrey W. Golan in Support of Opposition to Defendants' Motion for Judgment on the Pleadings have been filed by hand under seal and served on all counsel of record on the attached service list on this 2nd day of December, 2011, with public versions having been filed electronically.

Jeffrey W. Golan