**Barrack, Rodos & Bacine**
*A Professional Corporation*
Attorneys At Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **16 DEC 2011**

*Philadelphia*
*San Diego*
*New York*
*New Jersey*

*Jeffrey W. Golan*
jgolan@barrack.com

December 16, 2011

**MEMO ENDORSED**

**_Via Facsimile and Federal Express_**

The Honorable Laura Taylor Swain
**U.S. District Court for the**
**Southern District of New York**
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *In re American International Group, Inc. Securities 2008 Litigation*,
       **Master File No. 08-cv-4772 (LTS) (DCF)**

Dear Judge Swain:

I am writing on behalf of the Lead Plaintiff, the Michigan State Retirement Systems, in the above-captioned matter regarding the memorandum of law filed by Lead Plaintiff on December 2, 2011 in opposition to the Motion for Judgment on the Pleadings filed by certain defendants (the "Opposition").

This morning, I received a telephone call from counsel for defendant Robert Lewis regarding a quote attributed to Mr. Lewis on page 15 of the Opposition. Mr. Lewis' counsel advised me that, while the transcript of the FCIC interview that we retained a court reporter to prepare from the audio tape available on the FCIC's website (attached to my declaration accompanying the Opposition as Exhibit 4) does attribute the quoted statement to Mr. Lewis, the transcript is inaccurate, because part of the quote attributed to Mr. Lewis was actually interjected by another speaker. We have now listened again to the audio recording, and while it is difficult to discern who is speaking, we are not in a position to question the assertion of Mr. Lewis' counsel. Accordingly, we respectfully request that the Court disregard this particular quoted statement in considering Lead Plaintiff's opposition to the Motion for Judgment on the Pleadings.

We apologize for any inconvenience this may cause the Court.

Respectfully,

Jeffrey W. Golan
NEW YORK, NY

*The Court will disregard the statement.*

SO ORDERED.

LAURA TAYLOR SWAIN
Dec 16, 2011
UNITED STATES DISTRICT JUDGE

cc: All counsel

3300 Two Commerce Square   *   2001 Market Street   *   Philadelphia, PA 19103
Telephone 215.963.0600   *   Facsimile 215.963.0838
www.barrack.com