UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2008 SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>08 CIV. 4772 (LTS)(KNF), IN RE JACKSONVILLE POLICE AND FIRE PENSION FUND | MASTER FILE<br>08 CIV. 4772 (LTS)(KNF) |

**SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT FOR
DEFENDANT DAIWA SECURITIES AMERICA INC.
(NOW KNOWN AS DAIWA CAPITAL MARKETS AMERICA INC.)**

Pursuant to Federal Rule of Civil Procedure 7.1(b), the undersigned counsel of record for defendant Daiwa Securities America Inc. (now known as Daiwa Capital Markets America Inc.) hereby states as follows:

Effective January 1, 2012, Daiwa Securities America Inc. (now known as Daiwa Capital Markets America Inc.), is wholly owned by Daiwa Capital Markets America Holdings Inc., which in turn is wholly owned by Daiwa International Holdings Inc., which, in turn, is wholly owned by Daiwa Securities Group Inc., a publicly-held company. No other publicly-held company owns 10 percent or more of Daiwa Capital Markets America Inc.

Dated: New York, New York
December 19, 2011

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
Richard A. Rosen
Brad S. Karp
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3000
Fax: (212) 492-0007
E-mail: rrosen@paulweiss.com
E-mail: bkarp@paulweiss.com

Charles E. Davidow
2001 K Street, N.W.
Washington, DC 20006
Tel: (202) 223-7300
Fax: (202) 223-7420
E-mail: cdavidow@paulweiss.com

*Attorneys for Defendant Daiwa Securities America Inc. (now known as Daiwa Capital Markets America Inc.)*