UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2008 SECURITIES LITIGATION<br><br>This Document Relates To:  All Actions | Master File No.:<br><br>08-CV-4772-LTS-DCF<br><br>**ELECTRONICALLY FILED** |

## CERTIFICATE OF SERVICE

I, Jeffrey W. Golan, a (*pro hac vice*) member of the bar of this Court, hereby certify that a true and correct copy of the foregoing Lead Plaintiff's Notice of Motion and Supporting Memorandum of Law to File a Sur-Reply Memorandum in Support of its Opposition to the Motion of the Securities Act Defendants for Judgment on the Pleadings have been filed by hand and under seal and served on all counsel of record on the attached service list on this 30th day of December, 2011, with public versions having been filed electronically.

                                                          /s/ Jeffrey W. Golan
                                                        Jeffrey W. Golan

IN RE AMERICAN INTERNATIONAL GROUP 2008 SECURITIES LITIGATION
Service List (listing only principal counsel at each firm)
December 30, 2011

Joseph S. Allerhand, Esq.
Weil, Gotshal & Manges LLP
joseph.allerhand@weil.com

James Gamble, Esq.
Simpson Thacher & Bartlett LLP
jgamble@stblaw.com

David M. Murphy, Esq.
Wachtell, Lipton, Rosen & Katz
dmmurphy@wlrk.com

Richard A. Rosen, Esq.
Paul, Weiss, Rifkind, Wharton
  & Garrison LLP
rrosen@paulweiss.com

James Anthony Diehl, Esq.
Akin Gump Strauss Hauer
  & Feld LLP
jdiehl@akingump.com

Thomas G. Rafferty, Esq.
Cravath, Swaine & Moore LLP
trafferty@cravath.com

Antonio Yanez, Esq.
Willkie Farr & Gallagher LLP
ayanez@willkie.com

Marc L. Newman, Esq.
The Miller Law Firm, P.C.
mln@millerlawpc.com

Lee Dunst, Esq.
Gibson, Dunn & Crutcher LLP
ldunst@gibsondunn.com

Joseph Desimone, Esq.
Mayer Brown LLP
jdesimone@mayerbrown.com

David M. Brodsky, Esq.
Lathan & Watkins LLP
David.brodsky@lw.com

Mei Lin Kwan-Gett, Esq.
Willkie Farr & Gallagher LLP
mkwangett@willkie.com

Andrew E. Tomback, Esq.
Milbank, Tweed, Hadley
  & McCloy LLP
atomback@milbank.com