**MEMO ENDORSED**

**Barrack, Rodos & Bacine**
A Professional Corporation
Attorneys At Law



ELECTRONICALLY FILED
DATE FILED: JAN 03 2012

Philadelphia
San Diego
New York
New Jersey

Jeffrey W. Golan
jgolan@barrack.com

December 30, 2011

RECEIVED
DEC 30 2011
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.

**Via Hand Delivery**

The Honorable Laura Taylor Swain
**U.S. District Court for the**
**Southern District of New York**
Daniel Patrick Moynihan U. S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *In re American International Group, Inc. 2008 Securities Litigation*
      **Master File No. 08-cv-4772 (LTS) (DCF)**

Dear Judge Swain:

Enclosed, for Your Honor's consideration, is a copy of a motion being filed today on behalf of Lead Plaintiff, the State of Michigan Retirement Systems, for leave to file a five-page sur-reply memorandum and a supplemental declaration in support of Lead Plaintiff's opposition to the motion of the Securities Act Defendants for judgment on the pleadings. As stated in the enclosed motion, after consultation with counsel for the Securities Act Defendants, we are authorized to inform the Court that while the defendants do not believe that any further briefing on the motion for judgment on the pleadings is necessary, they do not oppose Lead Plaintiff's motion for leave to file a sur-reply brief.

Attached to Lead Plaintiff's Notice of Motion and Supporting Memorandum of Law to File a Sur-Reply Memorandum in Support of its Opposition to the Motion of the Securities Act Defendants for Judgment on the Pleadings, are two exhibits: (1) [Proposed] Lead Plaintiff's Sur-Reply in Opposition to the Motion of the Securities Act Defendants for Judgment on the Pleadings; (2) [Proposed] Supplemental Declaration of Jeffrey W. Golan in Opposition to the Securities Act Defendants' Motion for Judgment on the Pleadings.

All counsel have been served with copies of this letter and the within documents per the enclosed certificate of service. Further, because there are certain references to documents filed under seal by the Securities Act Defendants, certain portions of the proposed sur-reply brief and the exhibit attached to my supplemental declaration are being filed under seal.

The Motion (docket entry no. 326) is granted.

SO ORDERED.

NEW YORK, NY
Jan 3, 2012
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully,

Jeffrey W. Golan

JWG:rpb
Enclosures
Cc:   All counsel per certificate of service (via email) (w/encs.)

3300 Two Commerce Square   *   2001 Market Street   *   Philadelphia, PA 19103
Telephone 215.963.0600   *   Facsimile 215.963.0838
www.barrack.com