UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

In re Salvatore J. Graziano    Plaintiff,    Case No.

   -against-

                    Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Salvatore John Graziano**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: SG-6854     My State Bar Number is 2470714

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Milberg LLP
            FIRM ADDRESS: One Pennsylvania Plaza, 48th Floor
            FIRM TELEPHONE NUMBER: (212) 594-5300
            FIRM FAX NUMBER: (212) 868-1229

NEW FIRM:   FIRM NAME: Bernstein Litowitz Berger & Grossmann LLP
            FIRM ADDRESS: 1285 Avenue of the Americas, 38th Floor
            FIRM TELEPHONE NUMBER: (212) 554-1400
            FIRM FAX NUMBER: (212) 554-1444

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: February 24, 2012

ATTORNEY'S SIGNATURE

| Index # | Case Name |
|---|---|
| 1:08-cv-04772-LTS-DCF | In re: American International Group, Inc. 2008 Securities Litigation |
| 1:11-cv-07866-VM | Deangelis v. Corzine et al |