USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 6 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2008 SECURITIES LITIGATION | Master File No.: 08-CV-4772-LTS-DCF |
| This Document Relates To:  All Actions | |

## [PROPOSED] ORDER REGARDING RE-SUBMITTED MOTION FOR CLASS CERTIFICATION

LAURA TAYLOR SWAIN, DISTRICT JUDGE:

The parties to the above-captioned litigation having conferred on the briefing for Lead Plaintiff's re-submitted motion for class certification, and having presented the following as the agreement of the parties, it is hereby ORDERED as follows:

**I.    EXTENSIONS OF PAGE LIMITS**

A.    The Court hereby approves the agreement of the parties to allow Lead Plaintiff to submit an opening brief in support of the motion for class certification of no more than 60 pages, notwithstanding the limits placed in Rule 2.h of this Court's Individual Practices Rules, recognizing that the motion will seek certification of a Class encompassing purchasers of different types of AIG securities, including common stock, preferred shares, corporate units and debt securities, and that the briefs being submitted by the parties will include references to the discovery record relevant to the motion.

B.    The Court further recognizes the agreement of the parties that Lead Plaintiff will not oppose a request by Defendants to file an answering brief(s) in excess of the

Rule 2.h limit, and that Defendants will further not oppose a request by Lead Plaintiff to file a reply brief in excess of the Rule 2.h limit, provided that such requests are reasonable.

## II. BRIEFING SCHEDULE

A. The Court further approves the agreement of the parties with respect to the schedule for briefing on the re-submitted motion for class certification, as follows.

B. Lead Plaintiff shall file its motion by March 30, 2012.

C. Any opposition to the motion shall be filed by May 24, 2012.

D. Any reply brief in support of the motion shall be filed by June 22, 2012.

Dated: New York, New York
       March 23, 2012

_____
LAURA TAYLOR SWAIN
United States District Judge