## CERTIFICATE OF SERVICE

I, Jeffrey W. Golan, a (*pro hac vice*) member of the bar of this Court, hereby certify that true and correct copies of the of the following filings have been filed by hand under seal and served on all counsel of record on the attached service list on this 30th day of March, 2012, with public versions having been filed electronically:

1. Notice of Lead Plaintiff's Motion for Class Certification;

2. Memorandum of Law in Support of Lead Plaintiff's Motion for Class Certification;

3. Declaration of Jeffrey W. Golan in Support of Lead Plaintiff's Motion for Class Certification (with complete Exhibits); and

4. [Proposed] Order Granting Lead Plaintiff's Motion for Class Certification.

                                                           s/ Jeffrey W. Golan
                                                             Jeffrey W. Golan

IN RE AMERICAN INTERNATIONAL GROUP 2008 SECURITIES LITIGATION
Service List (listing only principal counsel at each firm)
Updated on December 2, 2011

Joseph S. Allerhand, Esq.
Weil, Gotshal & Manges LLP
joseph.allerhand@weil.com

James Gamble, Esq.
Simpson Thacher & Bartlett LLP
jgamble@stblaw.com

David M. Murphy, Esq.
Wachtell, Lipton, Rosen & Katz
dmmurphy@wlrk.com

Richard A. Rosen, Esq.
Paul, Weiss, Rifkind, Wharton
   & Garrison LLP
rrosen@paulweiss.com

James Anthony Diehl, Esq.
Akin Gump Strauss Hauer
   & Feld LLP
jdiehl@akingump.com

Thomas G. Rafferty, Esq.
Cravath, Swaine & Moore LLP
trafferty@cravath.com

Antonio Yanez, Esq.
Willkie Farr & Gallagher LLP
ayanez@willkie.com

Marc L. Newman, Esq.
The Miller Law Firm, P.C.
mln@millerlawpc.com

Lee Dunst, Esq.
Gibson, Dunn & Crutcher LLP
ldunst@gibsondunn.com

Joseph Desimone, Esq.
Mayer Brown LLP
jdesimone@mayerbrown.com

David M. Brodsky, Esq.
Lathan & Watkins LLP
David.brodsky@lw.com

Mei Lin Kwan-Gett, Esq.
Willkie Farr & Gallagher LLP
mkwangett@willkie.com

Andrew E. Tomback, Esq.
Zuckerman Spaeder LLP
atomback@zuckerman.com