

**Weil, Gotshal & Manges LLP**

BY FAX

January 6, 2014



767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Joseph S. Allerhand
+1 (212) 310-8725
joseph.allerhand@weil.com

The Honorable Laura T. Swain
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **In re American International Group, Inc. 2008 Securities Litigation,
Master File No. 08-cv-4772 (LTS) (DCF)**

Dear Judge Swain:

We just received Lead Plaintiff's Response to the Court's Order to Show Cause, but it does not provide response or return dates.

Lead Plaintiff's Response does not accurately describe the law or the facts of this case. We intend to submit a short response by close of business this Friday, January 10th.

Respectfully submitted,

Joseph S. Allerhand

cc: All Counsel (via email)

US_ACTIVE:\44401170\1\14430.0044