# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2008 SECURITIES LITIGATION | Master File No.:<br>08-CV-4772-LTS-DCF |
| This Document Relates To:  All Actions | |

**SUMMARY NOTICE OF CLASS ACTION, PROPOSED SETTLEMENT, MOTION FOR ATTORNEYS' FEES AND EXPENSES, AND SETTLEMENT HEARING**

**TO:** All persons or entities (a) who purchased American International Group, Inc. ("AIG") securities on a U.S. public exchange during the period from March 16, 2006 through September 16, 2008 (the "Class Period") or (b) who purchased or acquired AIG securities in or traceable to a public offering during the Class Period (the "Class").

**PLEASE READ THIS NOTICE CAREFULLY.  YOUR RIGHTS MAY BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.  PLEASE DO NOT CONTACT AIG, ANY OTHER DEFENDANTS OR THEIR COUNSEL REGARDING THIS NOTICE.

ALL QUESTIONS ABOUT THIS NOTICE, THE PROPOSED SETTLEMENT, OR YOUR ELIGIBILITY TO PARTICIPATE IN THE SETTLEMENT SHOULD BE DIRECTED TO LEAD COUNSEL OR THE CLAIMS ADMINISTRATOR, WHOSE CONTACT INFORMATION IS PROVIDED BELOW, RATHER THAN TO AIG OR THE COURT.

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of New York, that the above-captioned litigation (the "Action") has been preliminarily certified as a class action for the purposes of settlement only on behalf of the Class, except for certain persons and entities who are excluded from the Class by definition as set forth in the Stipulation and Agreement of Settlement dated September 12, 2014 (the "Stipulation").

YOU ARE ALSO NOTIFIED that the Plaintiffs in the Action have reached a proposed settlement of the Action for $970,500,000 in cash (the "Settlement"), that, if approved, will resolve all claims asserted against the Released Defendant Parties (identified in the full printed notice referred to below).

A hearing will be held on _____, 2014 at _. m. before the Honorable Laura Taylor Swain at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 12D, New York, NY 10007-1312, to determine (i) whether the proposed Settlement should be approved as fair, reasonable and adequate; (ii) whether the Action should be dismissed with prejudice against the

Released Defendant Parties, and the Released Claims specified and described in the Stipulation should be granted; (iii) whether the proposed Plan of Allocation should be approved as fair and reasonable; and (iv) whether Lead Counsel's motion for an award of attorneys' fees and reimbursement of expenses should be approved.

If you are a member of the Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund. If you have not yet received the full printed Notice of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses, and Settlement Hearing (the "Notice"), and the Proof of Claim Form, you may obtain copies of these documents by contacting the Claims Administrator at *In re American International Group, Inc. 2008 Securities Litigation*, c/o Gilardi & Co. LLC, Claims Administrator, P.O. Box 8040, San Rafael, CA 94912-8040. Copies of the Notice and Proof of Claim Form can also be downloaded from the website maintained by the Claims Administrator, http://www.[insert address].com.

If you are a member of the Class, in order to be eligible to receive a payment under the proposed Settlement, you must submit a Proof of Claim Form postmarked no later than _____, 2014. If you are a Class Member and do not submit a proper Proof of Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Class and wish to exclude yourself from the Class, you must submit a request for exclusion such that it is received no later than _____, 2014, in accordance with the instructions set forth in the Notice. If you properly exclude yourself form the Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and reimbursement of expenses, must be filed with the Court and delivered to Lead Counsel and counsel for AIG such that they are received no later than _____, 2014, in accordance with the instructions set forth in the Notice.

Inquiries, other than requests for the Notice and Proof of Claim Form, may be made to Lead Counsel:

| | |
|---|---|
| **BARRACK, RODOS & BACINE** | **THE MILLER LAW FIRM, P.C.** |
| Jeffrey W. Golan | E. Powell Miller |
| Robert A. Hoffman | Marc L. Newman |
| 3300 Two Commerce Square | 950 West University Drive, Ste. 300 |
| 2001 Market Street | Rochester, MI 48307 |
| Philadelphia, PA 19103 | (248) 841-2200 |
| (215) 963-0600 | [insert email address] |
| [insert email address] | |

Requests for the Notice and Proof of Claim Form should be made to:

2

*In re American International Group, Inc. 2008 Securities Litigation*
c/o Gilardi & Co. LLC, Claims Administrator,
P.O. Box 8040, San Rafael, CA 94912-8040
(___) ___ - _____
[insert email address]

By Order of the Court