# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2008 SECURITIES LITIGATION | Master File No.: 08-CV-4772-LTS-DCF |
| This Document Relates To:  All Actions | |

**PROOF OF CLAIM AND RELEASE FORM**

**I.   GENERAL INSTRUCTIONS**

1.   To recover as a member of the Class based on your claims in this matter, you must complete and, on page __ hereof, sign this Proof of Claim and Release form.  If you fail to file a properly addressed (as set forth in paragraph 3 below) Proof of Claim and Release form, your claim may be rejected and you may be precluded from any recovery from the Net Settlement Fund created in connection with the proposed Settlement of this matter.

2.   Submission of this Proof of Claim and Release, however, does not assure that you will share in the proceeds of the Settlement of this matter.

3.   YOU MUST MAIL YOUR COMPLETED AND SIGNED PROOF OF CLAIM AND RELEASE POSTMARKED ON OR BEFORE _____, ADDRESSED AS FOLLOWS:

AIG, Inc. 2008 Securities Settlement
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA  94912-8040

If you are NOT a member of the Class (as defined in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice")), DO NOT submit a Proof of Claim and Release form.

4.   If you are a member of the Class and you do not timely request exclusion in connection with the proposed Settlement, you will be bound by the terms of any judgment entered in the Action, including the releases provided therein, WHETHER OR NOT YOU SUBMIT A PROOF OF CLAIM AND RELEASE FORM.

**II.   CLAIMANT IDENTIFICATION**

If you purchased eligible AIG Securities and held the certificate(s) in your name, you are the beneficial purchaser as well as the record purchaser.  If, however, you purchased eligible AIG Securities and the certificate(s) were registered in the name of a third party, such as a nominee or brokerage firm, you are the beneficial purchaser and the third party is the record purchaser.

Use Part I of this form entitled "Claimant Identification" to identify each purchaser of record ("nominee"), if different from the beneficial purchaser of the eligible AIG Securities which forms the basis of this claim.  THIS CLAIM MUST BE FILED BY THE ACTUAL BENEFICIAL PURCHASER(S) OR THE LEGAL REPRESENTATIVE OF SUCH PURCHASER(S), OF THE ELIGIBLE AIG SECURITIES UPON WHICH THIS CLAIM IS BASED.

All joint purchasers must sign this claim.  Executors, administrators, guardians, conservators and trustees must complete and sign this claim on behalf of persons represented by them and their authority must accompany this claim and their titles or capacities must be stated.  The Social Security (or taxpayer identification) number and telephone number of the beneficial owner may be used in verifying the claim.  Failure to provide the foregoing information could delay verification of your claim or result in rejection of the claim.

If you are acting in a representative capacity on behalf of a Class Member (for example, as an executor, administrator, trustee, or other representative), you must submit evidence of your current authority to act on behalf of that Class Member.  Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents.

**III.   CLAIM FORM**

Use Parts II, III, and IV of this form entitled "Schedule of Transactions in AIG Common Stock," "Schedule of Transactions in AIG Corporate Units," and "Schedule of Transactions in Eligible AIG Notes or Debentures" on pages 4-6 of this form to supply all required details of your transaction(s) in eligible AIG securities.  If you need more space or additional schedules, attach separate sheets giving all of the required information in substantially the same form.  Sign and print or type your name on each additional sheet.



1

**Any transactions in AIG common stock should be included in Part II on page 4.**

**Any transactions in AIG Corporate Units should be included in Part III on page 5.**

**Any transactions in eligible AIG Notes or Debentures should be included in Part IV on page 6.** The last four characters of the CUSIP for each security you list on page 6 must be included in the space provided. CUSIPs for all eligible securities are listed on Exhibit I of the claim form, pages 10 & 11, and the last four characters of the CUSIP on that Exhibit have been indicated in bold for your convenience.

On the schedules, provide all of the requested information with respect to *all* of your purchases and *all* of your sales of eligible AIG Securities securities which took place at any time during the time periods listed in each section, whether such transactions resulted in a profit or a loss. You must also provide all of the requested information with respect to *all* of the eligible AIG Securities you held at the close of trading on the specific dates listed in each section. Failure to report all such transactions may result in the rejection of your claim.

List each transaction separately and in chronological order, by trade date, beginning with the earliest. You must accurately provide the month, day, and year of each transaction you list.

The date of covering a "short sale" is deemed to be the date of purchase of eligible AIG securities. The date of a "short sale" is deemed to be the date of sale of eligible AIG securities.

Copies of stockbroker confirmation slips, stockbroker statements, or other documents evidencing your transactions in A&P securities should be attached to your claim. If any such documents are not in your possession, please obtain a copy or equivalent documents from your broker because these documents are necessary to prove and process your claim. Failure to provide this documentation could delay verification of your claim or result in rejection of your claim.

NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request to, or may be requested to, submit information regarding their transactions in electronic files. All claimants MUST submit a manually signed paper Proof of Claim and Release form listing all their transactions whether or not they also submit electronic copies. If you wish to file your claim electronically, you must contact the Claims Administrator at 1-888-283-6985 to obtain the required file layout. No electronic files will be considered to have been properly submitted unless the Claims Administrator issues to the claimant a written acknowledgement of receipt and acceptance of electronically submitted data.



Official Office Use Only

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In re American International Group, Inc. 2008 Securities Litigation*
Master File No. 1:08-CV-04772-LTS-DCF

**PROOF OF CLAIM FORM AND RELEASE**

Please Type or Print in the Boxes Below
Do NOT use Red Ink, Pencil, or Staples

**Must Be Postmarked No Later Than _____, 2015**

**AIGINC**

### PART I: CLAIMANT IDENTIFICATION

Last Name      M.I.      First Name

Last Name (Co-Beneficial Owner)      M.I.      First Name (Co-Beneficial Owner)

◯ IRA   ◯ Joint Tenancy   ◯ Employee   ◯ Individual   ◯ Other _____ (specify)

Company Name (Beneficial Owner - If Claimant is not an Individual) or Custodian Name if an IRA

Trustee/Asset Manager/Nominee/Record Owner's Name (If Different from Beneficial Owner Listed Above)

Account#/Fund# (Not Necessary for Individual Filers)

Social Security Number   or   Taxpayer Identification Number

Telephone Number (Primary Daytime)      Telephone Number (Alternate)

Email Address

### MAILING INFORMATION

Address

Address

City      State      Zip Code

Foreign Province      Foreign Postal Code      Foreign Country Name/Abbreviation

FOR CLAIMS PROCESSING ONLY

OB   CB

◯ ATP  ◯ BE  ◯ FL  ◯ OP
◯ KE   ◯ DR  ◯ ME  ◯ RE
◯ ICI  ◯ EM  ◯ ND  ◯ SH

MM / DD / YYYY

FOR CLAIMS PROCESSING ONLY

3

**PART II. SCHEDULE OF TRANSACTIONS IN AIG COMMON STOCK - CUSIP 026874784**

Please note that you should only include your transactions in AIG common stock on this page.
Any transactions in AIG Corporate Units should be included in Part III. on page 5.
Any transactions in eligible AIG Notes or Debentures should be included in Part IV. on page 6.

**A. PURCHASES/ACQUISITIONS:** Please list all purchases of AIG common stock between March 16, 2006 through and including December 15, 2008.

| Purchase Date (MM/DD/YY) | Number of Shares | Total Purchase Price (Excluding Commissions, Taxes and Fees) |
|---|---|---|
| / / | | $ .00 |
| / / | | $ .00 |
| / / | | $ .00 |
| / / | | $ .00 |
| / / | | $ .00 |
| / / | | $ .00 |

**B. SALES:** Please list all sales of AIG common stock between March 16, 2006 through and including December 15, 2008.

| Sale Date (MM/DD/YY) | Number of Shares | Total Sale Price (Excluding Commissions, Taxes and Fees) |
|---|---|---|
| / / | | $ .00 |
| / / | | $ .00 |
| / / | | $ .00 |
| / / | | $ .00 |
| / / | | $ .00 |
| / / | | $ .00 |

**C. HOLDINGS:** Please list the number of shares of AIG common stock held at the close of business on March 15, 2006, September 16, 2008, and December 15, 2008.

| Number of Shares Held at the close of business on March 15, 2006 | Number of Shares Held at the close of business on September 16, 2008 | Number of Shares Held at the close of business on December 15, 2008 |
|---|---|---|
| | | |

IF YOU NEED ADDITIONAL SPACE TO LIST YOUR TRANSACTIONS IN AIG COMMON STOCK, PLEASE PHOTOCOPY THIS PAGE. YOU CAN ALSO PRINT ADDITIONAL SCHEDULES FROM THE WEBSITE. WRITE YOUR NAME ON EACH ADDITIONAL SCHEDULE AND FILL THIS CIRCLE: ○

YOU MUST READ AND SIGN THE RELEASE ON PAGES 7-8. FAILURE TO SIGN THE RELEASE MAY RESULT IN A DELAY IN PROCESSING OR THE REJECTION OF YOUR CLAIM.



**PART III.  SCHEDULE OF TRANSACTIONS IN AIG CORPORATE UNITS - CUSIP 026874115**

**Please note that you should only include your transactions in AIG Corporate Units on this page.**
**Any transactions in AIG common stock should be included in Part II. on page 4.**
**Any transactions in eligible AIG Notes or Debentures should be included in Part IV. on page 6.**

**A. PURCHASES/ACQUISITIONS:** Please list all purchases of AIG Corporate Units between May 12, 2008 through and including the date you submit this form.

| Purchase Date (MM/DD/YY) | Number of Units | Total Purchase Price (Excluding Commissions, Taxes and Fees) |
|---|---|---|
| / / | | $ .00 |
| / / | | $ .00 |
| / / | | $ .00 |
| / / | | $ .00 |
| / / | | $ .00 |
| / / | | $ .00 |

**B. SALES:** Please list all sales of AIG Corporate Units between May 12, 2008 through and including the date you submit this form. For purposes of this Part of the Proof of Claim form, a Sale includes when a Security was redeemed, called or matured.

| Sale Date (MM/DD/YY) | Number of Units | Total Sale Price (Excluding Commissions, Taxes and Fees) |
|---|---|---|
| / / | | $ .00 |
| / / | | $ .00 |
| / / | | $ .00 |
| / / | | $ .00 |
| / / | | $ .00 |
| / / | | $ .00 |

**C. HOLDINGS:** Please list the number of AIG Corporate Units held at the close of business on September 16, 2008 and October 9, 2008.

| Number of Units Held at the close of business on September 16, 2008 | Number of Units Held at the close of business on October 9, 2008 |
|---|---|
| | |

**IF YOU NEED ADDITIONAL SPACE TO LIST YOUR TRANSACTIONS IN AIG CORPORATE UNITS, PLEASE PHOTOCOPY THIS PAGE. YOU CAN ALSO PRINT ADDITIONAL SCHEDULES FROM THE WEBSITE. WRITE YOUR NAME ON EACH ADDITIONAL SCHEDULE AND FILL THIS CIRCLE: ○**

YOU MUST READ AND SIGN THE RELEASE ON PAGES 7-8. FAILURE TO SIGN THE RELEASE MAY RESULT IN A DELAY IN PROCESSING OR THE REJECTION OF YOUR CLAIM.



5

## PART IV. SCHEDULE OF TRANSACTIONS IN ELIGIBLE AIG NOTES OR DEBENTURES

**Please note that you should only include your transactions in eligible AIG Notes or Debentures on this page.**
**Any transactions in AIG common stock should be included in Part II. on page 4.**
**Any transactions in AIG Corporate Units should be included in Part III. on page 5.**

The last four characters of the CUSIP for each security you list must be included in the space provided below. CUSIPs for all eligible securities are listed on Exhibit I of the claim form, pages 10 & 11, and the last four characters of the CUSIP on that Exhibit have been indicated in bold for your convenience.

**A. PURCHASES/ACQUISITIONS:** Please list all purchases of eligible AIG Notes or Debentures between March 16, 2006 through and including the date you submit this form.

| Last 4 Characters of CUSIP | Purchase Date MM/DD/YY | Face Value | Total Purchase Price (Excluding Commissions, Taxes and Fees) |
|---|---|---|---|
| | / / | $ | $ .00 |
| | / / | $ | $ .00 |
| | / / | $ | $ .00 |
| | / / | $ | $ .00 |

**B. SALES:** Please list all sales of eligible AIG Notes or Debentures between March 16, 2006 through and including the date you submit this form. For purposes of this Part of the Proof of Claim form, a Sale includes when a Security was redeemed, called or matured.

| Last 4 Characters of CUSIP | Sale Date MM/DD/YY | Face Value | Total Sale Price (Excluding Commissions, Taxes and Fees) |
|---|---|---|---|
| | / / | $ | $ .00 |
| | / / | $ | $ .00 |
| | / / | $ | $ .00 |
| | / / | $ | $ .00 |

**C. HOLDINGS:** Please list the face value of eligible AIG Notes or Debentures at the close of business on September 16, 2008, October 9, 2008, September 5, 2014, and on the date you submit this form.

| Last 4 Characters CUSIP | Face Value Held at the close of business on September 16, 2008 | Face Value Held at the close of business on October 9, 2008 | Face Value Held at the close of business on September 5, 2014 |
|---|---|---|---|
| | $ | | |
| | $ | | |
| | $ | | |
| | $ | | |

For a complete list of eligible AIG Securities and their corresponding CUSIPS, please see Exhibit I which is enclosed with this form or go to the Case Documents tab of the settlement website, www.AIG2008SecuritiesSettlement.com.

**IF YOU NEED ADDITIONAL SPACE TO LIST YOUR TRANSACTIONS IN OTHER ELIGIBLE AIG NOTES OR DEBENTURES, PLEASE PHOTOCOPY THIS PAGE. YOU CAN ALSO PRINT ADDITIONAL SCHEDULES FROM THE WEBSITE. WRITE YOUR NAME ON EACH ADDITIONAL SCHEDULE AND FILL THIS CIRCLE: ○**

YOU MUST READ AND SIGN THE RELEASE ON PAGES 7-8. FAILURE TO SIGN THE RELEASE MAY RESULT IN A DELAY IN PROCESSING OR THE REJECTION OF YOUR CLAIM.



## PART V.  SUBMISSION TO JURISDICTION OF COURT

I (We) submit this Proof of Claim under the terms of the Stipulation of Settlement described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the Southern District of New York with respect to my (our) claim as a Class Member and for purposes of enforcing the release set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in the Litigation. I (We) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so. I (We) have not submitted any other claim covering the same purchases, acquisitions or sales of AIG Securities and know of no other person having done so on my (our) behalf.

## PART VI.  RELEASE

1. I (We) for myself (ourselves) and my (our) Releasing Persons hereby acknowledge full and complete satisfaction of, and do hereby fully, finally, and forever settle, release, and discharge all "Released Claims" (as defined below) against the "Released Defendant Parties" (as defined below) as provided in the Stipulation and Agreement of Settlement.

2. "Released Plaintiffs' Claims" means any and all claims, rights, actions, issues, controversies, causes of action, duties, obligations, demands, actions, debts, sums of money, suits, contracts, agreements, promises, damages, and liabilities of every kind, nature, and description, including both known claims and Unknown Claims (defined in sub-paragraph e, below), whether arising under federal, state, or foreign law, or statutory, common, or administrative law, or any other law, rule, or regulation, whether asserted as claims, cross-claims, counterclaims, or third-party claims, whether fixed or contingent, choate or inchoate, accrued or not accrued, matured or unmatured, liquidated or un-liquidated, perfected or unperfected, whether class or individual in nature, that previously existed, currently exist, or that exist as of the date of the Court approval of the Settlement or that may arise in the future, that Lead Plaintiff or any other Settlement Class Member asserted or could have asserted in the Action or any other action or in any forum (including, without limitation, any federal or state court, or in any other court, arbitration proceeding, administrative agency, or other forum in the United States or elsewhere), that in any way arise out of, are based upon, relate to, or concern the claims, allegations, transactions, facts, events, acts, disclosures, statements, representations, or omissions or failures to act alleged, set forth, referred to, involved in, or which could have been raised in the Action or any of the complaints filed or proposed to be filed therein, and that in any way arise out of, are based upon, relate to, or concern the holding, ownership, purchase, acquisition, disposition, or sale of, or other transaction in AIG Securities during the Settlement Class Period, or the purchase or acquisition of AIG Securities in or traceable to an offering during the Settlement Class Period, including, without limitation, claims that arise out of or relate to any disclosures, SEC filings, press releases, investor calls, registration statements, offering memoranda, web postings, presentations or any other statements by AIG or any other of the Defendants during the Settlement Class Period. Released Plaintiff Claims do not include claims to enforce the Settlement. For the avoidance of doubt, Released Claims do not include claims asserted in *In re American International Group, Inc. ERISA Litigation II*, No. 08 civ. 5722 (LTS)(DCF) or *Starr Int'l Co., et al. v The United States*, No. 11 civ. 779 (TCW)(Fed. Cl.).

3. "AIG Securities" means any and all securities issued by AIG, whether debt or equity securities, including, without limitation, common stock, preferred stock, bonds, notes and debentures; and including, without limitation, each of the securities listed on pages 10-11 of the Proof of Claim.

4. "Released Defendant Parties" means any of the following: (a) Defendants; (b) the Defendants' respective present and former parents, affiliates, subsidiaries, divisions, general partners, limited partners, limited liability partners, and any Person in which any Defendant has or had a controlling interest; and (c) the present and former Immediate Family, heirs, principals, owners, trustees, trusts, executors, administrators, predecessors, successors, assigns, members, agents, subsidiaries, employees, associates, Officers, managers, Directors, general partners, limited partners, bankers, attorneys, accountants, auditors, representatives, estates, divisions, advisors, estate managers, indemnifiers, insurers, and reinsurers of each of the Persons listed in subpart (a) or (b) of this definition. "Released Defendants" shall also include any entity or partnership (whether or not incorporated) which carries on business under a name which includes all or part of the PricewaterhouseCoopers name or is otherwise (directly or indirectly) within the worldwide network of PricewaterhouseCoopers firms, including PricewaterhouseCoopers International Limited and any member firm, network firm, specified subsidiary or connected firm of PricewaterhouseCoopers International Limited.

5. The Released Plaintiffs' Claims include any and all claims that the Releasing Parties do not know or suspect to exist in his, her, or its favor at the time of the release of the Released Claims, which if known by him, her, or it might have affected his, her, or its decision(s) with respect to the Settlement, including, with respect to Lead Plaintiff or any other Settlement Class Member, the decision to exclude himself, herself, or itself from the Settlement Class, or to object or not to object to the Settlement (collectively, "Unknown Claims"). With respect to any and all Released Claims, the Settling Parties stipulated and agreed that, upon the Effective Date, each Releasing Party shall expressly, and shall be deemed to have, and by operation of the Judgment shall have, to the fullest extent permitted by law, expressly waived and relinquished any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law, which is similar, comparable, or equivalent to Cal. Civ. Code § 1542, which provides:

> **A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.**

The Settling Parties further acknowledged that a Releasing Party may hereafter discover facts, legal theories, or authorities in addition to or different from those which he, she, or it now knows or believes to be true with respect to the subject matter of the Released Claims, but that the Settling Parties nevertheless intend to and shall expressly, fully, finally, and forever settle and release,



7

and upon the Effective Date and by operation of the Judgment each other Releasing Party shall be deemed to have, and shall have, settled and released, fully, finally, and forever, any and all Released Claims as applicable, known or unknown, suspected or unsuspected, contingent or non-contingent, whether or not concealed or hidden, which have existed or now or will exist, upon any theory of law or equity, including, but not limited to, conduct which is negligent, reckless, intentional, with or without malice, or a breach of any duty, law, or rule, without regard to the subsequent discovery or existence of such different or additional facts, legal theories, or authorities. The Settling Parties acknowledged, and agreed that each other Releasing Party by operation of law shall be deemed to have acknowledged, that the inclusion of "Unknown Claims" in the definition of Released Plaintiff Claims and Released Defendant Claims was separately bargained for and was a material and essential element of the Settlement.

6. I (We) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof.

7. I (We) hereby warrant and represent that I (we) have included information about all of my (our) transactions in AIG common stock between March 16, 2006 and December 15, 2008, inclusive, as well as the number of shares of AIG Common Stock held by me (us) at the close of trading on March 15, 2006, September 16, 2008, and December 15, 2008; information about all of my (our) transactions in AIG Corporate Units between May 12, 2008 through and including the date I (we) submit this form , as well as the number of shares of AIG Corporate Units held by me (us) at the close of trading on September 16, 2008, and October 9, 2008; information about all of my (our) transactions in AIG Notes or Debentures between March 16, 2006 through and including the date I (we) submit this form , as well as the number of shares of AIG Notes or Debentures held by me (us) at the close of trading on September 16, 2008, October 9, 2008, and September 5, 2014.

I (WE) CERTIFY THAT I AM (WE ARE) NOT SUBJECT TO BACKUP WITHHOLDING UNDER THE PROVISIONS OF SECTION 3406(a)(1)(C) OF THE INTERNAL REVENUE CODE.

**NOTE:** IF YOU HAVE BEEN NOTIFIED BY THE INTERNAL REVENUE SERVICE THAT YOU ARE SUBJECT TO BACKUP WITHHOLDING, PLEASE STRIKE OUT THE LANGUAGE THAT YOU ARE NOT SUBJECT TO BACKUP WITHHOLDING IN THE CERTIFICATION ABOVE AND FILL THE CIRCLE.  ○

I (WE) DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT ALL OF THE FOREGOING INFORMATION SUPPLIED ON THIS PROOF OF CLAIM AND RELEASE FORM BY THE UNDERSIGNED IS TRUE AND CORRECT.

Executed this _____ day of _____ in _____
                                            (Month/Year)                              (City/State/Country)

_____          _____
(Sign your name here)                            (Sign your name here)

_____          _____
(Type or print your name here)                   (Type or print your name here)

_____          _____
(Capacity of person(s) signing, *e.g.*,          (Capacity of person(s) signing, *e.g.*,
Beneficial Purchaser, Executor or Administrator) Beneficial Purchaser, Executor or Administrator)



**ACCURATE CLAIMS PROCESSING TAKES A SIGNIFICANT AMOUNT OF TIME.
THANK YOU FOR YOUR PATIENCE.**

Reminder Checklist:

1. Please sign the above Release.
2. If this Proof of Claim is being made on behalf of joint claimants, then both must sign.
3. Remember to attach copies of supporting documentation.
4. **Do not send** originals of Certificates as they will not be returned.
5. Keep a copy of your claim form and all supporting documentation for your records.
6. If you desire an acknowledgment of receipt of your Proof of Claim Form, please send it via USPS Certified Mail, Return Receipt Requested.
7. If you move, please send your new address via email to classact@gilardi.com or mail to:

    AIG, Inc. 2008 Securities Settlement
    c/o Gilardi & Co. LLC
    Claims Administrator
    P.O. Box 8040
    San Rafael, CA 94912-8040

8. **Do not use red pen or highlighter** on the Proof of Claim Form or supporting documentation.

**THIS PROOF OF CLAIM FORM AND RELEASE MUST BE POSTMARKED NO LATER THAN _____, 2015 AND MUST BE MAILED TO:**

AIG, Inc. 2008 Securities Settlement
c/o Gilardi & Co. LLC
Claims Administrator
P.O. Box 8040
San Rafael, CA 94912-8040



9

## Exhibit I: Eligible Securities

### Eligible Common Stock and Corporate Units

| Security Name | CUSIP |
|---|---|
| AIG Common Stock | 026874784 |
| 8.50% Corporate Units | 026874115 |

### Eligible Series A Junior Subordinated Debentures

The last four characters of each CUSIP listed below (indicated in bold text) should be listed in the space provided on page 6 of the Proof of Claim form when completing a claim for these securities.

| Security Name | CUSIP |
|---|---|
| 6.25% Series A-1 Junior Subordinated Debentures | 026874**BE6** |
| 5.75% Series A-2 Junior Subordinated Debentures | 026874**BF3** |
| 4.875% Series A-3 Junior Subordinated Debentures | 026874**BG1** |
| 6.45% Series A-4 Junior Subordinated Debentures | 026874**800** |
| 7.70% Series A-5 Junior Subordinated Debentures | 026874**859** |

### Eligible Series G and Series MP Medium Term Notes

The last four characters of each CUSIP listed below (indicated in bold text) should be listed in the space provided on page 6 of the Proof of Claim form when completing a claim for these securities.

| Security Name | CUSIP |
|---|---|
| 4.95% Medium-Term Notes, Series MP, Matched Investment Program, Due March 20, 2011 | 02687**QBL1** |
| 5.375% Medium-Term Notes, Series MP, Matched Investment Program, Due October 18, 2011 | 02687**QBE7** |
| 5.450% Medium-Term Notes, Series MP, Matched Investment Program, Due May 18, 2017 | 02687**QBW7** |
| 5.60% Medium-Term Notes, Series G, Due October 18, 2016 | 02687**QBC1** |
| 5.850% Medium-Term Notes, Series G, Due January 16, 2018 | 02687**QDG0** |
| Floating Rate Medium-Term Notes, Series MP, Matched Investment Program, Due October 18, 2011 | 02687**QBD9** |
| Floating Rate Medium-Term Notes, Series MP, Matched Investment Program, Due March 20, 2012 | 02687**QBK3** |

### Eligible Series AIG FP Securities

The last four characters of each CUSIP listed below (indicated in bold text) should be listed in the space provided on page 6 of the Proof of Claim form when completing a claim for these securities.

| Security Name | CUSIP |
|---|---|
| Medium-Term Notes, Series AIG-FP Floating Rate LIBOR Notes, Due November 27, 2047 | 02687**QDC9** |
| Medium-Term Notes, Series AIG-FP, 6.50% Callable Increasing Principal Notes, Due May 16, 2052 | 02687**QBS6** |
| Medium-Term Notes, Series AIG-FP, Callable CMS Curve Notes, Due December 14, 2022 | 02687**QCP1** |
| Medium-Term Notes, Series AIG-FP, Callable CMS Curve Notes, Due December 31, 2027 | 02687**QDH8** |
| Medium-Term Notes, Series AIG-FP, Callable CMT Inverse Floating Rate Notes, Due October 31, 2012 | 02687**QCS5** |
| Medium-Term Notes, Series AIG-FP, CMS Callable Leveraged CMS Spread Notes, Due February 22, 2023 | 02687**QDM7** |
| Medium-Term Notes, Series AIG-FP, CMS Curve Accrual Notes, Due April 18, 2022 | 02687**QBM9** |
| Medium-Term Notes, Series AIG-FP, CMS Curve Accrual Notes, Due May 18, 2022 | 02687**QBU1** |
| Medium-Term Notes, Series AIG-FP, CMS Curve Accrual Notes, Due May 4, 2022 | 02687**QBN7** |
| Medium-Term Notes, Series AIG-FP, CMS Curve Accural Notes, Due June 20, 2017 | 02687**QBZ0** |
| Medium-Term Notes, Series AIG-FP, CMS Curve Accural Notes, Due March 23, 2012 | 02687**QBJ6** |
| Medium-Term Notes, Series AIG-FP, CMS Curve Notes, Due August 20, 2027 | 02687**QCJ5** |
| Medium-Term Notes, Series AIG-FP, CMS Curve Notes, Due February 28, 2028 | 02687**QDN5** |
| Medium-Term Notes, Series AIG-FP, CMS Curve Notes, Due July 20, 2027 | 02687**QCD8** |
| Medium-Term Notes, Series AIG-FP, CMS Curve Notes, Due June 1, 2027 | 02687**QBY3** |
| Medium-Term Notes, Series AIG-FP, CMS Curve Notes, Due June 27, 2022 | 02687**QCC0** |
| Medium-Term Notes, Series AIG-FP, CMS Curve Notes, Due June 29, 2017 | 02687**QCB2** |
| Medium-Term Notes, Series AIG-FP, CMS Curve Notes, Due May 31, 2022 | 02687**QBV9** |



**Exhibit-1: Eligible Securities**

The last four characters of each CUSIP listed below (indicated in bold text) should be listed in the space provided on page 6 of the Proof of Claim form when completing a claim for these securities.

| Security Name | CUSIP |
|---|---|
| Medium-Term Notes, Series AIG-FP, CMS Curve Notes, Due November 6, 2017 | 02687**QCU0** |
| Medium-Term Notes, Series AIG-FP, CMS Curve Notes, Due October 10, 2017 | 02687**QCN6** |
| Medium-Term Notes, Series AIG-FP, CMS Curve Notes, Due October 15, 2022 | 02687**QCT3** |
| Medium-Term Notes, Series AIG-FP, CMS Inverse Floater Notes, Due June 14, 2012 | 02687**QCA4** |
| Medium-Term Notes, Series AIG-FP, CMS Range Notes, Due October 26, 2017 | 02687**QCQ9** |
| Medium-Term Notes, Series AIG-FP, CMS Spread Range Notes, Due April 27, 2022 | 02687**QBP2** |
| Medium-Term Notes, Series AIG-FP, CMS Spread Range Notes, Due April 27, 2022 | 02687**QBQ0** |
| Medium-Term Notes, Series AIG-FP, CMS Spread Range Notes, Due February 8, 2023 | 02687**QDJ4** |
| Medium-Term Notes, Series AIG-FP, Floating Rate CMT Notes, Due August 7, 2008 | 02687**QCK2** |
| Medium-Term Notes, Series AIG-FP, Floating Rate CMT Notes, Due May 8, 2008 | 02687**QBR8** |
| Medium-Term Notes, Series AIG-FP, Floating Rate LIBOR Notes, Due December 5, 2046 | 02687**QBG2** |
| Medium-Term Notes, Series AIG-FP, Floating Rate LIBOR Notes, Due November 27, 2046 | 02687**QBF4** |
| Medium-Term Notes, Series AIG-FP, LIBOR Range Notes, Due August 1, 2022 | 02687**QCF3** |
| Medium-Term Notes, Series AIG-FP, LIBOR Range Notes, Due January 9, 2023 | 02687**QDK1** |
| Medium-Term Notes, Series AIG-FP, LIBOR Range Notes, Due July 27, 2017 | 02687**QCE6** |
| Medium-Term Notes, Series AIG-FP, LIBOR Range Notes, Due June 1, 2047 | 02687**QBX5** |
| Medium-Term Notes, Series AIG-FP, LIBOR Range Notes, Due May 23, 2022 | 02687**QBT4** |
| Medium-Term Notes, Series AIG-FP, LIBOR Range Notes, Due October 24, 2022 | 02687**QCV8** |
| Medium-Term Notes, Series AIG-FP, LIBOR Range Notes, Due October 24, 2022 | 02687**QCY2** |
| Medium-Term Notes, Series AIG-FP, LIBOR Range Notes, Due September 28, 2022 | 02687**QCL0** |
| Medium-Term Notes, Series AIG-FP, LIBOR Range Notes, Due September 28, 2022 | 02687**QCM8** |
| Medium-Term Notes, Series AIG-FP, Municipal Index Linked Range Accrual Notes, Due January 8, 2009 | 02687**QDF2** |
| Medium-Term Notes, Series AIG-FP, Municipal Index Linked Range Accrual Notes, Due November 1, 2022 | 02687**QCX4** |
| Medium-Term Notes, Series AIG-FP, Municipal Index Linked Range Accrual Notes, Due November 20, 2017 | 02687**QDB1** |
| Medium-Term Notes, Series AIG-FP, Nikkei 225® Index Market Index Target-Term Securities®, Due January 5, 2011 | 02687**4883** |
| Medium-Term Notes, Series AIG-FP, Principal Protected Currency Linked Notes, Due March 8, 2010 | 02687**4867** |
| Medium-Term Notes, Series AIG-FP, Principal Protected Notes Linked to a Basket of Latin American Currencies Due, May 7, 2009 | 02687**4875** |
| Medium-Term Notes, Series AIG-FP, Principal Protected Notes Linked to the Performance of a Basket of Asian Currencies, Due February 4, 2009 | 02687**4842** |
| Medium-Term Notes, Series AIG-FP, Principal Protected Notes Linked to the Performance of a Basket of Asian Currencies, Due June 8, 2009 | 02687**4834** |
| Medium-Term Notes, Series AIG-FP, Principal Protected Notes Linked to the Performance of a Basket of Currencies, Due February 4, 2010 | 02687**QDL9** |
| Medium-Term Notes, Series AIG-FP, Principal Protected WTI Crude Oil Linked Notes, Due January 8, 2013 | 02687**QDD7** |
| Medium-Term Notes, Series AIG-FP, Principal-Protected Notes Linked to the USD/EUR Exchange Rate, Due July 8, 2009 | 02687**QDE5** |
| Medium-Term Notes, Series AIG-FP, Step Up Callable Notes, Due November 16, 2022 | 02687**QCZ9** |
| Medium-Term Notes, Series AIG-FP, US Dollar Zero Coupon Accreting Notes, Due July 2, 2019 | 02687**QCG1** |
| Medium-Term Notes, Series AIG-FP, US Dollar Zero Coupon Accreting Notes, Due June 1, 2018 | 02687**QCH9** |
| Medium-Term Notes, Series AIG-FP, US Dollar Zero Coupon Accreting Notes, Due October 15, 2037 | 02687**QCR7** |
| Medium-Term Notes, Series AIG-FP, US Dollar Zero Coupon Callable Notes, Due January 18, 2047 | 02687**QBH0** |
| Medium-Term Notes, Series AIG-FP, US Dollar Zero Coupon Notes, Due October 11, 2011 | 02687**QCW6** |



11