UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MASTER FILE<br>08 Civ. 4772 (LTS) (DCF) |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Joseph De Simone, a member of this Court in good standing, respectfully enters his appearance as counsel for the defendant Steven J. Bensinger in this action and is hereby designated to accept service of all pleadings, notices, filings, correspondence and other papers relating to this litigation on behalf of the aforementioned defendant.

Dated: November 6, 2014
New York, New York

Respectfully submitted,

By: /s/ Joseph De Simone
Joseph De Simone     JD-9056
Mayer Brown LLP
1675 Broadway
New York, NY 10019
Ph: (212) 506-2559
Fax: (212) 849-5559

711857950.1