UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-6-2015

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

TEL: (212)-805-0417
FAX: (212)-805-0426

January 6, 2015

Julie B. Palley, Esq.
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel.: (215) 963-0600

In re: AIG Securities Litigation, 08CV4772 (S.D.N.Y.)

Dear Ms. Palley:

    Enclosed please find the original copy of a request for exclusion from settlement, in the above-captioned class action, received by the Court. A copy of this request will be filed under seal due to the sensitive nature of the financial information enclosed. I understand that you will forward the letter to the claims administrator.

    Thank you for your attention to this matter.

Sincerely yours,

Laura Taylor Swain

Enclosure (Tang/Tang letter dated December 12/11/14)

cc w/o enclosure: ECF file