UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2008 SECURITIES LITIGATION | Master File No. 08-CV-4772 (LTS) (DCF)<br><br>ECF CASE<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |
| This Document Relates To: All Actions | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Ian D. Berg, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for D. E. Shaw Oculus Portfolios, L.L.C., D. E. Shaw Valence Portfolios, L.L.C., and D. E. Shaw U.S. Large Cap Core Enhanced Portfolios, L.L.C. in the above-captioned action.

I am in good standing of the bars of the states of California, Pennsylvania, and Illinois and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: February 24, 2015                    Respectfully Submitted,

*Ian D. Berg*
Ian D. Berg
Abraham, Fruchter & Twersky, LLP
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 792-3448
Fax: (858) 792-3449
E-Mail: iberg@aftlaw.com



# Supreme Court of California

**FRANK A. McGUIRE**
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### <u>IAN D. BERG</u>

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that IAN D. BERG, #263586, was on the 2nd day of June, 2009, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 20th day of February, 2015.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____
*A. Allen, Senior Deputy Clerk*



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Ian David Berg, Esq.*

**DATE OF ADMISSION**

*April 21, 2003*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  February 17, 2015

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Ian D. Berg

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 8, 2001 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, February 13, 2015.

*Carolyn Taft Grosboll*
Clerk