UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2008 SECURITIES LITIGATION | Master File No. 08-CV-4772 (LTS) (DCF)<br><br>ECF CASE<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |
| This Document Relates To: All Actions | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Takeo A. Kellar, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for D. E. Shaw Oculus Portfolios, L.L.C., D. E. Shaw Valence Portfolios, L.L.C., and D. E. Shaw U.S. Large Cap Core Enhanced Portfolios, L.L.C. in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: February 24, 2015

Respectfully Submitted,

*Takeo A. Kellar*

Takeo A. Kellar
Abraham, Fruchter & Twersky, LLP
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 792-3448
Fax: (858) 792-3449
E-Mail: tkellar@aftlaw.com



# Supreme Court of California

**FRANK A. McGUIRE**
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *TAKEO AUSTIN KELLAR*

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that TAKEO AUSTIN KELLAR, #234470, was on the 9th day of December, 2004, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 20th day of February, 2015.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____
A. Allen, Senior Deputy Clerk