UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2008 SECURITIES LITIGATION | Master File No. 08-CV-4772 (LTS) (DCF) <br><br> ECF CASE <br><br> **ORDER FOR ADMISSION PRO HAC VICE** |
| This Document Relates To: All Actions | |

The motion of Takeo A. Kellar, for admission to practice Pro Hac Vice in the above action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

Takeo A. Kellar
Abraham, Fruchter & Twersky, LLP
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 792-3448
Fax: (858) 792-3449

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for D. E. Shaw Oculus Portfolios, L.L.C., D. E. Shaw Valence Portfolios, L.L.C., and D. E. Shaw U.S. Large Cap Core Enhanced Portfolios, L.L.C. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:

_____
United States District/ Magistrate Judge