**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE AMERICAN INTERNATIONAL GROUP,
INC. 2008 SECURITIES LITIGATION

This Document Relates To: All Actions

Master File No. 08-CV-4772 (LTS) (DCF)

ECF CASE

## NOTICE OF APPEARANCE OF NONNAMED CLASS
## MEMBERS AND THEIR COUNSEL

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS
OF RECORD:

PLEASE TAKE NOTICE that the Nonnamed Class Members D. E. Shaw Oculus
Portfolios, L.L.C.; D. E. Shaw Valence Portfolios, L.L.C.; and D. E. Shaw U.S. Large Cap Core
Enhanced Portfolios, L.L.C. (collectively, the "D. E. Shaw Funds") hereby appear in the above-
captioned matter through their undersigned counsel, Takeo A. Kellar, who is admitted to practice
before this Court and who hereby enters his formal appearance as counsel for the D.E. Shaw
Funds.

Dated: February 24, 2015
New York, New York

Respectfully submitted,

**ABRAHAM, FRUCHTER & TWERSKY, LLP**

By  /s/ *Takeo A. Kellar*
Takeo A. Kellar (*pro hac vice pending*)
12526 High Bluff Drive, Suite 300
San Diego, California 92130
Tel:    (858) 792-3448
Fax:    (858) 792-3449

1

*tkellar@aftlaw.com*

*Attorneys for D. E. Shaw Oculus Portfolios, L.L.C.; D. E. Shaw Valence Portfolios, L.L.C.; and D .E. Shaw U.S. Large Cap Core Enhanced Portfolios, L.L.C.*