

**BARRACK | RODOS | BACINE**
*A Professional Corporation*
ATTORNEYS AT LAW

March 19, 2015

**Via Hand Delivery**
The Honorable Laura Taylor Swain
**U.S. District Court for the**
**Southern District of New York**
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   *In re American International Group, Inc. Securities 2008 Litigation,*
              *Master File No. 08-cv-4772 (LTS) (DCF)*

Dear Judge Swain:

    I am writing on behalf of the Lead Plaintiff, the State of Michigan Retirement Systems, and with the consent of counsel for Defendants. Enclosed for Your Honor's consideration are the proposed Orders that Lead Plaintiff will be seeking to have entered by the Court at the conclusion of the Final Settlement Hearing. They are:

1. [Proposed] Judgment and Order;

2. [Proposed] Order Approving Lead Plaintiff's Proposed Plan of Allocation; and

3. [Proposed] Order Granting Lead Counsel's Motion for Final Approval of an Award of Attorneys' Fees and Reimbursement of Litigation Expenses.

The proposed Orders include certain modifications from those submitted earlier to reflect the notice dates and exclusion requests, the modification to Exhibit A of the Plan of Allocation previously ordered by the Court, and Lead Plaintiff's positions with respect to the objection to the Fee and Expense Application.

                                            Respectfully,

                                            *Jeffrey Golan*
                                            Jeffrey W. Golan

Enclosures
cc:    Counsel of record per ECF filing

PHILADELPHIA, PA    SAN DIEGO, CA    NEW YORK, NY    CONSHOHOCKEN, PA    LANSING, MI    NEWARK, NJ

425 PARK AVENUE | Suite 3100 | New York, NY 10022
212.688.0782  F 212.688.0783  www.barrack.com