**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE AIG 2008 SECURITIES LITIGATION | Case No: 08-CV-4772-LTS-DCF |

## NOTICE OF APPEAL

David Stein
Samuel and Stein
38 West 32nd Street, Suite 1110
New York, NY 10001
Phone: (212) 563-9884
Fax: (212) 563-9870
Email: dstein@samuelandstein.com (DS-2119)

*Attorney for Jeff M. Brown*

Notice is hereby given that Class Member/Objector Jeff Brown appeals to the United States Court of Appeals for the Second Circuit from the Order Approving Lead Plaintiff's Plan of Allocation (Dkt. #516) entered in this action on March 20, 2015, Order Granting Lead Counsel's Motion for Final Approval of an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (Dkt. #517) entered in this action on March 20, 2015 and Judgment and Order (Dkt. #518) entered in this action on March 20, 2015.  Class Member/Objector also hereby appeals from any order or judgment approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this objector or the objection filed by this objector, including any entered or signed subsequent to this notice of appeal.

Dated: April 14, 2015          Respectfully submitted,


/s/ *David Stein*
David Stein
Samuel and Stein
38 West 32nd Street, Suite 1110
New York, NY  10001
Phone:  (212) 563-9884
Fax:  (212) 563-9870
Email:  dstein@samuelandstein.com

*Counsel for Objector/Class Member
Jeff M. Brown*

PROOF OF SERVICE

I hereby certify that on this day I electronically filed this Notice of Appeal using the CM/ECF filing system thus effectuating service of such filing on all ECF registered attorneys in this case.

I further certify that I mailed this objection and its attached exhibits to the following addresses:

WEIL, GOTSHAL & MANGES LLP
Joseph S. Allerhand
Robert F. Carangelo
Stacy Nettleton
767 Fifth Avenue
New York, NY 10153

BARRACK, RODOS & BACINE
Jeffrey W. Golan
Robert A. Hoffman
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

THE MILLER LAW FIRM, P.C.
E. Powell Miller
Marc L. Newman
Jayson E. Blake
950 West University Drive, Suite 300
Rochester, MI 48307

BLEICHMAR FONTI TOUNTAS & AULD LLP
Dominic J. Auld
1501 Broadway
New York, NY 10036

ABRAHAM FRUCHTER & TWERSKY LLP
Ian Berg
Takeo Kellar
12526 High Bluff Drive, Suite 300
San Diego, CA 92130

LATHAM & WATKINS LLP
David M. Brodsky
885 Third Avenue, Suite 1000
New York, NY 10022

MAYER BROWN LLP (NY)
Joseph De Simone
1675 Broadway
New York, NY 10019

AKIN GUMP STRAUSS HAUER & FELD LLP (NYC)
James Anthony Diehl
One Bryant Park
New York, NY 10036

GIBSON, DUNN & CRUTCHER, LLP (NY)
Julie Ida Smith
Lee Gordon Dunst
Kimberly Lindsay Friedman
200 Park Avenue, 48th Floor
New York, NY 10166

MILBANK, TWEED, HADLEY & MCCLOY LLP (NYC)
Sean M. Farrell
1 Chase Manhattan Plaza
New York, NY 10005

SIMPSON THACHER & BARTLETT LLP (NY)
James Gaal Gamble
425 Lexington Avenue
New York, NY 10017

BARRACK, RODOS & BACINE(PA)
Jeffrey Warren Golan
Two Commerce Square
2001 Market Street
Suite 3300
Philadelphia, PA 19103

BLEICHMAR FONTI TOUNTAS & AULD LLP
Cynthia A Hanawalt
1501 Broadway
New York, NY 10036

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
David Robertson Hassel
Salvatore Jo Graziano
1285 Avenue of the Americas
38th Floor
New York, NY 10019

MILBANK, TWEED, HADLEY & MCCLOY LLP (NYC)
Dorothy Heyl
1 Chase Manhattan Plaza
New York, NY 10005

ABRAHAM FRUCHTER & TWERSKY LLP
Atara Hirsch
 Jack Gerald Fruchter
One Penn Plaza
Suite 2805
New York, NY 10119

AKIN GUMP STRAUSS HAUER & FELD ( 1 BATTERY PK.)
Robert Henry Hotz, Jr
One Bryant Park
New York, NY 10036

PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP (DC)
Donna M Ioffredo
Charles Edward Davidow
2001 K Street, N.W.
5th Floor
Washington, DC 20006

MAYER BROWN LLP (NY)
Bradford Jealous, III
1675 Broadway
New York, NY 10019

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP (NY)
Brad Scott Karp
Richard A. Rosen
1285 Avenue of the Americas
New York, NY 10019

MOTLEY RICE LLC (CT)
William H. Narwold
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103

WEIL, GOTSHAL & MANGES LLP (NYC)
Stacy Nettleton
767 Fifth Avenue, 25th Fl.
New York, NY 10153

AKIN GUMP STRAUSS HAUER & FELD LLP (NYC)
Robert Hardy Pees
One Bryant Park
New York, NY 10036

LOCKRIDGE GRINDAL NAUEN P.L.L.P (NYC)
Lisa Merideth Pollard
201 East 19th Street
New York, NY 10003

CRAVATH, SWAINE & MOORE LLP
Thomas G. Rafferty
Samira Shah
825 Eighth Avenue
New York, NY 10019

CRAVATH, SWAINE & MOORE LLP
Antony L Ryan
825 Eighth Avenue
New York, NY 10019

MILBANK, TWEED, HADLEY & MCCLOY LLP (NYC)
Thomas Hamilton Santoro
1 Chase Manhattan Plaza
New York, NY 10005

BERNSTEIN LIEBHARD, LLP
Joseph R. Seidman
10 East 40th Street
22nd Floor
New York, NY 10016

LATHAM & WATKINS LLP
Paul Anthony Serritella
Richard David Owens
885 Third Ave.
New York, NY 10022

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
Gerald H. Silk
1285 Avenue of the Americas
38th Floor
New York, NY 10019

MAYER BROWN LLP (NY)
Richard A. Spehr
1221 Avenue of the Americas
New York, NY 10020-1001

ZUCKERMAN, SPAEDER LLP(NYC)
Andrew E. Tomback
399 Park Ave., 14th fl.
New York, NY 10022

LABATON & SUCHAROW LLP (NYC)
Stephen William Tountas
140 Broadway
New York, NY 10005

WACHTELL, LIPTON, ROSEN & KATZ
Meredith Lewis Turner
David Michael Murphy
51 West 52nd Street
New York, NY 10019

ABRAHAM FRUCHTER & TWERSKY LLP
Mitchell M.Z. Twersky
One Penn Plaza
Suite 2805
New York, NY 10119

GIBSON, DUNN & CRUTCHER, LLP (NY)
Georgia K. Winston
200 Park Avenue, 48th Floor
New York, NY 10166

WILLKIE FARR & GALLAGHER LLP (NY)
Michael Richard Young
Antonio Yanez, Jr.
787 Seventh Avenue
New York, NY 10019

AKIN GUMP STRAUSS HAUER & FELD LLP (NYC)
Richard Benjamin Zabel
One Bryant Park
New York, NY 10036

ZWERLING, SCHACHTER & ZWERLING (MADISON AVENUE)
Jeffrey Charles Zwerling
41 Madison Avenue
New York, NY 10010


DATED this 14th day of April, 2015

                                                                                      /s/ *David Stein*