# EXHIBIT 1

## American International Group Securities Litigation
## Barrack, Rodos & Bacine
## Second Request forExpenses Incurred Since Fee Submission Filed in December 2014
### (October 1, 2016 - March 31, 2018)

| Description | Amount |
| --- | --- |
| Courier & Overnight Delivery Services | $38.07 |
| Postage | $31.10 |
| Reproduction/Scan (In-House) | $36.35 |
| Telephone/Facsimile | $500.93 |
| **Total Expenses:** | **$606.45** |